# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number 01-308-01-CR-W-FJG |
| | ) | |
| | ) | |
| WESLEY PURKEY | ) | |
| Defendant | ) | |

## *WESLEY PURKEY'S REQUEST FOR APPOINTMENT OF COUNSEL FOR PROCEEDINGS PURSUANT TO 28 U.S.C. 2255 AND 18 U.S.C. 3599(a)(2), WITH SUGGESTIONS*

Comes now Defendant Wesley Purkey, by attorney, and pursuant to 28 U.S.C. 2255 and 18 U.S.C. 3599(a)(2), moves this Honorable Court to appoint two counsel, learned in the law pertaining to capital litigation, to represent Mr. Purkey in preparing and presenting a habeas corpus petition to this Court, and in connection with any proceedings attendant thereto. The grounds for this request will be set forth in the subsequent numbered subparagraphs.

1. In the above captioned cause, Mr. Purkey was convicted by jury and sentenced by this Court to death.

2. The United States Court of Appeals for the Eighth Circuit affirmed Mr. Purkey's conviction and sentence of death in **United States v. Purkey**, 428 F.3d 738 (8th Cir. 2005). On October 16, 2006, the United States Supreme Court

rejected Mr. Purkey's Petition for Certiorari. *Purkey v. United States*, 127 S.Ct. 433 (2006).

3. Mr. Purkey is a poor person, without the means or funds to prosecute a proceeding under 28 U.S.C. 2255. Specifically, Mr. Purkey does not have the funds to hire an attorney or to pay any costs related to prosecution of a proceeding under 28 U.S.C. 2255.

4. Evidencing Mr. Purkey's pauper status is the fact that he has been represented by undersigned Counsel, who was appointed by this Court in connection with trial upon this matter, and who was appointed by the Eighth Circuit upon appeal. To secure this representation, Mr. Purkey established to the satisfaction of this Court, and to the satisfaction of the Eighth Circuit, that he was indigent, without the means or funds to hire counsel to represent him in connection with the trial and appeal of the above captioned cause.

5. Mr. Purkey has been continuously incarcerated since his arrest in the fall of 1998, through the pendency of his trial and appeal, and to this date. As a result, not only has Mr. Purkey had no means or funds to bear the costs of the various proceedings in which he has been involved, also Mr. Purkey has no ability to generate any funds for such purposes.

6. Because he is a poor person, under a sentence of death, Mr. Purkey is entitled to the appointment of two counsel, learned in the law of capital cases, to

2

assist him in preparing and presenting a Petition for relief pursuant to 28 U.S.C. 2255; 18 U.S.C. 3599(a)(2); *McFarland v. Scott*, 114 S.Ct. 2568, 2571 (1994).

7. Because, in a 2255 proceeding, the effectiveness of undersigned counsel in handling the trial and appeal of this matter would be among the issues which would need to be examined, it would not be appropriate for undersigned counsel to continue with his representation of Mr. Purkey in such a 2255 proceeding.

8. With the assistance of capital resource counsel, Mr. Purkey has discovered two attorneys qualified in the handling of capital post-conviction cases, Gary E. Brotherton of Columbia, Missouri, and Teresa L. Norris of Columbia, South Carolina, to handle 2255 proceedings in this case, should this Court choose to accept the recommendation, and appoint these attorneys. Both of these attorneys have been in contact with Mr. Purkey, and Mr. Purkey advises undersigned counsel that he is comfortable with these attorneys being appointed to represent him, should this Court choose to do so.

9. The information provided to undersigned counsel about Gary E. Brotherton is as follows. Mr. Brotherton is licensed to practice law in the State of Missouri, in the Western District of Missouri, and in the Eighth Circuit. Mr. Brotherton graduated from the University of Missouri-Columbia, School of Law in 1991. Upon graduation, he began his career as an Assistant Public Defender, working in the Appellate/PCR Division of the Office of the Missouri State Public

3

Defender System.  In 1998, the Missouri Bar Foundation honored Mr. Brotherton with its annual David J. Dixon Appellate Advocacy Award.  He has frequently lectured on the topic of appellate advocacy.  In 2000, Mr. Brotherton moved from the Appellate/PCR Division to the Capital Litigation Division.  There, he served as lead counsel in four capital direct appeals (with three of those clients getting relief from their death sentences) and in one capital post-conviction appeal.  In 2003, Mr. Brotherton left the Missouri State Public Defender System and opened his own small firm, focusing on appellate and post-conviction work.  Since that time, he has appointed on several capital cases.  Specifically, in December, 2004, this Court appointed Mr. Brotherton to represent Keith D. Nelson in *Nelson v. United States,* No. 04-8005, in which Mr. Nelson is seeking 2255 relief from his death sentence. In December, 2005, the Eighth Circuit appointed Mr. Brotherton to represent Dustin L. Honken in *United States v. Honken*, No. 05-3871.  Mr. Honken is appealing from multiple death verdicts imposed by the United States District Court for the Northern District of Iowa.

10. The information provided to undersigned counsel about Teresa L. Norris is as follows.    Ms. Norris is licensed to practice law in South Carolina since 1990 and is a member of the bars of the South Carolina Supreme Court, the United States Army Court of Criminal Appeals, the United States Court of Appeals for the Armed Forces, the United States District Court for the District of South Carolina,

the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.   From November 1990 until November 1994, Ms. Norris was on active duty in the United States Army assigned to the United States Army Legal Services Agency, Defense Appellate Division, in Falls Church, Virginia.  In that capacity, she represented more than 300 criminal defendants, primarily in violent felony cases, and a death-sentenced inmate on appeal.  From November 1994 to April 1996, she was employed as the Senior Staff Attorney at the Center for Capital Litigation (formerly the South Carolina Death Penalty Resource Center (1988-1995) and the Post-Conviction Defender Organization of South Carolina (1995-96)).  From April 1996 until April 2006, she served as the Acting Director and then Director of the CCL, a private, non-profit corporation that provided legal services to indigent death-sentenced prisoners through both direct representation and consultation with other attorneys appointed to represent death row inmates. At the CCL, Ms. Norris directly represented approximately 25 death-sentenced inmates in state post-conviction and federal habeas proceedings.  These cases included approximately seven to eight cases which proceeded completely through federal habeas proceedings in the United States District Court for the District of South Carolina and the United States Court of Appeals for the Fourth Circuit.  The most recent federal habeas proceeding that was completed  with Ms. Norris as lead counsel was *Humphries v. Ozmint*, 397 F.3d 206, 225 (4th Cir. 2005) (en banc).

Ms. Norris was recently appointed as lead counsel in **Hill v. Polk**, 06-19, a North Carolina capital case that is currently pending in the Fourth Circuit.

11. Should this Court appoint Mr. Brotherton and Ms. Norris to represent Mr. Purkey, it would be the intention of Mr. Brotherton to make application for Ms. Norris to appear before this Court *pro hac vice*.

12. The ends of justice will best be served by the Court granting the relief sought in this Request.

WHEREFORE, Wesley Purkey prays this Honorable Court to make and enter its Order appointing Gary E. Brotherton and Teresa L. Norris, both learned in the law of capital case proceedings, to represent him in connection with his preparing and presenting to this Court a petition pursuant to 28 U.S.C. 2255.

Respectfully submitted


/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
Bar Enrollment Number 28868
P.O. Box 349, 110 E. 6th St.
Kearney Mo. 64060
Phone:  816-628-9095
Fax:    816-635-5155
ATTORNEY FOR DEFENDANT

### *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing Motion was served, electronically, upon the following

Matt Whitworth
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO  64106

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.

7