# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
v. ) No. 06-8001-CV-W-FJG
)
WESLEY IRA PURKEY, )
)
         Defendant. )

## ORDER

Currently pending before the Court is defendant's Motion for Appointment of

Counsel (Doc. # 1). Defendant states that he is a poor person without the means or

funds to prosecute a proceeding under 28 U.S.C. § 2255. Because he is a poor person,

under a sentence of death, he is entitled to the appointment of two counsel, learned in

the law of capital cases, to assist him in preparing and presenting a Petition for relief

pursuant to 28 U.S.C. § 2255; 18 U.S.C. § 3599(a)(2). Defendant states that he has

located two attorneys who are qualified in handling capital post-conviction cases: Gary

Brotherton of Columbia, Missouri and Teresa L. Norris of Columbia, South Carolina.

Accordingly, for good cause shown, defendant's Motion for Appointment of

Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 and 18 U.S.C. § 3599(a)(2) is

hereby **GRANTED**.

Date: December 18, 2006          **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri          Fernando J. Gaitan, Jr.
                                     United States District Judge