# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY, )
)
Movant, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## ORDER

Currently pending before the Court is movant's Motion Regarding Billing Procedures, the Setting of an Hourly Rate and to Permit Billing to Commence as of October 16, 2006 and for Interim Billing (Doc. # 3).

On December 18, 2006, the Court appointed Gary Brotherton and Teresa Norris for the purposes of representing movant in connection with his habeas corpus petition. Counsel state that Congress has set a limit of $163.00 per hour for compensation of counsel in cases of this nature. Both counsel request that they be compensated at this rate because they have extensive capital experience. Counsel also state that they have spent considerable time on this case since the denial of his petition for writ of certiorari on October 16, 2006. Therefore, they are requesting that they be allowed to bill for the time they have expended since that date. Counsel also request that the Court permit interim billing and payment on a monthly basis as provided for in 18 U.S.C. § 3006A(1). Counsel state that they anticipate that the litigation will consume a substantial amount of their time and because they are from small law firms, it would work an unfair hardship in they were required to wait until the conclusion of the case in order to receive payment.

Accordingly, for good cause shown, movant's Motion Regarding Billing Procedures, the Setting of an Hourly Rate and to Permit Billing to Commence as of October 16, 2006 and for Interim Billing is hereby **GRANTED**.  Counsel shall be permitted to submit bill for time expended since October 16, 2006 and will be permitted to submit bills for interim payments every thirty days.

Date:   1/22/07 
Kansas City, Missouri

**S/ FERNANDO J. GAITAN**, **JR.**
Fernando J. Gaitan, Jr.
United States District Judge