In The United States District Court
Western District of Missouri

Wesley I. Purkey,

      Petitioner

v.

                    Case # 04-00368-01-FJG
                    06-8001-CV-W-FJG

United States of America,

      Respondent.


Motion To Withdraw Habeas Council(s)
To Waive Habeas Proceeding
and
For Execution Date to Be Set


    Comes Now Petitioner Wesley I. Purkey ("Purkey") and does hereby Request that this Court exercise its authority pursuant to applicable statutory law and those ground in Federal Rules of Civil Procedure to Relieve Purkey of appointed Habeas Counsel(s) of Record because of irreconcilable differences: Allow Purkey to waive his statutory rights under

new Advent habeas 28 U.S.C. § 2255 proceedings, and thereafter set and schedule an expeditious date, for his execution. In support of the above Turkey offers the following:

1. Unlike direct appeal Review which is mandatory in federal capital cases, an application for habeas Review is collateral and discretionally; thereby need not be invoked and can be voluntarily Relinquished and abandon.

2. Appointed habeas counsel, and Turkey have irreconcilable differences and Turkey request the Court to Withdraw and Relieve Turkey of appointed habeas counsel(s), and allow him to proceed pro se.

3. Proceeding pro se Turkey Request the Court to allow him to voluntarily Relinquish and abandon habeas proceeding as set forth under 28 U.S.C § 2255 (as amended by AEDPA § 105).

4. That Turkey does Request the Court to mercifully provide him with a expeditious date for his execution to be carried out.

5. Further Turkey advises the Court

2-

that the substance of Reagan predicting his Relinquishment of discretionary Collateral Release proceeding and Request for an expeditious execution is the torturous and ominous conditions of confinement on the Special Security Unit. These conditions include, but are not limited to:

a) being subject to ongoing and constant bombardment of incessant noise and pounding emanating from both the Special Housing Unit below the Special Security Unit (SCU) and the SCU itself. That because of this excruciating, tortuous he, Purkey has been and continual to, be subject to enormous sleep deprivation tremendous physical and Mental anguish, constant headaches elevated Blood pressure, acute anxiety and dizziness.

b) denied Mental health treatment, as well as adequate Medical and dental treatment. Purkey has been forced the past year to a pair of broken and inadequate prescription whereas the Warden Veach told him "if you don't like it file on us". Purkey Continues to suffer excruciating headaches burning eyes and inability to Read because of the denial

−3−

of prescription glasses.

c) Turkey's cell was not only without heat, but subject to cold air blowing from the ventilation vent where temperatures outside were in single digits.

d) Applically administrative personnel has told Turkey that he need to simply man-up and deal with these conditions. —

e) Turkey continues to be denied phone calls, move to a lesser restricted level and is subject to malicious and elusive treatment for filing grievances on his behalf and other DEATH ROW inmates as well.

f) For the above reasons and others not delineated in the foregoing but exist Turkey ask this court for the subsequent Reliefs.

## Relief Requested

6. That he be relieved of his present release counsel of Record, and

that he be allowed to proceed pro se.

7. That he be allowed to Relinquish and voluntarily abandon these habeas proceedings.

8. That thereafter the Court mercifully expeditiously schedule and set an execution date for Purkey.

Jan 31th 2007

Respectfully Submitted

Wesley I. Purkey #14676-045
United States Penitentiary
P.O. Box 12015
Terre Haute, In 47801

## Certificate of Service

The undersigned Wesley I. Purkey does attest mailing the foregoing Motion to

5

Withdraw Habeas Counsel(s) to waive Habeas Proceedings and for Execution Date to be set via U.S. Mail First Class postage prepaid and attached to:

Matt J. Whitworth
Asst. U.S. Attorney
Charles Evans Whittaker Courthouse
400 East Ninth St. Room 5
Kansas City, MO. 64106

+

Gary Brotherton
Attorney
2101 Chapel Plaza Ct. Ste 13
Columbia, MO 65205

This 31st Day of January, 2007,

Wesley I. Purkey