**IN THE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 06-8001-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**Motion to Withdraw**
**Purkey's *Pro Se* Motion Filed February 14, 2007**

_____

The undersigned appointed counsel for Wesley Ira Purkey, an indigent death-sentenced inmate, hereby move to withdraw Mr. Purkey's "Motion to Withdraw Habeas Counsel(s) to Waive Habeas Proceedings and For Execution Date to Be Set" filed *pro se* on February 14, 2007. Since the filing of that motion, counsel have discussed this matter with Mr. Purkey and have received from him his further request that this motion be withdrawn and nullified. *See* Attachment.

The undersigned counsel thus request that this motion be withdrawn and that no action be taken on the previous *pro se* requests.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:  /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

Dated:  Columbia, SC
Columbia, MO
February 28, 2007


CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:  Columbia, SC
Columbia, MO
February 28, 2007