IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Wesley I. Purkey,

Petitioner,

vs.                                    Case No. #01/00308/01/FJG

United States Of America,

Respondent.

---

MOTION TO WITHDRAW PETITIONER'S
MOTION TO WITHDRAW HABEAS COUNSEL AND TO WAIVE HABEAS PROCEEDINGS
AND
FOR EXECUTION DATE TO BE SET

Comes Now Wesley I. Purkey, Petitioner, acting pro se does hereby request the court to withdraw his previous Motion To Withdraw Habeas Counsel, et. seq. and to nullify the same at the petitioner's request.

RESPECTFULLY SUBMITTED,

Wesley I. Purkey #14679/045
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
Petitioner/Acting Pro Se

DECLARATION UNDER PENALTY OF PERJURY

The undersigned Wesley I. Purkey does attest under penalty of perjury

1.

Case 4:06-cv-08001-FJG     Document 8-1     Filed 03/01/07     Page 1 of 2

that the above and foregoing is true and correct, and made pursuant to 28 U.S.C. § 1746.

Wesley I. Purkey
Declarant

2.