# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY, )
)
Movant, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## ORDER

Currently pending before the Court is movant's pro se Motion to Withdraw Habeas Counsel, to Waive Habeas Proceedings and for an Execution Date to Be Set (Doc. # 7). On March 1, 2007, movant's counsel filed a Motion to Withdraw this Document. Movant's counsel state that they have spoken with him and have received from him his request that the previous motion be withdrawn. Attached to the motion was an affidavit from the movant attesting to this fact. For good cause shown, the Motion to Withdraw is hereby **GRANTED** (Doc. # 8).

Date: 4/30/07
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge