**IN THE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 06-8001-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**Motion for Extension of Time to Review Mr. Purkey's *pro se* Motion**
**To Remove *Habeas* Counsel and to Proceed *pro se* and**
**To File any Necessary Response**

COMES NOW Gary E. Brotherton, Esquire, and Teresa L. Norris, Esquire, appointed counsel for Movant, Wesley I. Purkey, and request seven (7) additional days to review Mr. Purkey's *pro se* motion to remove *habeas* counsel and to proceed *pro se* and to file any necessary response. The grounds for this motion are set forth in the following numbered paragraphs:

1.     On August 24, 2007, this Court filed (under seal) Mr. Purkey's *pro se* motion to withdraw habeas counsel(s) and seeking leave to proceed *pro se*.

1

2.    On that same date, this Court ordered that any suggestions in opposition or responses be filed by September 10, 2007.

3.    Because the document (Doc. 28) was filed under seal, undersigned counsel could not access it until mid-afternoon this date, i.e., September 10, 2007.

4.    Ms. Norris has a petition for writ of *certiorari* that she must complete and file by September 12, 2007.

5.    Mr. Brotherton has a state post-conviction motion that he must complete and file by September 13, 2007.

6.    The U.S. Attorney's Office for the Western District of Missouri does not object to this extension.

For all the reasons set forth above, counsel respectfully requests that this Court extend the time for responding to Mr. Purkey's Mr. Purkey's *pro se* motion to remove *habeas* counsel and to proceed *pro se* until September 17, 2007.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri 65203
(573) 875-1571 Phone
(573) 875-1572 Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:     /s/ Gary E. Brotherton
        GARY E. BROTHERTON
        Co-counsel to Movant


Dated:   Columbia, SC
         Columbia, MO
         September 10, 2007




## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.


                                    /s/ Gary E. Brotherton
                                    Gary E. Brotherton



Dated:   Columbia, SC
         Columbia, MO
         September 10, 2007


3