**IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 06-8001-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

---

**Motion to Withdraw
Purkey's *Pro Se* Motions to Remove Counsel
Filed August 24, 2007 and September 11, 2007**

---

The undersigned appointed counsel for Wesley Ira Purkey, an indigent death-sentenced inmate, hereby move to withdraw Mr. Purkey's *pro se* motions (Doc. 28 and Doc. 32) to relieve court-appointed counsel and to allow Movant to proceed *pro se.* Since the filing of those motions and counsels' response, counsel have discussed this matter with Mr. Purkey and have received from him his further request that his *pro se* motions be withdrawn and nullified. *See* Attachment.

The undersigned counsel thus request that this motion be withdrawn and that no action be taken on the previous *pro se* requests.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044 (Phone)
(803) 765-1143 (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri 65203
(573) 875-1571 Phone
(573) 875-1572 Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:　/s/ Gary E. Brotherton
　　GARY E. BROTHERTON
　　Co-counsel to Movant

Dated:　Columbia, SC
　　　Columbia, MO
　　　September 18, 2007

CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:　Columbia, SC
　　　Columbia, MO
　　　September 18, 2007