## IN THE
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY,              )
                               )
        Movant,            )
                               )
v.                             )          No. 06-8001-CV-W-FJG
                               )
UNITED STATES OF AMERICA,       )
                               )
        Respondent.        )

---

### Motion to Withdraw
### Purkey's *Pro Se* Motions to Remove Counsel
### Filed August 24, 2007 and September 11, 2007

---

The undersigned Wesley Ira Purkey, an indigent death-sentenced inmate, hereby moves to withdraw his *pro se* motions to relieve court-appointed counsel and to allow Movant to proceed *pro se*. Movant requests that no action be taken on those filings.

Respectfully submitted,

Wesley I. Purkey, No. 14679-045
USP-Terre Haute
P.O. Box 33
Terre Haute, IN 47808

By: _____

Wesley I. Purkey
Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:        Columbia, SC
              Columbia, MO
              September 18, 2007