# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY, )
)
    Movant, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

Currently pending before the Court is movant's pro se Motions to Withdraw Habeas Counsel and Seeking Leave to Proceed Pro Se (Docs. 28, 32). On September 18, 2007, movant's counsel filed a Motion to Withdraw these documents. Movant's counsel state that since the filing of these motions, they have discussed the issue with Mr. Purkey and have received from him his request that the previous motions be withdrawn. Attached to the motion was an affidavit from Mr. Purkey attesting to this fact. For good cause shown, the Motion to Withdraw is hereby **GRANTED** (Doc. # 34).


Date: 9/19/07         **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri      Fernando J. Gaitan, Jr.
                Chief United States District Judge