# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

WESLEY IRA PURKEY,      )

         )

        Movant,      )

         )

    v.      )      No. 06-8001-CV-W-FJG

         )

UNITED STATES OF AMERICA,  )

         )

        Respondent.    )

## MOTION TO COMPEL THE GOVERNMENT TO COMPLY WITH THIS COURT'S DISCOVERY ORDER OF SEPTEMBER 6, 2007, OR, IN THE ALTERNATIVE, TO GRANT MOVANT LEAVE TO FILE AN AMENDED § 2255 PETITION AFTER FULL DISCOVERY

Wesley I. Purkey, by undersigned counsel, pursuant to the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, and pursuant to Rule 6 of the Rules Governing §2255 Proceedings, requests an Order from this Court compelling the United States government to comply with this Court's September 6, 2007, discovery order; or, in the alternative, to grant Mr. Purkey leave to make a supplemental filing to address any new facts/issues obtained after full discovery has

been had. In support, Mr. Purkey states the following:

1. Mr. Purkey filed his initial *Motion for Leave to Conduct Discovery and Supporting Memorandum* on July 30, 2007.

2. The United States filed its *Suggestions in Opposition* to that discovery on August 9, 2007.

3. Mr. Purkey filed his *Reply Suggestions in Support of Motion for Discovery* on August 22, 2007.

4. And, on September 6, 2007, this Court ordered the United States to produce "the rough drafts of reports or rough notes made by FBI agents pertaining to the investigation and prosecution of Purkey." (Doc. 29).

5. On September 25, 2007, undersigned contacted Assistant United States Attorney Matthew J. Whitworth, to inquire about the status of this discovery. At that time, AUSA Whitworth related that he was "still waiting" for Agent Tarpley "to get me the agent notes."

6. Unfortunately, time is working against Mr. Purkey. His § 2255 statute of limitations will run on October 16, 2007. He has no more time to wait. Counsel must have this discovery well in advance of that date so that they may competently assess whether and what claims may be raised.

7. It is undersigned counsel's understanding that Agent Tarpley "is going to

get to work on it;" however, it is also counsel's understanding that Agent Tarpley "has been working on a big murder case" and that "[i]t may take a little while for [him] to dig up everything." In other words, Mr. Purkey's discovery may not be a priority for Agent Tarpley unless this Court makes him make it a priority. Thus, Mr. Purkey requests an Order compelling the government's compliance with this Court's September 6, 2007, discovery order.

8.      In the alternative, Mr. Purkey requests leave to amend his § 2255 petition to include any necessary facts/issues obtained after full discovery has been had. The government agrees that this would only be equitable: AUSA Whitworth noted, "If for some reason we do not get the notes to you in time for you to make meaningful use of it I would not object if you all wanted to make a supplemental filing to address any issues you think you can raise after reviewing the notes."

For all the reasons set forth above, Mr. Purkey respectfully requests that this Court issue an Order compelling the United States government to comply with this Court's September 6, 2007, discovery order no later than October 4, 2007; or, in the alternative to grant Mr. Purkey leave to make a supplemental filing to address any new facts/issues obtained after full discovery has been had and to apply equitable tolling to those issues added to the petition because of the information disclosed only after the statute of limitations has run.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:  /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

Dated:    Columbia, SC
Columbia, MO
September 28, 2007

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:      Columbia, SC
           Columbia, MO
           September 28, 2007