IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

WESLEY I. PURKEY,          )
              )
          Movant,        )
              )
      v.             )      No.  06-8001-CV-W-FJG
              )
UNITED STATES OF AMERICA,  )
              )
          Respondent.    )

## GOVERNMENT'S RESPONSE TO PURKEY'S MOTION TO COMPEL THE GOVERNMENT TO COMPLY WITH THIS COURT'S  DISCOVERY ORDER OF SEPTEMBER 6, 2007

Comes now the United States of America, by John F. Wood, United States Attorney, and Matt J. Whitworth, First Assistant United States Attorney, and files the following response to Purkey's Motion to Compel the Government to Comply With This Court's Discovery Order of September 6, 2007.  In support, counsel for the United States states as follows:

1.  On September 6, 2007, the Court ordered the United States to produce "the rough drafts of reports or rough notes made by FBI agents pertaining to the investigation and prosecution of Purkey."  (Doc. 29.)

2.  Upon receipt of the Court's order, counsel for the United States called Special Agent Dirk Tarpley of the Federal Bureau of Investigation and left a message on his voice recorder asking him to call the undersigned.  Several days passed and counsel for the United States again reached out to Special Agent Tarpley to try and speak with him concerning the Court's order.  At that time, counsel for the United States learned that Special Agent Tarpley was heavily involved in the investigation into the missing Porter children which has been the subject of wide media coverage for the past several weeks.

3. Counsel for the United States eventually did make telephone contact with Special Agent Tarpley and informed him of the Court's order requiring him to produce the rough drafts and agent notes for all interviews conducted during the Purkey investigation. Shortly thereafter, Special Agent Tarpley was contacted by Dan Porter, father of the murdered Porter children, who asked Special Agent Tarpley to come and visit him at the State Correctional Facility at Cameron, Missouri. Special Agent Tarpley met with Dan Porter and Porter confessed to him that he had murdered his own children. Porter was checked out of the Cameron Correctional Facility and led agents to the grave site of his two missing children.

4. As a result of the above investigation, Special Agent Tarpley was unable to take the necessary time to search for the materials ordered to be produced by the Court.

5. Counsel for the United States contacted Special Agent Tarpley at the beginning of this week and informed him that he should produce the ordered materials as soon as possible in order to comply with the Court's order. Special Agent Tarpley assured counsel for the United States that he would comply. Special Agent Tarpley indicated it may be a bit difficult to locate some of the discovery materials because the case file could possibly be in storage. However, he indicated he would begin working on the production of the materials immediately.

6. Mr. Gary Brotherton, counsel for movant, has accurately restated the substance of the conversation between the undersigned and Mr. Brotherton on September 25. The United States would not object to a request by counsel for Purkey to amend his Section 2255 petition to include any necessary facts or issues obtained after the additional discovery has been produced by Special Agent Tarpley. The United States realizes that counsel for Purkey may not have adequate time to make meaningful use of the records by the time they are produced by Special

2

Agent Tarpley.  Consequently, it would be unfair for the United States to object to a supplemental filing by movant within a reasonable period of time.

7.  The United States understands this matter is entirely within the discretion of the Court.  Nevertheless, the undersigned wants to assure the Court that it is making every effort to obtain the additional discovery and it will be produced as soon as possible.

Respectfully submitted,

John F. Wood
United States Attorney

By      */s/ Matt J. Whitworth*

Matt J. Whitworth #33322
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 1, 2007, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Matt J. Whitworth*
Matt J. Whitworth
First Assistant United States Attorney

4