January 8, 2007

**STEPHEN E. PETERSON, M.D.**

**Logan & Peterson, P.C.**

| | | |
|---|---|---|
| **428 W. 42nd Street** | **and** | **231 S. Bemiston, Ste 800** |
| **Kansas City, Missouri 64111** | | **Clayton, Missouri 63105** |
| **Phone: (816) 842-2500** | | **Phone: (314) 236-4914** |
| **FAX:   (816) 842-9980** | | **FAX:   (314) 236-4922** |

**3600 Burlingame, Suite 1A**
**Topeka, Kansas**

**EDUCATION**:
July 1990 to June 1991 - Forensic Fellowship, Department of Law and Psychiatry, Karl Menninger School of Psychiatry, Box 829, Topeka, Kansas 66601.

July 1986 to June 1990 - Internship and Residency, Karl Menninger School of Psychiatry, C.F. Menninger Memorial Hospital.

July 1982 to June 1986 - Saint Louis University Medical School, Saint Louis, Missouri.  Graduated in upper third, May 17, 1986.

July 1979 to June 1982 - Saint Louis University Graduate School, Department of Cellular and Molecular Biology.

September 1975 to June 1979 - University of California, Santa Barbara, Santa Barbara, California.  Bachelor of Arts, Cellular Biology and Cellular Physiology.

September 1971 to June 1975 - Shasta High School, Redding, California.  Honors program student.

**POST-RESIDENCY CONFERENCES AND COURSES**:
American Academy of Psychiatry and the Law: October 26-29, 2006 in Chicago, Illinois (30.50 category I CME hours).  Topics included Poster Session 1, Contemporary Review of Capital Punishment, Predicting Restorability, Mental Retardation and the Death Penalty, Beyond the Superpower Syndrome, Workplace Stress Disability, Malingering and Disability Evaluations, Postpartum Psychosis and Suicide, Poster Session 2, Perspectives on Malingering, POWs versus Torturers, Law Enforcement Interviews of Hospital Patients, Intimate Partner Violence, Proposed AAPL Guidelines, Mental Health Courts, Evaluating Credibility and Damages, The Moussaoui Trial, Motor Vehicle Accidents, Physician Assisted Suicide, The Trial of Hamlet, Differentiating Field Sobriety Test Results, Violence Risk and Race in Juvenile Detention, Sex Offenders and Insanity, Obsessive Compulsive Limits versus Impulsivity, The AAPL Ethics Revision: Description and Analysis, and Internet/Child Pornography.

**Stephen E. Peterson, M.D.**
Page 2

March 11, 2006 US Psychiatric Congress CME Extension-7.5 CME hours in Chicago, Illinois. This covered general medication topics such as treatment of Depression, Bipolar Disorder, Insomnia, and Schizophrenia.

American Academy of Psychiatry and the Law: October 21, 2004 to October 24, 2004 CME- 26.50 hours Scottsdale Arizona.

Topics included the following: Improving the Quality of Forensic Evaluations, Understanding Case Law: A Practical Approach, Terrorism: A Forensic Sampler, Forensic Psychiatry and Religious Institutions, Prosecution of Psychiatric Patients for Inpatient Assaults, Maternal Filicide in Texas, Death, Sex and Cannibals: An Alternative View, The Physician and Intelligence Analysis, Who Is Misbehaving in Jail? A Preliminary Analysis, Domestic Violence Risk Assessment and the Forensic Expert, Adjudication of Juveniles in Hawaii for Stalking Offenses, Offenders: Success and Failure in Community Re-Entry, SSRIs and Suicide Among Children and Adolescents, The Tortured Path of a Bill to Reform Competence Restoration, Paraphilia: Sexual Disorders or Anxiety Disorders?, Psychopathy Among Sex Offenders: A Systemic Review, Prosecution of Psychiatric Patients: An Update Continued, Stability of Legal and Diagnostic Groups, Forced Medications: A Post-Sell Update, Juvenile Sexual Experiences With the Internet, Reliability of Self-Reported Criminal Convictions, Asperger's Disorder and Criminal Defendants, Eyewitness Identification From Line-Ups, Amphetamine Psychosis: The Insanity Spectrum, Data Categories in SVP and Other Forensic Cases, Was It Meth Or Madness? Criminal Responsibility and Meth Use.

April 16 through 18, 2004 Tulane Forensic Psychiatry (New Orleans, Louisiana). This was sponsored by the Department of Psychiatry and Neurology of Tulane University School of Medicine: 9.0 hours CME. Topics included the Oxycontin Controversy, Erotomania-Stalking Celebrities, Juvenile Sex Offenders, Rock Lyrics-Do Lyrics Lead to Criminal Behavior?, Living and Dying to Rock: An Overview of Rock-n-Roll Musicians, The Rave Scene, and Psychological Autopsy of Kurt Cobain.

March 15, 2003 Pain Management Update (Overland Park, Kansas). This was sponsored by the Shawnee Mission Medical Center: 4.0 hours CME. Topics included: Physical Exam of the Pain patient, Migraine Update, Neuropathic Pain and PHN (Post-Herpetic Neuropathy), Rationale Use of Opiates in Pain Management, Adjuvant Medicines in Pain Management, Spinal Cord Stimulation and Implantable Pumps, and Back Pain: A New Look at an Old Problem.

June 26 through 28, 2003 Psychiatry in 2003 (Cambridge, Massachusetts). This was sponsored by Harvard Medical School: 21.5 hours CME. Topics included: Rethinking the Diagnosis of Psychotic Disorders, the Atypical Antipsychotics, Update on the treatment of Bipolar Disorder, Psychiatric Rehabilitation Programs, Cognitive Behavior for Psychosis, Augmentation Strategies for the Treatment of Psychosis,

**Stephen E. Peterson, M.D.**
Page 3

Treatment of Borderline Personality Disorder, Treatment of Patients with Substance Use Disorders and Mental Illness, Psychosocial Treatments of Depression and Anxiety Disorders, Women's Hormonal Cycles and Psychiatric Disorders, Psychopharmacologic Treatments of Anxiety Disorders, Advances in treatment of Obsessive-Compulsive Disorder.

October 25 through 28, 2001 AAPL annual meeting in Boston, Massachusetts: 20.75 hours of CME were obtained. Topics covered: Knowledge Isn't Power- Knowledge as Obligation, Acute Effects of Videogame Violence on Empathy, Juvenile Sex Offenses- Predicting Multiple Victims, Biopsychosocial Traits of Juvenile Murders, Behavioral Addictions-Impulse Disorders and the Law, Civil Commitment of Sexually Violent Predators in Texas, Osama bin Laden and Recent Terrorist Events, Psychiatric Education at a Federal Medical Center, Innocent but Convicted-Some Observations, Deceptive Confessions, Fibromyalgia Controversies, Community Treatment of Dually Diagnosed Acquitees, Should Russell Weston be Medicated?, The FAMIO-How Does It Measure Up, Ethical Problems with Substance Abuse Criteria in DSM-IV-TR, Comorbidity of Sex Offending and Schizophrenia, Mental Health Professionals and Police Negotiators, Psychiatric Disorders in 106 Sex Male Offenders, Psychopharmacology of Violence, Assessment Mental Competence to be Executed, and Sex Offenders with Co-occurring Serious Mental Illness.

2000 Psychopharmacology Review: Current Clinical Practice from February 21 through February 25, 2000. This was sponsored by the University of Arizona and held in Tucson. (26.5 CME hours)

1998 AAPL Annual Meeting, New Orleans, Louisiana from October 22 through October 25, 1999.
Topics included: Presidential Address-Are the Mentally Ill Dangerous?, Sexually Abusing Clergy: What's An Expert To Do?, Post Daubert Sexual Harassment Experts, Grappling with Sexual Predator Evaluations in Kansas, Confusion Multiplied: A Rational View of Multiple Personality Disorders in the Courtroom, A Study of Stalkers, Forensic Practice and Employment Cases, The Unabomber: Madman or Misanthrope, ADHD: Public Health View/Tax Payer View, Boundary Perceptions in Ohio Training Programs, Project Link: A Forensic Intervention Program, Surviving Inpatient Care in the Managed Care Era, Psychodevelopmental Descriptive Study of Adolescent Female Prostitution, Results of Long-term Exposure to Violence, Functional Brain Imaging and Criminal Behavior, Female Sex Offenders: A Comparative Study, Evaluation of Abel's Predictors of Child Molester Recidivism, Asperger's Disorder in Juveniles, MAO-Personality Profiles in Adolescent Substance Abusers, In the Valley of the Shadow of Death (young Texas forensic psychiatrist), Hypersensitivity in Sexual Harassment Claims, Dead Men Walking-A Journey by Sister Prejean, Forensic Evaluation of Paraphilic Stalkers, Psychiatric and Legal Perspectives of Stalking (24.75 CME Hours

1997 AAPL Annual Meeting, Denver, Colorado from October 23 through 26, 1997. Topics included: Sex Offender treatment after Hendricks, Reflections on the Criminal

**Stephen E. Peterson, M.D.**
Page 4


Justice System by Sol Wachtler, Competency to Stand Trial in Low I.Q. Juveniles, the Insanity Trial of John Dupont, Sexual Harassment Perspectives, Adult Recovered Memories: An Update, The Government's Response to Repeat Sex Offenders by Kansas Attorney General Carla Stoval, Ethics Law and Pre-arraignment Evaluations, Forensic Science: Past/Present/Future (AAFS), MAO-Inhibitors for Conduct-Disordered Adolescents, the California Sexually Violent Predator Law, Characterization of Symptoms in NGRI Patients, Race and Justice: A Cross Cultural Perspective by Chester M. Pierce, M.D., Standardized Assessment of Effort or Malingering, Sexual Commitment Laws: Clinical and Legal Issues, Organizational Pathology and Individual Disability. (24.25 CME hours)

1996 Psychopharmacology Update, October 1996, sponsored by Harvard Medical School, Boston Massachusetts (21 CME hours).

1996 Midwest AAPL "Challenges to the Thinking of Forensic Psychiatrists" April 19-20, St. Louis, Missouri (5.0 CME hours)

1994 AAPL Forensic Board Review Course, April 15-17, Atlanta, Georgia (22.5 CME hours).

1992 American Academy of Psychiatry and the Law (AAPL) Annual Meeting, Boston, Massachusetts from October 15 to 19, 1992 (20 CME hours).

1991 AAPL Annual Meeting, Orlando, Florida, October 17 to 20, 1991 (21 CME hours).

Mitigation Specialist Training in Saint Louis, Missouri by the National Legal Aid and Defense Association, October 10 and 11, 1991.

Terrorist Tactics and Negotiation Seminar, Northwestern University Traffic Institute, Evanston, Illinois, April 22 and 23, 1991.

United States Department of Justice, Bureau of Prisons, Mental Health Forensic Clinical Update from October 30 to November 1, 1990 in Rochester, Minnesota.

1990 AAPL Annual Meeting, San Diego, California from October 25 to 28, 1990 (17.5 CME hours).

1990 AAPL Forensic Board Review Course, October 19 to 24, 1990, San Diego, California.

Ritualistic Crimes, Cults, Occults, and Nontraditional Groups, June 12 and 13, 1990, taught by Paul S. Banner, Senior Criminology Instructor from the South Carolina Criminal Justice Academy.

**Stephen E. Peterson, M.D.**
Page 5


Practical Reviews in Psychiatry 1992 to present (up to three CME hours per month).

May 1984, Forensic Pathology, a 20-hour course sponsored by the St. Louis University Department of Forensic and Environmental Pathology, St. Louis City and County Medical Examiners Office. Principal lecturer: George E. Gantner, M.D., Chief Medical Examiner.

### LICENSURES:
Kansas State Board of Healing Arts - Medicine and Surgery #21932, issued July 1, 1987.

Missouri State Board of Registration of Healing Arts - Physician and Surgeon #MDR5P78, issued July 11, 1991.

United States Department of Justice Drug Enforcement Agency License to Dispense Controlled Substances from October 24, 1988 to present.

### BOARD CERTIFICATIONS:
ABPN Recertification, in Forensic Psychiatry, March 25, 2003, #188

ABPN Added Qualifications in Forensic Psychiatry, October 11, 1994 #188

American Board of Psychiatry and Neurology, April 7, 1992 #35590

Diplomate of the National Board of Medical Examiners, July 1, 1987

### EMPLOYMENT:
July 1993 - Vice President & Treasurer, Logan & Peterson, P.C. This psychiatric practice emphasizes Forensic, adult, and adolescent psychiatry. Evaluation and treatment of psychiatric disorders is provided. Opinions relevant to legal issues such as personal injury, workmen's compensation, disability, testamentary capacity, guardianship/conservatorship, malpractice, criminal competency, criminal responsibility, sentencing guidelines, mitigation and others are areas of specialty.

Consultations to both hospital and correctional settings include psychiatric evaluation, treatment, suitability for release, need for continued care, discharge planning, and others. Office practice includes psychotherapy and psychopharmacologic treatment.

Hospital consultation, residency supervision, and teaching are continued for The Menninger Clinic as well as the Karl Menninger School of Psychiatry.

July 1991 to July 1993 - Menninger Clinic, Department of Law and Psychiatry, Staff Psychiatrist. The position involved evaluation of referrals from attorneys regarding workmen's compensation, personal injury, malpractice, contested civil commitment, testamentary capacity, guardianship/conservatorship, child custody, employment

**Stephen E. Peterson, M.D.**
Page 6

evaluations, competency to stand trial, criminal responsibility, diminished capacity, sentencing and other issues.

Consultation is provided to state hospitals, federal hospitals, private hospitals, police departments, corrections systems, boards      of healing arts, community corrections, and the Shawnee County Incest Diversion Program.  Assist the Federal Court Monitor who supervises the progress of a class action suit.

Psychiatric Residents, Child Psychiatry Fellows, psychology interns, law students, and law enforcement trainees are provided training in Forensic Psychiatry.  Court testimony, consultation and research are conducted.  Psychotherapy and pharmocotherapy patients are treated in a direct-care caseload.

1988 to 1990 - Kansas Department of Corrections, Topeka, Kansas.  Kansas State Reception and Diagnostic Center (10 hours per week, 385 inmate interviews).

1987 to 1988 - Colmery-O'Neil Veterans Administration Medical Center, Topeka, Kansas, paid House Officer, 10 hours per week.  Duties included emergency room evaluations and first call for the entire 400-bed hospital.

1985 to 1986 - DePaul Hospital, Saint Louis, Missouri, Extern Admitting Physician and in-house night call for the Division of Psychiatry.

1981 to 1983 - Graduate teaching assistant, Medical student Biochemistry Laboratory, Saint Louis University Graduate School.

1982 to 1984 - Tutored Biochemistry to three freshman Saint Louis University medical students.

## PROFESSIONAL CONTRIBUTIONS:

### Membership in Professional Organizations:
American Academy of Psychiatry and the Law, 1990 to present.
American Psychiatric Association, July 1990 to present.
Western Missouri Psychiatric Association, 1992 to 2001, 2003.
Missouri State Medical Association, 1992 to present.
American Medical Association, 1989 to present.
Kansas Medical Society, 1989 to 1993.
American Association for the Advancement of Science, 1983 to present.
American Suicide Foundation, January 1994 to 1998.

### Hospital Affiliations:
Larned State Hospital, Larned, Kansas 1992 to 1999.
Osawatomie State Hospital, Osawatomie, Kansas, 1992 to 1999.
United States Medical Center for Federal Prisoners, Springfield, Missouri, 1990 to present.

**Stephen E. Peterson, M.D.**
Page 7


C.F. Menninger Memorial Hospital, Topeka, Kansas, 1986 to May 2003.

**Consultations**:
Consultant to Shawnee County, Kansas Incest Diversion Program with the Menninger Clinic, 1989 to 1999.

Topeka Police Department evaluations of 32 new officer applicants, from April to June 1994.

Topeka Police Department, Topeka, Kansas, June 1989 to July 1993     This involved case consultation, evaluation of recruits, evaluation of reserve applicants, evaluation of officers for special assignment (Response Team, Street Crime Team), In-service training, evaluation of officers in crisis, dispatcher stress management training, riding with officers, officer stress management training, supervision of the KMSP Residents assigned to the Police Department, and assistance with barricade or hostage negotiations. Crisis Counseling for college intern who observed an officer-involved shooting during July 1991. Observed presidential and senatorial security protection by Topeka Police, United States Marshals, and United States Secret Service (1990 and 1991).

C. F. Menninger Memorial Hospital, 1990 to 2003 Forensic and difficult-to-treat patient consultations. Consultations have included evaluation of criminal responsibility, evaluation of traumatic brain injury, and consequences of frontal lobe tumor in the shooting of a spouse.

Larned State and Larned State Security Hospital, 1990 to June 1999. Forensic and difficult-to-treat patient consultations.

Osawatomie State Hospital, 1990 to ca. 1999. Forensic and difficult-to-treat patient consultations.

Evaluation of Menninger Clinic Security office applicants, 1991 to 1993.

**Educational Activity**:
June 10, 11, 12, 2005 American Board of Psychiatry and Neurology Board Examiner. This took place at Western Missouri Mental Health Center. The team leader was Michael Ebert, MD. Twenty-two hours of training and examination.

November 3, 2004 1-hour lecture to St. Louis University Forensic Sciences Department. This was a topical lecture covering general forensic psychiatry, the Miranda Waiver, NGRI, and defendants' progress from criminal charges to civil commitment using de-identified case examples.

May 15, 16, 17, 2002 Mock Boards Examiner at St. Louis University Medical School-Department of Psychiatry, St. Louis, Missouri, Department Director-Michal Artal, MD (12 contact hours).

**Stephen E. Peterson, M.D.**
Page 8

June 11-13, 2000 ABPN, Part II Examiner, University of Missouri-Kansas City, Kansas City, Missouri; Team Leader-Michael Ebert, MD.

September 1997, 1998, and 1999 Karl Menninger School of Psychiatry PGY-IV, Law and Psychiatry Workshop. This workshop was presented to Washburn University Law School students and KMSP fourth year PGY residents. Topics included Psychiatrists as Expert Witnesses: Trial practice, Rules of Evidence; and, the Psychiatrist's/Mental Health Specialist in Criminal Proceedings with particular discussion of competency to stand trial and post trial issues: Incarceration, Parole, Release, Dangerousness, and Mitigation. This was co-taught with William S. Logan, M.D. and W. Walter Menninger, M.D.

July 1, 1997, Appointment as Assistant Clinical Professor, Department of Psychiatry, St. Louis University Medical School.

1996, 1995, and 1994 KMSP PGY-IV Law and Psychiatry Workshop to KMSP and Washburn Law School students. Topics included competency to stand trial, criminal responsibility, not guilty by reason of insanity, diminished capacity, dangerousness, and duty to protect.

Jackson County Department of Corrections, Annual Caseworker Training, January 6-7, 1994 (16 hours). This was sponsored by the University of Kansas: Introduction to Forensic Psychiatry, criminal personality (Yokelson/Samenow model), identification of the high-risk detainee, screening for high-risk detainees, special issues (DUI and severely mentally ill), and case discussions team taught by Drs. Logan and Peterson.

1993 to 1999, Supervision of PGY-IV KMSP-Community Consultation Residents at their placements: Shawnee County District Attorney's Office, Washburn Law Clinic, Shawnee County Community Corrections, Legal Aid Clinic, and Topeka 501 School Security office.

American Board of Psychiatry and Neurology, Board Part II Examiner, June 6, 7, and 8, 1993, Kansas City, Kansas at Kansas University Medical School.

Lectured to the KMSP PGY-II Residents on the Psychopathology of Post-traumatic Stress Disorder, April 1, 1993.

July 1992 to 1993, Supervision of six PGY-IV KMSP-Community Consultation Residents at their placements: Topeka Police Department, Shawnee County District Attorney's Office, Shawnee County Youth Center, Kansas SRS, Washburn Law Clinic and Shawnee County Community Corrections.

Mock Boards examiner on October 3, 1992 for Kansas University and KMSP PGY-IV psychiatry residents.

**Stephen E. Peterson, M.D.**
Page 9


Karl Menninger School of Psychiatry (KMSP) Faculty Appointment from September 9, 1992 to 2003.

Lecturer in the KMSP Law and Psychiatry Workshops for PGY-I, PGY-II, PGY-III, and PGY-IV residents during 1990, 1991, 1992, 1993, and 1994 academic years. Topics have included juvenile justice, confidentiality, competency to consent to treatment, competency to stand trial, and insanity defense. Mock trial and case examples for the trial were coordinated each year until 1992.

Interviewed KMSP Psychiatry Residency applicants for academic years 1990, 1991, and 1992.

Lectured to psychology interns at the United States Medical Center for Federal Prisoners in Springfield, Missouri on police liaison psychiatry and Post-traumatic Stress Disorder during April 1991.

Taught a combined "Law and Psychiatry" Colloquium to KMSP residents and Washburn Law Clinic students with Professor Nina Tarr in February 1991.

Lectured KMSP PGY-IV residents and Child Psychiatry Fellows on the role of the Forensic Expert, October 1990.

Presentation of Menninger Referral Development Team in September 1990.

Lectured KMSP PGY-I and II residents on Emergency Psychiatry, July 24, 1990.

Presentation on Brief Psychotherapy to KMSP PGY-IV residents, February 1990 and February 1991.

**Presentations:**
May 16, 2006 Psychiatric Evidence in Mitigation of Sentence -Shawnee County Defense Bar Speakers Bureau. Topics included: Sources for evidence, Indications from prior legal involvement, Psychiatric treatment records, Specialized indicators, and Case-specific mitigation. Felix Manzanares, attorney at law, moderated the Speakers Bureau and requested the lecture

September 21, 2004 Shawnee County Criminal Defense Bar –Speakers Bureau. This was a brief update on psychiatric defenses in criminal cases. Two current topics were addressed. The first portion addressed opinion formation in evaluating sanity at the time of the charged offense. The second addressed normal distribution of intelligence as correlated with borderline range of intellectual functioning and mental retardation according to the DSM-IV-TR. Relevant clinical investigations and collateral sources of information were discussed. Felix Manzanares, attorney at law, moderated the Speakers Bureau and requested the lecture.

February 13, 2002 University of Health Sciences 1 hour lecture to pre-clinical

**Stephen E. Peterson, M.D.**
Page 10

trainees. Topic: Introduction to Forensic Psychiatry with Tips on Interview Style.

October 17, 1997, UMKC-School of Law, Continuing Legal Education Seminar "Worker's Compensation." This was co-presented with William S. Logan, M.D. Topics covered included General Information Regarding Worker's Compensation, Practical Issues for Evaluations and Report Preparation, Potential Pitfalls, Overcoming Pitfalls in Assessment and Treatment, and Commonly Encountered Diagnoses.

April 11, 1996, University of Missouri-Kansas City-School of Law: Annual Sexual Harassment Program entitled: "New Strategies in Sexual Harassment Litigation: Dealing with Wal-Mart and Gary v. Long Cases", presentation and panel discussion, Kansas City, MO.

April 19, 1996, Criminal Law Seminar, "The Insanity Defense" overview and role of the psychiatrist, presented with William S. Logan, M.D. to members of the Kansas Trial Lawyers Association.

October 5, 1995, CME lecture to medical staff of Larned State Hospital, Topic: Treatment with Lithium (2.0 hours).

Panel Participant, March 18, 1994, University of Missouri-KC Law School Workshop "New Supreme Court Rules on Sexual Harassment." Panel addressed assessment and opinion regarding sex harassment accusations using a videotape vignette and Harris v. Forklift, 1993 WL 453611 (U.S.).

The Battered Woman's Defense, to Shawnee Criminal Defense Bar on March 25, 1993.

Lectured to Washburn Law School Evidence Class about the relevancy of the Frye Test in psychiatric evaluations on September 25, 1992.

Co-lecturer with William S. Logan, M.D. on March 30, 1992, "Mind of the Terrorist" to the Tenth Annual C. F. Menninger Military Psychiatry Conference.

Dispatcher Stress Management for the Topeka Police Department Telecommunications Division, 1989 to 1993. This is a semi-annual four-hour presentation to fire and police dispatcher trainees.

Topeka Police Department inservice training lecture on Interviewing given April 17, 1991.

Northeast Kansas Major Case Squad annual training, January 1991, Stress Management lecture for law enforcement officers.

1988 to 1992 – Lecturer, Hospital Treatment of Post-traumatic Stress Disorder, Karl

**Stephen E. Peterson, M.D.**
Page 11

Menninger School of Psychiatry.

1988 - Lectured with Robert Athey, Ph.D., Research Topics in Psychiatry, Karl Menninger School of Psychiatry.

1985 to 1986 - Teaching Faculty for Working with Dying Patients and Their Families, a Saint Louis University Medical School course.

**PUBLICATIONS**:
1993 Menninger Perspective, Law & Psychiatry, Vol 24:2, Interviewed for an article describing the relationship between attorney and psychiatric expert.

1993 Participant - A Strange Partnership: The incest Perpetrator and the Mental Health Professional. This videotape introduces concepts essential to diagnosis and treatment of both incest perpetrators and their families.

October 1998 Grappling with Sexually Violent Predator Evaluations in Kansas: Kansas v Hendricks by Roy B. Lacoursiere, MD; William S. Logan, MD, and Stephen E. Peterson, MD. Submitted February 1998 and accepted June 1998 for the October meeting. Participation at the meeting included answering questions about the topic.

**HONORS**:
Shawnee County Criminal Defense Bar Certificate of Appreciation, March 25, 1993. Topic: Battered Woman's Defense.

United States Department of Justice Certificate of Appreciation. December 31, 1991.

November 1990 Menninger Delegate to the Concepts of Depression in the 90's, Orlando, Florida.

July 1989 Miles Seeley Fellow in Psychiatry, based on superior residency performance with selection by the Karl Menninger School of Psychiatry Management Committee.

Spring 1977 Deans List Honor Roll, University of California Santa Barbara, Santa Barbara, California.

June 1975 American Legion Scholar Award, Live Oak Junior High School, Redding, California.