# Legal Writes, LLC

*Righting wrongs for all your appellate and litigation needs*

2101 Chapel Plaza Court, Suite 13
Columbia, Missouri 65203-6399

Phone      573-875-1571
Toll Free   888-875-1571
Facsimile   573-875-1572
Web site    www.legalwritesllc.com



Gary E. Brotherton
gebrotherton@legalwritesllc.com

&

Amy M. Bartholow
amy@legalwritesllc.com

Attorneys & Counselors at Law

July 5, 2007

Thomas Webster, M.D.
Clinical Director at USP Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

RE:  Wesley Ira Purkey, No. 14679-045

Dear Dr. Webster:

The United States District Court for the Western District of Missouri has appointed me and Teresa L. Norris to represent Mr. Purkey in his quest for post-conviction relief from his conviction and death sentence.   In that capacity, we have experienced a wide array of psychiatric functioning – often times making communication difficult.  To address this problematic situation, we asked the Court to fund a psychiatric evaluation with a recommendation for treatment as the goal.

Stephen E. Peterson, M.D., has completed his evaluation process, and I include his report for your prompt review.  As Dr. Peterson points out, "Initiation of this treatment will not only reduce his agitation/depression/mood swings, but will assist his preparation for the appeal matter, and may greatly reduce his coping-impulse to file grievances.   Dr. Peterson's recommendations speak for themselves, but I would like to underscore his core finding that Mr. Purkey should "restart medications to treat depression, anxiety, and mood swings. Respectively these would be an antidepressant, an anti-anxiety, and a mood stabilizer."

Thank you in advance for your time and attention to this matter of utmost importance.

Respectfully yours,

Gary E. Brotherton
Attorney & Counselor at Law

c    Mary Ellen DeSat-Lundstrom
     Wesley I. Purkey