COP OUT / MEDICAL REQUEST

Ms. Beagley/Hospital Administrator

From: Purkey #14679-045/SCU

This is in regard with the continuing ostracism being shown to the 'Report & Recommendation' by Dr. Peterson mailed to Dr. Thomas Webster, July 5th, 2007 anent recommendations for certain medications to be provided to me. On at least three different occasions since that time I have personally stop Ms. Beagley and sought the status of this report and recommendantions, whereas, inter alia she has advised me that 'such report has not been received and even if it had been that USP Terre Haute Medical Personnel are not required to comply with such re- commendations of medications.

Further' on two different occasions since July 5th, 2007 I have been seen by medical personnel during regular sick call and when I asked what the status was of the recommended medications prescribed through Dr. Peterson's Report I was told that, 'no such report is lsited in my medical file and that even if such report recommended certain medications that USP Terre Haute was not mandated to provide such.

One of my attorneys' representing me in the present capital proceedings has requested that I get written clarification from Ms. Beagley anent USP Terre Haute's position regarding the Recommendation and Report provided to both her and Dr. Thomas Webster, July 5th, 2007 concerning the recommended medications, and so this material seeks such clarification.

Dated: 19th, 2007

DECLARATION UNDER PENALTY OF PERJURY

The undersigned Wesley I. Purkey does attest under penalty of perjury that he personally handed the foregoing 'Cop Out / Medical Request to Mr. Bruce Ryherd for delievery to Ms. Beagley this 19th day of September, 2007, pursuant to 28 U.S.C. § 1746.

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
declarant

iii

Case 4:06-cv-08001-FJG    Document 44-5    Filed 10/01/07    Page 1 of 1