# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS
## U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
## SPRINGFIELD, MISSOURI

## <u>TELEPSYCHIATRY CONSULTATION REPORT</u>

**PURKEY, Wesley**
Reg. No. 14679-045
Date of Birth: January 6, 1952
Date of Report: October 12, 2004
Time of Report: 1:00 p.m. - 1:45 p.m.

## <u>IDENTIFYING DATA</u>

Wesley Purkey is a 52-year-old male who currently is at the U.S. Penitentiary (USP) in Terre Haute, Indiana, for the past nine months. Mr. Purkey was convicted in October 2003 of capital murder and was transferred to USP Terre Haute in February 2004. He resides in a single-man cell in lock-down status and recreates three times per week. He was seen with Dr. Breyer, a psychologist at USP Terre Haute, and also in the room at the time were Dr. Webster, USP Terre Haute Clinical Director, and the Assistant Health Services Administrator. In addition, there were two officers also in the USP Terre Haute examination area. Mr. Purkey was interviewed for approximately 45 minutes on October 12, 2004, over telepsychiatry.

## <u>CHIEF COMPLAINT</u>

Mr. Purkey stated he has trouble with sleep, racing thoughts, and "mood swings."

## <u>HISTORY</u>

Prior to this evaluation, Mr. Purkey's previous telepsychiatry consults with Dr. Grant were reviewed as were the forensic reports from his capital trial. Mr. Purkey reports that he was taking Tegretol, Zoloft, and Klonopin, both at the Leavenworth, Kansas, Correctional Corporation of America (CCA) facility and also the U.S. Penitentiary (USP) at Leavenworth, Kansas. When he was transferred to USP Terre Haute his Klonopin was discontinued and his Zoloft was changed to Prozac. Mr. Purkey reports that he had trouble with sleep since "I came off my meds." He reports that the Prozac has "bad side effects." He stated, "It makes me tired." He took it in the mornings and later took it at night but still continued to have a hangover feeling the next morning. His last dose of the Prozac was approximately three weeks prior to this evaluation. He reports trouble falling asleep with "racing thoughts" and also waking up in the middle of the night. Of note, however, he does sleep during the day and in most recent time slept three hours

**Sensitive - Limited Official Use**

<b>Exhibit B</b>

## TELEPSYCHIATRY CONSULTATION REPORT - Page 2
PURKEY, Wesley     Reg. No. 14679-045
October 12, 2004

at night and at least three hours in the morning after breakfast. He states that his appetite is "good some days, some days not." He stated that he is "tired now," but other times he does "try to work out." He stated at times he has "mood swings." He describes this as, "Yesterday I was in a good mood and then just was in a severe agitated state." He states nothing particularly brings these episodes on and nothing particularly makes them better. He states, "I feel like I'm agitated." He states these can last sometimes just moments to hours to seldom days, but during this time he reports, "trouble focusing and concentrating." When asked how he spends his day at this time, he states he is spending the time doing his legal work. He reports he has two attorneys working on his appeal of his capital conviction, he has two other criminal cases and three civil cases. He has a total of four separate attorneys he is working with and he corresponds with them by telephone and also writing. He is spending his time doing legal research, "doing a lot of reading" and writing briefs.

### PAST PSYCHIATRIC HISTORY

He reports that he was on Tegretol, Zoloft, and Klonopin for approximately the last one year. Most recently, he is taking the Tegretol and stopped the Prozac that the Zoloft was changed to. He entered the Kansas Department of Corrections (DOC) in 1998 with a life sentence for murder and he was both at the Lansing Correctional Institute and Hutchins. He states he was started on Prozac in the Kansas DOC but "I had side effects from it." He states at that time he had "mood swings" and anxiety also. He was on these medications while at the Leavenworth CCA facility and was transferred to USP Leavenworth by reports secondary to behavioral difficulties. He reports it was because "the cops jumped on me" and reportedly fractured his arm. While he was not incarcerated, he was in a state hospital but these were mostly due to drug use. He has an extensive history of drug use.

### SUBSTANCE ABUSE

Mr. Purkey related that he has used methamphetamines, Ritalin, cocaine, prescription medications such as qualudes and had abused both of his sons' Ritalin. He also had an alcohol history. His longest period of sobriety when he was not incarcerated was one year. He began using substances in his early teens.

### PAST MEDICAL HISTORY

Mr. Purkey denied any specific medical problems and has no known drug allergies. Reported in previous studies that he was involved in a car accident or possibly two in the 1960s that resulted in a loss of consciousness.

**Sensitive - Limited Official Use**

## TELEPSYCHIATRY CONSULTATION REPORT - Page 3
PURKEY, Wesley    Reg. No. 14679-045
October 12, 2004

### FAMILY HISTORY

Mr. Purkey reports his mother had alcohol-induced pancreatic cancer which she succumbed to. His father also had problems with alcohol and was a suicide. His brother has been diagnosed with bipolar disorder. Under his past psychiatric history, a suicide attempt in 1998 by a drug overdose with methamphetamines.

### MENTAL STATUS EXAMINATION

At the time of this evaluation, Mr. Purkey was sitting quietly in a chair wearing wrist restraints. He was not at all agitated. He was calm, cooperative. His thoughts were goal directed with no evidence of circumstantiality or tangentiality. Mood was described as euthymic and his affect was congruent to this. There was no evidence of psychosis noted with he was not responding to internal stimuli. No delusions were elicited. Sensorium was clear. He was oriented times four.

### DIAGNOSTIC IMPRESSIONS

According to the criteria set forth in the *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition*, of the American Psychiatric Association, Mr. Purkey is diagnosed as follows:

Axis I:      Polysubstance dependence, in remission, in controlled setting.
Axis II:     Antisocial personality disorder.

### RECOMMENDATIONS

At this time Mr. Purkey is taking Tegretol 50 mg twice a day and is prescribed Prozac 20 mg per day which he is not taking. There is no evidence at this time of a major Axis I disorder such as major depression, schizophrenia, or an anxiety disorder. There is no specific indication for any type of psychotropic medications at this time. According to Dr. Grant's history and other history notations in the chart, Mr. Purkey has had episodes of being rather angry and particularly during his trial it was decided he would benefit from the antidepressant medication, the Tegretol and the Klonopin. It is sometimes helpful in light of persons with antisocial personality disorder and impulsivity due to this personality disorder the use of Tegretol to help with anger and irritability. And also it is sometimes helpful to use an SSRI like Prozac to help with some anxiety, agitation or irritability type symtoms. There is no indication at this time however for the use of Klonopin on a regular basis with Mr. Purkey.

**Sensitive - Limited Official Use**

**TELEPSYCHIATRY CONSULTATION REPORT** - Page 4
PURKEY, Wesley    Reg. No.  14679-045
October 12, 2004

Robert G. Sarrazin, M.D.
Chief of Psychiatry
Diplomate, American Board of Psychiatry
        and Neurology with Added Qualification
        in Forensic Psychiatry

Sensitive - Limited Official Use

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

UNITED STATES OF AMERICA,              )
                                       )
                Appellee,              )
                                       )
        v.                             )        Case Number:  04-1337
                                       )
WESLEY PURKEY                          )
                                       )
                Appellant.             )
                                       )

## DECLARATION OF THOMAS A. WEBSTER

1.      I, Thomas A. Webster M.D., do hereby declare that I am the Clinical Director at the

United States Department of Justice, Federal Bureau of Prisons (BOP), United States Penitentiary

at Terre Haute, Indiana (USP Terre Haute). I have been employed in this capacity since

June 2, 2002. Prior to that time, I was employed as the Clinical Director at the Federal Correctional

Institution, Pekin, Illinois (FCI Pekin).

2.      I make this declaration in support of the Government's response to the Request for

Relief From Denial of Necessary Medications, filed by Wesley Purkey. Wesley Purkey, Register

Number 14679-045, is a federal inmate currently in the custody of the Federal Bureau of Prisons at

USP Terre Haute, Indiana. Mr. Purkey is housed in the Special Confinement Unit (SCU) at USP

Terre Haute.

3.      Without an approved non-formulary request from Central Office, Clonazepam

(Klonopin) is a non-renewable medication for non-Medical Referral Centers.[1] Klonopin is in a class

of drugs called benzodiazepines, and is used to treat seizures and panic disorder. Klonopin is

extremely addictive and should not be administered for any extensive period of time.

---

[1]USP Terre Haute is not a Medical Referral Center.

**Exhibit C**

4.     In accordance with the Federal Bureau of Prisons Health Services Formulary, there exist mandated requirements for long-term use of Klonopin. These requirements include: (1) control of severe agitation in a psychiatric patient; (2) a lack of sleep which causes an exacerbation of psychiatric illness; (3) usage as part of a prolonged taper schedule; (4) detoxification for substance abuse; and (5) failure of standard modalities for seizure disorders.

5.     Mr. Purkey has not met any of the mandated requirements. First, he has no severe agitation noted in his medical chart that would require Klonopin therapy. Second, he has no exacerbations of a psychiatric illness noted in his chart. Third, no prolonged taper is required. Fourth, there is no documented substance abuse at this institution that would require detoxification. Finally, Mr. Purkey is prescribed Tegretol for seizure disorder, although at times, he refuses to comply with standard seizure disorder therapies. In addition, no seizures have been recorded at USP Terre Haute.

6.     Mr. Purkey is currently being administered the medications Prozac and Tegretol. Prozac is used to help with some anxiety, agitation, or irritability. Tegretol is used to treat seizures and nerve pain. These medications are appropriate for Mr. Purkey, and can effectively treat the symptoms he exhibits.

7.     Klonopin is neither medically appropriate nor necessary for Mr. Purkey. To prescribe medication that is not medically indicated would violate my ethical obligations as a physician and may constitute malpractice.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 26th day of October 2004.

_Thomas A. Webster_
Thomas A. Webster M.D.
Clinical Director
United States Penitentiary
Terre Haute, Indiana