# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

WESLEY IRA PURKEY, )
)
          Movant, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
          Respondent. )

# ORDER

Currently pending before the Court is movant's Motion to Compel the Government to Comply with this Court's Discovery Order of September 6, 2007 (Doc. # 41).

On September 6, 2007, this Court ordered the Government to produce the rough drafts of reports or rough notes made by FBI agents pertaining to the investigation and prosecution of Purkey. On September 25, 2007, counsel for defendant Purkey learned that the FBI agent who was responsible for locating the notes, had been working on another case and had not been able to locate and produce the notes yet. Counsel for Purkey states that the deadline for filing Purkey's habeas petition is fast approaching and he must have the notes in sufficient time to review them and make meaningful use of them. Thus, counsel for defendant requests that the Court issue an Order directing the Government to comply with the Court's Order no later than October 4, 2007 or in the alternative, grant Mr. Purkey leave to make a supplemental filing to address any new facts and or issues which arise after his counsel has been able to review the notes.

Counsel for the Government states that the urgency of the situation has been

communicated to the FBI agent and that he will immediately attempt to locate the notes. However, because some of the materials may be in storage, it may take a few days. The Government indicated that it would not object to a request by counsel for Purkey to amend his Section 2255 petition to include any necessary facts and or issues obtained after the additional discovery has been produced.

Accordingly, Purkey's Motion to Compel the Government to Comply, is hereby **GRANTED IN PART** and **DENIED IN PART**. The Court understands that the FBI is working diligently to locate and produce the requested materials. Accordingly, the Court will **DENY** the Motion to Compel. However, if the documents are not produced in time for counsel to make meaningful use of them, counsel may file a Motion to Amend the § 2255 petition to include any necessary facts or issues obtained after the discovery is produced.


Date:  10/2/07  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN**, **JR.**  
Fernando J. Gaitan, Jr.  
Chief United States District Judge