Dear Mr. Wentworth,

After the hearing on the statements in the Purkey case last week I spent some time remembering step by step all of the time I was in segregation with Purkey. I remembered something that may be of interest to you. I would have told you sooner but I had forgotten and the discussions of Purkeys conflicts with officers made me remember this specific situation.

There were times when Purkey would get really upset and go on a rampage. One of these times was on my wifes birthday when she came to see me and they wouldn't let us visit at the same time and made him wait. He screamed at the gaurd that it was "bullshit" that they catered to the snitches (Robert Courtney and myself) and let us visit first and made him wait. He threw a really hostile tantrum and he stated to the gaurd "I'm not one of these lames in here that you can treat any way you want. I'm a for real mother fucker thats in here because I killed motherfuckers not because I'm a petty ass pussy so you best go mess with someone else!"

The reason that I remember

Case 4:06-cv-08001-FJG   Document 47-3   Filed 10/16/07   Page 1 of 2

this so well is because officer Cole stood at my door laughing about how Purkey claimed to be such a killer all the time but failed to tell people he could only do old women and little girls!

Purkey made similar remarks when he got upset on different Occasions but I remember this one specifically because it was such a blow up over my visit! The date was on Thursday either July 2nd or 3rd! As I said though it wasnt unusual for him to state he was in for "killing motherfuckers,"! The gaurds and inmates always found it funny seeing how he didnt tell who he had killed which was women!

I thought you may like to know this and that I agree this is the truth being aware of penalty of perjury and agree to the use of this letter as an official statement.

Thank you for your time and have a Happy Thanksgiving!

Sincerely

Michael R. Speakman
11-25-02

Case 4:06-cv-08001-FJG    Document 47-3    Filed 10/16/07    Page 2 of 2