# CONSOLIDATED WITNESS LIST
# UNITED STATES V. WESLEY PURKEY

Michael Armstrong - Liberty, Missouri (Fred)

Kelly Bloyer - Office of Inspector General, Social Security Admin. (Fred)

Det. Stephen R. Brauninger - Kansas City, Missouri Police Department (Fred)

James Burton - Ft. Madison, Iowa (Laura)

James Cadigan - FBI Laboratory, Quantico, Virginia (Fred)

Dr. Thomas F. Callaghan - FBI Laboratory, Quantico, Virginia (Fred)

Gregg Carlberg - El Dorado, Kansas (Laura)

Dr. Mark Cunningham, Ph.D. - Lewisville, Texas (Fred)

Kathy Day - Leavenworth, Kansas (Fred-offer of proof)

Terry Denny - Leavenworth, Kansas (Fred)

Dr. Park Dietz - Newport Beach, California (Fred)

Brooke Doolittle - Greenwood, Missouri (Fred)

Dr. Anthony Falsetti - Ph.D., Gainesville, Florida (Fred-likely won't use)

Dr. Mike Finnegan - Manhattan, Kansas (Fred)

Robert Fram - FBI Laboratory, Quantico, Virginia (Fred)

Ruby French - Kansas City, Missouri (Laura)

Claire Gaida - Wichita, Kansas (Fred-likely won't use)

1

Case 4:06-cv-08001-FJG   Document 47-4   Filed 10/16/07   Page 1 of 4

Dominick Geniuk - Hutchinson, Kansas (Laura)

Michael Gibbons - Lansing, Kansas (Laura)

Dr. William Grant, M.D. - Springfield, Missouri (Fred)

Mary Guill - Leavenworth, Kansas (Fred-offer of proof)

Jonathon Gutknecht - Leavenworth, Kansas (Fred)

Gary Lee Hatfield - Garibaldi, Oregon (Laura)

Marguerite Hotchkiss - Forsyth, Missouri (Laura-if we use)

Det. Bill Howard - Kansas City, Ks. Police Department (Fred)

James Patrick Howe - Kansas City, Missouri (Fred)

Dr. Alice Isenberg - FBI Laboratory, Quantico, Virginia (stipulation)

Glenda Lamont - Belton, Missouri (Laura)

Dr. Bruce Leeson, Ph.D. - Kansas City, Missouri (Fred)

Melvin Lister - Leavenworth, Kansas (Laura)

William Long - Leawood, Kansas (Laura)

Ken Lucas - Florence, Arizona Department of Corrections (Laura)

Dr. Helen Mayberg - Atlanta, Georgia (Fred)

Dr. Linda McCandless, M.D. - Leavenworth, Kansas (Fred)

Dr. William McCollum, M.D. - Leavenworth, Kansas (Fred)

Donald McGaughay - Land O'Lakes, Florida (Fred-offer of

2

Case 4:06-cv-08001-FJG    Document 47-4    Filed 10/16/07    Page 2 of 4

proof)

Jim McNamara - FBI Behaviorial Sciences Unit, Quantico, Virginia (Fred)

Dennis Messoline - Salem, Oregon (Laura)

Dr. Kimberlyn Nelson - Mitotyping Technologies, State College, Pa. (Fred)

Linda Netzel - Regional Crime Laboratory, Kansas City, Missouri (Fred)

Dr. George R. Nichols II - Louisville, Kentucky (Fred)

Israel O'Neal - Leavenworth, Kansas (Fred-likely won't use)

Terry O'Neal - Leavenworth, Kansas (Fred-likely won't use)

Sue Perdue - Leavenworth, Kansas (Laura)

Dr. Stephen Peterson, M.D. - Kansas City, Missouri (Fred)

William Porter - District Attorney, Tillamook County, Oregon (Laura)

Dr. David Preston, M.D. - Prairie Village, Kansas (Fred)

Angie Purkey - Leavenworth, Kansas (Laura)

Jeanette Purkey - Leavenworth, Kansas (Fred)

Dr. Walter Rowe, Ph.D. - Woodbridge, Virginia (Fred-likely won't use)

Mark Russell - Leavenworth, Kansas (Fred)

3

Case 4:06-cv-08001-FJG    Document 47-4    Filed 10/16/07    Page 3 of 4

Dr. Christine Scronce, Ph.D. - Rochester, Minnesota (Fred-likely won't use)

Melvin Shields - Leavenworth, Kansas (Laura)

Donnie Skeen - Leavenworth, Kansas (Fred)

Linda Skeen - Leavenworth, Kansas (Fred)

Michael Speakman - Federal Correctional Institution - Englewood, Col. (Laura)

John Struchtemeyer - Kansas City, Missouri (Laura)

Dirk Tarpley - Special Agent, FBI, Kansas City, Missouri (Fred)

Kim Terrones - Kansas City, Missouri (Fred)

Nealy L. Vinson - Klamath Falls, Oregon (Laura)

Linda Whitaker - Kansas City, Missouri (Fred)

Donna Wiley - Leavenworth, Kansas (Fred-likely won't use)

Ed Wiley - Leavenworth, Kansas (Fred)

Mary Williams - Leavenworth, Kansas (Laura)

4