Visit w/ Wes

→ What needs to be addressed
at competency hrg.

→ Peoples to i w/ _

Case 4:06-cv-08001-FJG    Document 47-5    Filed 10/16/07    Page 1 of 8

10/8/03

Slow pitch softball
He played short stop
happ @ 6 weeks after being
stabbed                    88 89

After A.B

Call
Partners { Peoples
            Williams
          { 2 mexicans

No cell Partner

Pops   @ 2 Blocks
       off Central by W yp
       & Ct House
       Old gas station

Theresa
at Tuesday

Gary Isaac (316) ~~283-7038~~ 283-7038    14/14/03
M-2 program
No longer ~ program

© moved → John Otto (M/P) (retired now)
Newton, KS

Gary Isaac visited w/ him
advocate against death penalty
visited ~ after put into
Ad. Seg.
wrote to him

Met him a couple times
Victim Offender Dialogue Program
interested to express ~ grandis
© Bales case
dropped out of program

Case 4:06-cv-08001-FJG    Document 47-5    Filed 10/16/07    Page 3 of 8

10/8/03

last night
this morning
~~tonight~~

Donnie Skeen & FBI
interviews

- knife
- where in truck
- how often

Sun at 3:15   at FBI
HQ

John

tarp tangled on drive
shaft
    cut tarp using the
    knife

not knife used

Wes     testimony

. Tape from CCA on assault
     Warden     (913) 727-3246

* Speakman —
     Letter at CCA — remains

Mia

Mom — dropped her off at school

(X) Subpeona — KC MO School

Details
     He & Jack sharing whores
     head injury stuff
     [Never thought anything out —
     his life ]

Remorse: If I could change I would

10/2/03

- No library

Kline     tonight for 1½
+ next couple nights
+ on weekend

- Haircut   This weekend

Sears    receipt    date & time

Jeanette - helped plan murder

Records of R. Williams

Thoost & Truman - West side

⊛ Rigging yard - would take
off if he just opens gate
Electric fence

Case 4:06-cv-08001-FJG    Document 47-5    Filed 10/16/07    Page 6 of 8

Physical Evid.
Poly          How many
Hatfields Release

Burning down church

Took 3 polygraphs w/ Dennis
For
Federal Judge — spoke to
stabbed shortly after
Lester
Military fort at Home Security
Wife works at Walls

Daniel Sweeney's Mom
↳ Mom   Mrs. Sweeney
call h um & give Angie #
Stewart

Glasses — gov't foot