<u>*PURKEY RECORDS*</u>

KU Medical Center ........................................ 1
    9/13/98 admission .................................... 4
        summary .......................................... 7-8
        meds ............................................. 12-15
        progress notes ................................... 16-19
        ER intake summary ................................ 26-27
        psych summary .................................... 29
        blood work ....................................... 43-47
    10/30/98 admission ................................... 54-55
        (describes collection of blood and hair) ......... 56
    9/14/98 stress test .................................. 57-94

Providence Hospital ...................................... 95
    9/16/98 ER admission ................................. 98
        summary, (was checking in for rehab then
            Left against medical advice) ................. 100

Heartspring Center ....................................... 104
    1982 request for services while incarcerated ......... 106-119
    1958-59 (copies of index cards w/basic info) ......... 120-121

Wesley Medical Center .................................... 122
    2/15/76 OD admission ................................. 122
        history (suicide attempt) ........................ 129-130
        Hallucinating, seeing mice/bugs .................. 154
    8/29/69 removal of stitches .......................... 157

Via Christi Medical Center (St. Joseph Hospital) ......... 160
    5/2/98 admission history (out of control, thinks
        being poisoned, sprayed w/chemicals, deemed
        to be hallucinations) ............................ 161
        physician progress notes ......................... 168-171
        Haldol prescribed ................................ 177, 182-3
        blood lab ........................................ 179-181
            Positive for meth ............................ 180
    8/31/72 concussion, car accident ..................... 211
        history (car working on struck from behind) ...... 212
        progress notes ................................... 213-215
            O'Donnell notes that Wes has "severe
                emotional unstable background
                both genetic and environmental" ............ 214
            Wes takes "French leave" (leaves w/o
                being discharged, notes again
                need for psychiatric treatment) ............ 215
        blood test ....................................... 220
        radiology reports ................................ 222-223
    3/8/68 concussion, car wreck ......................... 236
        O'Donnell history ................................ 237

Case 4:06-cv-08001-FJG    Document 47-8    Filed 10/16/07    Page 1 of 11

Vin Zant history on consult                              238
radiology report                                         254
nursing notes                                            265-268
    notes was unconscious prior to a
    admission to hospital                                265
5/30/76   in fight, pain left side of face               269
6/4/70    jammed hand in fall                            273
5/13/70   fall at home, hit hand                         275
10/1/68   stomach pain                                   276
9/14/68   elbow injury                                   277
8/1/68    urine analysis                                 279
5/19/68   suture cut on finger                           281
4/29/68   car accident, multiple cuts                    282
          Radiology report                               283

Via Christi Medical Center (St. Francis Hospital)        286
    11/5/69 history when in for burglary and
        Attempted Rape, talks re psych history           287
        final summary, 1/10/70                           304
        physical exam                                    308
        eeg results                                      309
        progress notes                                   311-314
        physician orders                                 315-324
        nurse's notes                                    332-361
        meds                                             362-371
5/26-30   hit in face                                    288-296
3/10/76   burn on hand                                   297
2/14/74   blood in urine                                 299-300
11/21/68  discharge summary-aggressive behavior          372
          Mention previous contacts w/Wes,
          Describe as passive/aggressive                 373
          Nursing notes                                  378-384
          (Mother's interference is noted)
2/18/67   discharge summary, passive aggressive
          Diagnosis, says court order why there          385
          In boy's industrial school, to go to
          Larned                                         386
          Larned suggested because no room at
          Boys industrial school, suggest going
          Home on parole                                 390
          Doctor progress reports                        392-393
          Nursing notes                                  394-399
              Mention of giving librium                  397
              Mention of giving placidyl                 395-398
              (Mother's interference noted)
1/11/67   discharge summary, passive-aggressive
          Severe, do not note prior admissions
          Admission starts 12/29/66                      400
          History re mother's promiscuity,
          openly bringing men into home, then

```
                abandoning her sons, headaches,
                dizziness, blackouts described          402
                Cranial X-ray                            404
                Brain Scan                               405
                12/30/66 EEG reading-mild depression of
                        cortical activity in left
                        frontal and temporal regions     409
                1/9/67 EEG reading-depression of
                        activity not seen this time      410
                Progress notes, passive aggressive
                        Severe                           411
                Physician Orders                         413-414
                        Note giving Librium
                Nursing Notes                            415-425
                        Mother's call                    423

Via Christi Medical Center                               426-478
        St. Joseph Hospital (same admission as at p. 161
                above, some repeats and additional records)
                5/2/98 admission, description of spraying
                        Chemicals, sleeping w/drug dealer's
                        Wife, thinking being surveiled, etc)  428
                ER report                                434
                Physician Progress Notes                 436-440
                Blood analysis                           447-449
                        Positive for meth                447
                Meds                                     450-451

Iowa Department of Corrections                           479
        letters re inquiry concerning escape charge      479-483
        10/31/83 report re consuming alcohol, also
                refers to escape attempt incident        496
        1/6/83 summary (good summary)                    498-504
                detailed account of chaotic upbringing   498
                headaches mentioned
                Wes' account of shooting drug dealer     501
        3/84 TV antenna incident                         513-515
        2/29/84 failure to use sign-out sheet            516-518
        2/24/84 getting mad over not getting silverware  521-524
        6/30/83 consumption of alcohol                   526-528
        Reports on Sylvester Jackson incident in KS      533-535
        Ad Seg review 5/17/83 re escape charge           536
        Appeal materials on escape attempt charges       537-561
                appeal result, reduction due to "procedural
                        time error                       546
                report about factfinding, indication that
                        there is "confidential information"
                        which was "found to be reliable"
                        (that was Purkey's info)          552
                original disciplinary notice, mentions
```

| | |
|---|---|
| Confidential info | 553 |
| letter that Purkey was source of info | 558 |
| back injury 12/83 | 568-570 |
| 8/10/83 classification for transfer to Anamosa | |
| recommended due to giving providing info | |
| makes clear he was the informant | 583 |
| psych reports from KDOC | |
| 7/10/81 Wes trying to get across his remorse | 591 |
| 8/4/79 discussion re Wes' suicide attempts | 592 |
| copies of convictions | 596-619 |
| dispositions w/in KDOC | 618 |
| inventory slip for "map" re escape attempt | 641 |
| Med information | 652- |
| KDOC record acknowledging need for treatment | |
| of stuttering, but no resources | |
| available | 670 |
| dental record | 720 |
| KDOC psych reports after suicide attempts | |
| 5/19/79 | 733 |
| 6/10/79 | 734 |
| 6/22/79 | 735 |
| 7/14/79 | 736 |
| 8/4/79 | 737 |
| 5/3/79 report re suicide attempt | 738-743 |
| 5/16/79 | 744 |
| 11/25/75 psych eval | 745-50 |
| Self portrait and other drawings | 746-749 |
| Jesness profile test sheet | 755-757 |
| Shipley | 758-760 |
| MMPI 11/4/75 | 762 |
| 1/22/79 self-inflicted wounds | 763-774 |
| 2/4/79 self-inflicted wounds | 775 |
| 5/3/79 self inflicted wounds | 776 |
| 3/28/79 self-inflicted wound | 778 |
| 12/3/78 stab wounds to left arm | 788-796 |
| cause "unknown" | 793 |
| 1974 records re fears of release | 807-808, 815 |
| 1/24/72 letter from Paul Murphy re his | |
| Contacts w/Wes, calls him sociopath | 823 |
| 1972 institutional psych reports | 824-825 |
| 1971-1972 psych counseling progress notes | 826-829 |
| 1970-1971 testing scores | 844-845 |
| 9/30/83 dental clinic memo, | 868 |
| Oregon Department of Corrections Records | 895 |
| Questionnaires for psych treatment | 896-899 907-916 |
| Assessment | 918-921 |
| Purkey eval of counseling program | 926-927 |

contacts log                                            928
computer list of programs participated in               940
conviction records for 1981 conviction                  959-974
9/9/86 chronicle of Purkey incarcerations               975-976
disciplinary log                                        977
findings on allegations of intercourse and
    Assault against Hatfield and possession of
    "Pruno" (alcohol)                                    978-980
original 11/2/87 report                                 981
findings and conclusions                                982-983
9/14/88 disobedience of order to enter cell             984
7/14/88 failure to produce urine sample                 986
12/12/88 thinks another inmate (Ross) spraying with
    chemicals, beats him up                              987-988
    initial report                                       989
12/16/88 floods cell, bedsheet into toilet              990-992
12/13/88 throws cup of foul-smelling water out
    of cell, thinks being sprayed w/chemicals            993-994
1/9/89 refusal to move cells                            995-996
12/28/88 positive amphetamines test                     997-998
9/19/89 and 10/2/89 foul language                       999-1000
1/9/89 refusal to follow order to clean up              1001-1002
6/27/90 flooding cell w/bedsheet, wanted to be
    moved from that cell                                 1003-1004
6/27/90 throwing cup of water on guard, still
    wanting to be moved                                  1005-1006
6/23/90 admitted amphetamine use                        1007-1011
8/7/90 profanity                                        1012-1013
9/4/90 refusal to dump cleaning bucket, profanity
    request for transfer back to KS being refused        1014-1015
9/2/90 profanity over problem w/mail                    1016-1019
KDOC records
    1/30/86 memo accounting for all violations
        in Kansas, Arizona, Iowa                         1020-1022
    10/10/74 evaluation                                  1023-1025
    10/16/74 psych eval "deprivation he
        experienced in his childhood and his
        continuing need for nurturance are
        quite apparent", concludes antisocial
        personality disorder                             1026-1027

St. John's Hospital, Leavenworth, KS                    1028
    5/24/97 low back strain                              1030-1033
    6/5/97 cut finger                                    1034-1035
    6/11/97 felt like something caught in throat         1036-1038
    12/11/97 flu                                         1039-1045
    3/23/98 diarrhea                                     1046-1048

Oregon DOC Medical Records                              1049
    8/14/86 requesting removal of Aryan brotherhood

|                                                          |           |
|----------------------------------------------------------|-----------|
| tattoos, refused                                         | 1049      |
| 12/13/88 eval after amphetamine use                      | 1050      |
| 10/3/86 request for removal of tattoo                    | 1059      |
| 5/7/88 problems breathing due to spraying for<br>crabs   | 1067      |
| admitted for o/d, date in 88 unreadable                  | 1068      |
| 7/15/88 doing amphetamines, thinks people<br>spraying him w/chemicals | 1069 |
| 10/12/88 thinks given bad drugs                          | 1070      |
| 8/21/89 stabbed in neck, treatment                       | 1072-1079 |
| 6/23/90 drug use                                         | 1095      |
| Oregon DOC Psychiatric Records                           | 1115      |
| (Repeats from earlier records)                           |           |
| same eval reports as 896-916                             | 1124-1142 |
| Summary of ins and outs w/KDOC                           | 1156      |

## *DETAIL ON KDOC AND CCA RECORDS*

1419 Russell Purkey 3/4/85 letter, Azuza CA, Mormon, 818-334-0708
1424 charges originally filed over Oregon incident dismissed
*1430 requested removal of tattoos re Aryan Brotherhood 3/13/87,*
    *refused to permit*
*1450 Purkey letter explaining why escape charge at Iowa was*
    *bogus*
    1455 original explanation re map
    *1504-05 report confirms Purkey's version of map in cell*
    *1506 still screwed Purkey by counting escape charge*
        *against him*
    *1589 report re escape attempt issue*
    *1843-44 report on map 4/1/83*
1479 e-mail re request by Wichita Eagle for Purkey's disciplinary
records in 2000
1502, 1533 3/18/92 mental eval, MMPI, invalid results
1509 good conduct reports from '96 including order to expunge
narcotics charge
1515 positive mental health progress report
1530 1991 transfer summary from ADAPT program
1540 problem w/Hispanic cellmate
1542 "multiple suicidal cuts" referred to in 7/28/82 exam
1550 working in factory
*1551 Oregon College transcript*
*1552 articles on stuttering by Wes*
*1559 GED results*
*1560 1981 IQ test*
*1561 St. Joseph Grade School transcript*
1566 info on Jeanette and boys, social security cards and birth
    certificates
1572 common law marriage affidavit
1574 1991 visitation list
1579 Arizona records
1580 pill 6/1/82
1584 report of assault by Purkey on another inmate
    1588 no serious injury
1589 6/5/82 report re plan to escape
1591 report by Purkey re drugs
1593 Purkey 1981 letter about how life changed
1598 Wichita 7/21/80 police report on robbery
1602 religious stuff written by Wes
1604 PSI
1610-18 further 1980 Wichita police reports
1619 begin seg reports
1623 considered suicide risk 12/24/00
1639 attack in max dining, 9/m to put in p/c 8/1/2000
1640-52 5/12/200 assault on Coleman
1655 10/13/75 use of THC

1656 10/20/93 contraband
1657 3/91 contraband
1658-59 talking to
1660 4/15/96 cut self in kitchen
1661 3/18/96 slip and fall
1662 8/24/92 request for p/c
1663 order expunging drug test record
1669-1717 91 p/c records
1718 3/5/91 stealing by threats for other inmates
1719 continued p/c records
1753 86 seg sheets
1757 transferred to Oregon 7/28/86
1765 4/16/86 assault on inmate Parnell
1766 12/17/94 violation of rules
1768 3/5/86 marijuana
1769-1828 Purkey's pleading in response to accusations of assault
    against Sycygiel
    1770 Dwight Decker another one charged
1828-29 more on 3/86 marijuana incident
1830-31 5/15/85 incident of Purkey getting pissed over treatment
    while getting ready to see review board, bunch of small
    infractions
1832-35 Parnell assault reports 4/16/86
1838 reversal of conviction of violation involving Sycygiel
1846 appeal Sycygiel case
1850-61 ad seg reviews 85-86
1863 response to Sycygiel case appeal
1867 Purkey lawsuit over Decker issue
1890-92 Interstate compact transfer request, details problems at
    KDOC, Arizona, Iowa
1893 Record of Sycygiel case
1897 report re Sycygiel's brother re extortion
1898 7/12/85 decision finding assault but not blackmail
1899-1907 record on Sycygiel's case
1914 5/28/85 refusal to be cuffed
1915-25 copies of Sycygiel's records
1926 Decker and Purkey throwing stuff out of cell 4/12/85
1927-28 7/13/84 lost ID badge
1929 11/16/82 hit Sylvester Jackson w/pipe, said going to kill,
    threatened officer w/pipe
1930 record from hearing, threats to Purkey by Jackson, finding
    of guilt
1931 8/11/82 Purkey walking out of discussions in a huff
1933-60 85-86 seg records
1961 84 seg record, wants p/c
1962-63 82 seg records
***1964-71 Iowa incident, report from Iowa***
1972 Iowa failure to sign out 2/29/84
1975 3/1/84 TV antenna in room
1979-82   argument over not getting knife and fork for meal

1992 attempted murder
1993-94  listing of problems 71-75, 82
2108 5/15/95 chest pain
2133 10/92 reports re hepatitis for '87
*2138 mention of dental appliance 8/92*
*2151-52 dental records*
2153-55 glasses
2156-59 blood tests
2190-92 1/15/93 back diagnosis
2229-31 going off imipramine and Haldol
2240 running out of Halodol
2247 poisoning 12/23/00
2248 flashbacks over Bales killing
2256 spraying chemicals in cell 8/2/00
2257-61 EKG on 8/2
2262 ER report 8/7
2263 7/18 ER report
2265 7/20 chest pain reports
2267 5/22 chest pain
2270 report after 5/12/2000 fight
*2275-80 dental repords, talks about preping dentures, got dental appliance 3/9/01*
2281 got glasses 7/5/00
2283 8/1/00 blood test
2288 stomach radiography re constipation
2291 M/H referral 8/2 over poisoning
2297 report from KU on 9/98 stress test
*2323 mental health reports*
2253 on Elavil and then stopped
2425-52 progress notes (lots of good stuff)
    2425 wanting to cut down on meds due to side effects, talks about program working w/kids
    2455 treatment plan
2472 progress notes 6-8/2000
2475 intake notes, suicide attemts
2476 '96 treatment plan
2478-97 '96 progress notes
2498 positive eval 10/3/96
2501 request for hair test for drugs
2502 5/31/96 writingby Purkey what he believes in
2510 paper and cigarettes give on 5/12/96
2512-17 Wes motion to dismiss contraband charge
2528-31 Purkey letter 4/28/96 complaining re dirty urine effect, claiming did not use drugs
2535 progress note re visit over dirty urine, 1/22/96
2545 6/3/94 report
2547 94 progress notes
2552-53 5/3/94 "autobiography"
2555-59 early '94 contacts w/mental health folks re getting work release

2564 12/9/93 report
2566-68 late '93 progress reports
2569-70 recollections of childhood
2572 his tombstone epitaph
2573 Maslow's hierarchy of needs
2575 late 93 progress notes
2583-2635 91 seg logs
2636-50 94 raw testing data
2653-76 5/10/2000 MMPI results


2822 Marshals direct to keep away from Speakman
2826 escape conviction notes
2845 security assessment
2867 2/5/02 cussing out
2869 2/5 throwing pen
2872 2/6 report
2874 1/31 insurrection, yelling, getting someone else to yell
2879 11/4 yelling re slip in shower (2965 original report re slip in
      shower
2883 4/15 moving toward dentist (2969 Purkey response on dentist
      incident)
2903 11/13 allowed in general population
2959 2/6 attempt at grievance hearing, Purkey refuses to participate
2962 4/15 incident w/dentist
2964 8/26 tray problems (then at 3198, 3315, 3417, 3423, 3427,
      3431, 3439,3458, 3463)
2970 5/10 report
3032-35 Lawrence response that can't read writing
3037 appeal permitted
3045 complaint re medical treatment, fouling up meds, 4/3
3049 Courtney note (out of place?)
3072A beginning of grievances
3141 did not get pills because on visit
3147 acknowledgment of problems w/meds
3149 coffee problems, acknowledged
3151 grievance acknowledged, worker fired
3153 meds problem
3163 acknowledgment that grievance procedures not being followed
      until 2/6
3206-16 problems w/meds once returned from Springfield
3222 grievance against psychiatrist
3226 appeal disposition
3234
3290 in seg due to classification level
3293-94 appeal on meds foult up noted
3334-35 Lawrence going off on abuse of grievance process
3353 screening out grievances

3357 non grievable matters memo to Purkey
3385 7/1 complaint against officers acknowledged
3389 memo re grievance processing delay
3396 complaint about denial of call to attorney, acknowledged
    as correct
3402 visit denial, appeal screw up by Purkey
3404 Willingham incident and appeal
3429 complaint about being denied over the counter meds,
    acknowledged as correct
3442 ant grievance
3446 8/19 back problem grievance
3452 clinic notes
3453 complaints re Willingham
***3469 med records***
    3486 shrink notes, videotaping agitated Purkey
    3539 meds log
    3565 dental
    3504 blood test 5/2002