<u>*TO DO LIST GENERAL*</u>

I. Juvenile Records, Sedgwick County, 1015 S. Minnesota, 67211, 383-7241, (talked to Randy Welch, in Topeka, says Historical Society, 785-272-8681, may have some records, he did check of records he has, says no records on Wes, has records on Gary, only a traffic ticket)-need to talk to Wes about what might be there, Wes definitely was placed at Boys Industrial School, need to find out about where those records might be, also might be Probate Court case

II. Criminal Records,
SEDGWICK COUNTY JAIL RECORDS, POLICE RECORDS ON KIDNAPPING CASE need info from Sedgwick County Jail on Wes, particularly dates of incarceration, name of records custodian, service of subpoena duces tecum, need police reports from previous incidents, Courts and attorneys

> 7/70, Sedgwick County, jury trial, burglary, guilty, attempted rape not guilty, 10-21 years, Greg Dresie and John Jorgenson (talked to John, he is in process of trying to find file from archives-433 Broadway, 67202, 1-316-267-0200, 1-316-, John says he has file)

> 9/76 Sedgwick County, robbery (1-20) and felony theft (1-10), guilty plea, Larry Shoaf, RH Garvey Bldg, 263-5851, home 942-7499, 316-263-5851 (talked to Shoaf, is looking for file, wants release form-secretary reports that file has been destroyed)

> 6/78 Shawnee County, aggravated escape (1-5), guilty plea, Albert Keil-need to contact

> 3/81 Kidnapping, aggravated robbery, aggravated battery (15-life), guilty plea, William Cather-need more details about information that Wes provided, why he did not receive better deal than he did for type of info given

III. Division of Family Services Records, Wichita, 337-7000, talked to Chief Counsel, needs Court Order directed to KS Dept of Social and Rehab Services, Larry Vernon, Chief Legal Counsel, 230 E. William, P.O. Box 1620 Wichita 67201, 316-337-6789, computer system, statute KSA38.1507(a)(2), wording of statute, best interest of child that these old records be produced to court for in camera-***ORDER HAS GONE OUT ON THESE, THEY ARE TO BE TO US BY 12/31-GOT LETTER BACK THAT THEY FOUND NOTHING***

IV. School Records, Wichita (St. Joseph grade school copy from KDOC records) 218 N. 5th, 620-456-2270, or 139 S. Millwood, 261-5801-Mic made contact, gave me contact person for fax of release-

they'll provide records, see what we have already (1561-KDOC)-similar records provided-*WE HAVE RECEIVED THESE RECORDS, THOUGH THEY ARE MINIMAL (ONE PAGE)*

V. Velma Purkey (Johnson) (211) records from Via Christi system subpoenaed, need info on death, to Via Christi-*WE NOW HAVE ALL VIA CHRISTI RECORDS*

    Worked at Boeing need personnel records custodian
<u>NEED TO FIND OUT STATUS ON THIS FROM MIC</u>

    Hospital Records we have those custodians from getting Wes records (Mic has served subpoenas on St. Francis and St. Joseph for Velma's and Jack's records)-need death info on Velma
<u>MIC WAS GOING TO GET CONTACTS FOR GETTING DEATH RECORDS</u>

    Doctor Records, Dr. L.A. O'Donnell, Sr. E. Kellogg, in Wichita, Wes thinks he may have treated Wes's mom, definitely treated Wes and knew family history (KDOC evals note meningitis at age 4 [534], and polio as early teen [513]) (Mic has served subpoenas requesting any records from pre-1966)-MIC CONTACTED DR. O'DONNELL'S SON, ALSO A RETIRED DOCTOR, HE SAYS NO RECORDS AROUND THAT HE KNOWS ABOUT, HE DOES NOT PERSONALLY RECALL WES OR MOTHER

father, Jack Purkey (211)

aunt Carrie Burke, reference Father Ostrander (211)

VI. Wichita redo stuff *(Karen Decker-1120-Mic did reinterview of Karen)*

VII. Wes Medical Records
    a. any O'Donnell records-get son's info for Mic investigation-*Mic is on this-DONE, SEE ABOVE*
    b. any hospital records on meningitis and polio incidents (subs served on St. Francis and St. Joseph)-*have confirmation that those records have been destroyed*
    c. Dr. C.F. Newsom and Dr. Paul Murphy *(Murphy letter in our stuff-not good (823)*

VIII. I&I Records from Kansas Pen (should be at court)-*we have these, THOUGH WES FEELS THESE ARE INCOMPLETE*

IX. Wyandotte County Jail Records-call Capt. Alvarez
<u>SEE WHAT LAURA HAS ON THIS</u>

X. KCK stuff, tool bucket (246)-call Capt. Alvarez
<u>SEE WHAT LAURA HAS ON THIS</u>

XI. KCK evaluation of Purkey (check Duma file)

WE HAVE LARNED RECORDS OUT OF DUMA FILE, LAURA HAS GOTTEN LARNED FILE

XII. Latest Records from CCA (we've gotten latest response, need to contact re videos)
I NEED TO DO ANOTHER FOLLOWUP ON CONDITIONS OF CONFINEMENT AND REQUEST FOR SHOW CAUSE

XIII. Brother's Records
        Mental Health Records (call Gary re release for records, and I need to make trip to Nebraska)
VISIT WITH GARY WAS INTERESTING, THOUGH HE DOES NOT PROVIDE MUCH INSIGHT DUE TO HIS OWN LIMITATIONS

XIV. Penalty phase discovery and dismissal motions
I AM AT WORK ON THESE

XV. Poisons analysis of rape kit and pony tail (if found)-do analysis as soon as Jeanette tells us what poison is
WE NEED A GOOD TOXICOLOGIST ON BOARD, I HAVE BEEN TOLD WE JUST DO NOT HAVE ENOUGH HAIR TO DO MUCH OF A TEST, NEED TO FIND A RESEARCH LAB DOING A TECHNIQUE WHICH CAN TEST EVEN WITH A VERY SMALL SAMPLE-

XVI. Find out from Jeanette if has pony tail and what poison was (Mic is to find out by 11/12-nothing as yet)-**_Mic has poison info, still after pony tail-OUR NEXT STEP IS TO LAY SUBPOENA DUCES TECUM ON JEANETTE AND HER PARENTS FOR PONY TAIL_**

XVII. Get stuff and info for reeval by Falsetti-contact Tarpley-**_promised by Miller, yet to be delivered-NEED TO CONTACT HAYS TO SEE IF SHE HAS DONE FALSETTI ORDER YET, FALSETTI SAYS CAN'T SAY TO REASONABLE DEGREE OF SCIENTIFIC CERTAINTY THAT BONE FRAGMENTS FROM FIREPLACE ARE HUMAN, THUS SUBJECT TO DAUBERT CHALLENGE, TARPLEY NOW SAYING THAT DNA TESTING ON OTHER FRAGMENTS WILL BE DONE SOMETIME IN MAY_**

XVIII. Motions in Limine
        a. forensic anthropologist-**_FALSETTI HELPFUL THUS FAR_**
        b. luminol, blood in toolbox, chainsaw,**_JAMI HARMAN_**
        c. DNA already provided (1273)
        d. Aryan brotherhood affiliation (unsuccessful attempts to get tattoos removed, 1430, 8/14/86 requesting removal of Aryan brotherhood tattoos, refused 1049)-**_I HAVE DRAFTED THIS MOTION_**

XIX. Get records from Springfield and Rochester, and get new stuff to Scronce (got FOIA info for request for raw data)
LAURA SAYS SHE HAS THIS

Case 4:06-cv-08001-FJG    Document 47-9    Filed 10/16/07    Page 3 of 12

XX. Prepare Civil suit for Purkey against CCA-***DONE AND FILED***

XXI. For Motion to Suppress/Dismiss
    a. Check for letter to Saffles-***Wes has written, they say have nothing***
      b. get copies of pleadings to show mention of Wyandotte destruction of papers
      c. do subpoena duces tecum for Speakman records
      d. do subpoena for other witnesses
      e. inconsistent records on grievances presentation

XXII. Man who worked w/Wes on stuttering in Oregon
LAURA ON THIS

XXIII. talk to Patrick Howe re toolbox (1093 ***APPENDIX I*** getting toolbox from Patrick Howe 12/18/98)
MIC ON THIS

XXIV. Put together defense against Iowa escape charge, contact those who investigated, put together as mitigating circumstance(1964-1971)-----***THIS NEEDS TO BE DONE***
    ***1450 Purkey letter explaining why escape charge at Iowa was bogus***
    1455 original explanation re map
    ***1504-05 report confirms Purkey's version of map in cell***
    ***1506 still screwed Purkey by counting escape charge against him***
    ***1589 report re escape attempt issue***
    ***1843-44 report on map 4/1/83***
Iowa records regarding incident
Appeal materials on escape attempt charges     537-561
    appeal result, reduction due to "procedural time error    546
    report about factfinding, indication that there is "confidential information" which was "found to be reliable" (that was Purkey's info)    552
    original disciplinary notice, mentions Confidential info    553
    letter that Purkey was source of info    558
    back injury 12/83    568-570
    8/10/83 classification for transfer to Anamosa recommended due to giving providing info makes clear he was the informant    583

XXV. Put together as mitigating circumstance informant status back in 1980-----***THIS NEEDS TO BE DONE***

XXVI. ***1551 Oregon College transcript***-----LAURA HAS THIS

Case 4:06-cv-08001-FJG    Document 47-9    Filed 10/16/07    Page 4 of 12

## *1552 articles on stuttering by Wes*

XXVII. Defense against alleged extortion against Sycygiel (1769-1926) -----*THIS NEEDS TO BE DONE*

XXVIII. Suicide attempts in 1979 (592, 733-744, 763-793)

XXIX. fears of release in 1974, institutionalization starting that early (807-808, 815)

XXX. defense against Oregon rape allegation
findings on allegations of intercourse and
   Assault against Hatfield and possession of
   "Pruno" (alcohol)       978-980
  original 11/2/87 report      981
  findings and conclusions     982-983

XXXI. be able to address all major previous violations in prison
1/30/86 memo accounting for all violations
    in Kansas, Arizona, Iowa    1020-1022

XXXII. 2874 CCA 1/31 "insurrection" charge, yelling, getting someone else to yell

XXXIII.  Jennifer Long information from DFS and Juvenile authorities, arrest records, school information

<u>*TO DO LIST SPECIFIC*</u>

### <u>*Fred*</u>

1.   Call Gary Purkey 308-468-6159 to set up meeting —***DONE***
2.   Put together unreadable records to send back to Bob Reid
3.   Set up law course training group about setting up Purkey with courses 1-866-833-1911-----***WILL DO THIS WEEK***
4.   New Records to Peterson, Leeson, and Cunningham-----***HAVE LEESON REPORT, PETERSON REPORT DUE***
5.   CJA 24 for Speakman plea and sentencing-***NOW HAVE SPEAKMAN PLEA AND SENTENCING TRANSCRIPTS***
6.   Chemical analysis of rape kit based on info provided by Jeanette***ON HOLD FOR TOXICOLOGIST***
7.   Purkey family records, KS Dept of Social and Rehab Services, Larry Vernon, Chief Legal Counsel, 230 E. William, P.O. Box 1620 Wichita 67201, 316-337-6789-***MOTION ALREADY MADE-WE SHOULD GET BY 12/31—THEY SAY THEY HAVE NOTHING***
8.   Rest of records from Via Christi on Velma Purkey-***ALREADY HAVE THESE RECORDS***
9.   Death Certificates for Velma and Jack-----***WE NEED THESE***
10.  Get Bone fragments and other results for Falsetti eval-***MILLER HAS PROMISED PRODUCTION OF THIS STUFF----WE HAVE GOOD EVAL ON FIREPLACE FRAGMENTS, WAITING FOR FINAL DECISION ON OTHER FRAGMENTS***
11.  Civil Suit against CCA----***DONE***
12.  CCA records and tapes-need to do memo that left only to do request for show cause order-***DONE***
13.  Penalty Phase Discovery Motions-----***TO BE DONE***
14.  Penalty Phase Dismissal Motions-Ring issues(failure to indict on nonstatutory aggravators, statute unconstitutional), strike aggravators (duplicative, no factual basis for some)----***TO BE DONE***
15.  **Daubert** challenges-----***IN PROGRESS***
     a.   Luminol deficiencies
     b.   Forensic anthropology deficiencies
16.   Motions in Limine-----***IN PROGRESS***
     a.   forensic anthropologist
     b.   luminol, blood in toolbox, chainsaw-SEE TODD JOHNSON DISKS-
     c.   DNA already provided (1273)
     d.   Aryan brotherhood affiliation (unsuccessful attempts to get tattoos removed, 1430, 8/14/86 requesting removal of Aryan brotherhood tattoos, refused 1049)

### <u>*Laura*</u>

17.  Get Testing Results and other records from Chris Scronce, 507-287-0674, via FOIA request-----HAS?

18. Contact Capt. Alvarez, or whoever else, re KCK records, from Jail on visits (on suppresssion issue), tool bucket____?
19. Do request for Larned records to get Bales eval and any other records____?
20. Check probate court records on Wes in Sedgwick County
21. Get Fed Court stuff to show lawsuit over destruction of papers in Wyandotte County Jail
22. Juvenile court records for Jennifer
23. DFS and Juvenile Court records for Glenda
24. KCPD records for Jennifer and Glenda
25. Independence PD records for Jennifer and Glenda
26. Sedgwick County police reports, all incidents
27. Details on informant status in 1980
28. Iowa escape charge (see XXIV other list for details)
29. Oregon, all records pertaining to alleged rape incident (see XXX other list for details)
30. Topeka records re escape
31. College in Oregon, Records on Purkey ***1551 Oregon College transcript***
32. Wes dealing with his stuttering ***1552 articles on stuttering***
33. Mr. Januk from KDOC, Lansing, scared straight program

## *Mic*

34. L.A. O'Donnell, Sr. records-***MIC IS TRACKING DOWN L.A. O'DONNELL, JR. TO SEE IF HE KNOWS WHERE RECORDS ARE-DR. O'DONNELL, JR. TELLS MIC RECORDS ARE GONE***
35. Contact Boeing to get any records on Velma and Jack Purkey
36. Contact Patrick Howe
37. Records custodians for all newspapers and news stations for all in WDMo. reports re case

OTHER ISSUES-WES CHALLENGE TO BALES CONVICTION

1. Jeanette deposition and other depositions from Bales case, likely not yet transcribed
2. Records from Bales case court file

For Falsetti
1. how hot does fire have to get to get rid of bone, will
accelerant get fire hot enough

Problem aggravating circumstances
1.   Bales homicide
2.   1980 assault conviction over incident which could have been killing
3.   1978 escape conviction
4.   1976 robbery conviction (this must be the one Wes says he's not good for
5.   1970 burglary conviction
6.   Alleged forcible sex w/Oregon inmate
7.   Iowa attempted escape (countered by record that really was snitching others, see 1430, 1450, 1504-06)
8.   Sycygiel extortion accusation (1769-1907)
9.   Hitting Sylvester Jackson w/pipe (1929-30)
10.  CCA "insurrection" (2874)
11.  Wes having had sex w/his mother (mother reported to Gary as "rape")

Mitigating circumstances not related to confessions
1.   Abandonment by parents in childhood
2.   Sexual abuse by mother
3.   Brother's introduction to drugs and crime at an early age
4.   Head injuries
5.   Injury due to meningitis
6.   Institutionalization
7.   Poisoning by wife
8.   College Coursework (1551)
9.   Work on stuttering (1552)
10.  Work with students at KDOC in 2001, Junik at Lansing, Mr. Genuk at Hutch, B cell house unit team, took care of all programs, Bob Dell, asst warden
11.  Paralegal classes

Mitigating circumstances related to confessions
1.   Remorseful
2.   Efforts to give closure to family of Jennifer Long
3.   Led to believe that would receive a life sentence in return for providing information
4.   Agreed to punishment by life sentence in return for providing information
5.   Matter would never have been solved but for his coming forward
Mental Health stuff still needed
1.   Records from Scronce and Pietz, supposedly mostly w/Scronce
2.   Remainder of records w/St. Francis Hosp
3.   Mother's records from hospitals in Wichita


Records requests

Duffie idea to have brain images done to see if we can get

Case 4:06-cv-08001-FJG   Document 47-9   Filed 10/16/07   Page 10 of 12

pictures of neurological damage, or neurological abnormalities to compare as against normal brain patterns

TOPEKA WORK
1. Federal Court copy of petition showing issue raised pertaining to tearing up papers
2. Copies of 1978 escape records from Shawnee Courthouse
3. Lawyer's records from Albert Keil
4. Prosecutor's Office File

Priorites
1. find any records to show Mom retracting rape accusation, Purkey thinks it is in records from Larned, came out shortly after the accusation, still in early '70's
2. any records showing Mom's abandonment, drunkenness, abuse of Wes (likely in Probate records in Wichita, Wes says he was actually adopted by Aunt, thus may be something there)
5. Call Larry Vernon about Kansas Social Services Records

check original pleadings with regard to motion to dismiss to find Ford Report

appendix 4 is copy of dental records from KDOC

Grievance list
1. grievance against Willingham throwing away legal papers
2. Fuller letter to Purkey
3. grievance regarding seizing of Playboy magazines
4. records from KDOC about providing Purkey partial plate
5. CCA records about partial plate
6. records about disciplinary proceeding over helping Patmore
7. memo from Duchardt to CCA
8. CCA grievance policy
9. seizure of documents sent by Hines to Purkey
10. report about first fall in shower
11. report about second fall in shower
12. grievance about 2002 falls in the shower
13. CCA-LDC admission that did not correctly process grievances prior to February of 2002
14. grievance about 2003 fall in shower
15. grievance about December 7 meeting w/Warden
16. grievance about May 3 incident
17. grievance about Willingham threats
18. grievance over original placement in segregation
19. grievance over being placed in segregation after return from Springfield
20. grievance over being placed in segregation after return from Rochester (***need to get and put in stack***)
21. grievance over continued segregation without due process of law

22. grievance over April 15 incident (**_need to get and put in stack_**)
23. grievance over visit delays for Jeanette (**_need to get and put in stack_**)
23.
Mic numbers in Wichita
316-943-2181, rm 128
316-943-6587 (fax)