# MARK D. CUNNINGHAM, PH.D.
Clinical & Forensic Psychology
*Diplomate in Forensic Psychology – American Board of Professional Psychology*
417 Oak Bend, Suite 260      Lewisville, Texas 75067
972-459-0658   Fax 972-459-0958

12-19-02

Fred Duchardt, Esq.
Attorney at Law
110 East 6th Street
Kearny, MO  64060

Re: <u>U.S. v Wesley Ira Purkey</u>

Dear Mr. Duchardt:

Thank you for your assistance in arranging for my interviews of your client, Wesley
Purkey. I met with Mr. Purkey for approximately seven hours on 12-18 and over three
hours on 12-19. Additionally, I have reviewed a major portion of nine binders of records
regarding Mr. Purkey that you provided me. I will require additional extended interviews
of Mr. Purkey and hope to schedule these in early January. Please allow me summarize
emerging mitigation themes/hypotheses and associated investigation needs based on my
consultation to date.

## Emerging mitigation hypotheses:

Multi-generational family distress
Genetic predisposition to substance dependence
Genetic predisposition to mental illness
Fetal alcohol exposure
Parental alcoholism
Parental neglect and abandonment
Observed family violence
Physical and emotional abuse
Inadequate structure and guidance
Traumatic sexual exposure
Childhood speech impediment and social avoidance
Peer isolation and alienation
Corruptive influence of brother

Case 4:06-cv-08001-FJG    Document 47-10    Filed 10/16/07    Page 1 of 7

Childhood onset psychological disorders
     Attention deficit disorder
     Learning difficulty
     Post traumatic stress disorder
     Conduct disorder
     Depressive disorder with suicide attempts
     Mixed personality disorder - borderline personality disorder with self-mutilation
          and affective instability; antisocial
Teen onset substance dependence
Confined in adult prison in early adolescence
Neuropsychological deficits
     FAS
     ADHD
     Learning difficulty
     Stuttering
     Behavior control problems/impulsivity/brake failure
     Multiple closed head injuries with extended loss of consciousness
     Chronic alcohol and stimulant dependence
     Poisoning
     Affective instability, impulsivity, behavioral reactivity
     Memory deficits
     Neuropsychological testing
Type II alcoholism
Stimulant induced psychosis
Systemic poisoning
Inadequate treatment interventions
Self-initiated confession; remorse
Potential for positive social contribution (Scared Straight/grievance/litigation)
Prison adjustment without serious violence

## Associated investigation requirements:

Interview of Russell Frank Purkey (paternal uncle; 1985 contact info: 220 N. Viceroy, Azusa, CA 91702, 818 334 0708)
- alcohol/drug abuse in extended family system
- mental illness in extended family system
     psychosis
     depression
     bi-polar
     ADHS
     learning disability
     anger/reactivity
     relationship dysfunction
- criminal history in extended family
- history of parents of Russell and Jack
- history of Jack Purkey

Case 4:06-cv-08001-FJG    Document 47-10    Filed 10/16/07    Page 2 of 7

- personal alcohol/drug, psychological, criminal history

<u>Interview of Debbie Prothero</u> (paternal cousin; same DOB as Wes; married to Russell; four children: daughter of Margarita?)

- alcohol/drug abuse in extended family system
- mental illness in extended family system
    psychosis
    depression
    bi-polar
    ADHS
    learning disability
    anger/reactivity
    relationship dysfunction
    difficulties exhibited by her own mother
    personal emotional problems
- criminal history in extended family
- grandparent and aunt/uncle family history
- circumstances of childhood household of Wes
- perspectives regarding Wes' parents
- contact information for other members of family

<u>Interview of Gary Purkey</u> (brother)
- circumstances of childhood household
    chaotic setting
    drinking
    domestic violence (Jack Purkey, L.E. Carter, other boyfriends of
        Velma); injuries sustained by Velma
    physical and emotional abuse
    neglect
    absence of structure or effective limits/discipline
    observation of parental sexual activities
    parental abandonment
- perspective regarding parents
- observation of mother's promiscuity
- early memories of mother's drinking (FAS)
- absence of values instruction from parents
- access to pornography in the childhood home
- Wes' childhood problems:
        stuttering
        learning problems
        hyperactivity
        impulsiveness
        lack of friends in elementary school years
- bullying of Wes as children
- introduction of Wes to drugs and to shooting drugs – age of onset

3

- recall of Wes' 1976 heroin overdose and whether Wes experienced cardiac arrest in ambulance on way to hospital
- Wes' adult substance dependence
- Wes' adult relationship, psychological, cognitive problems
- time period that a friend named "Hup" resided with Gary, Hup's legal name, Hup's age, Hup's sexual orientation, contact information for Hup, any observation of inappropriate contact between Hup and Wes
- sexual interactions between Velma and Wes
- contact information for his father and relatives of father who would have observed Velma
- extended family history
- Gary's alcohol and drug history
- Gary's psychiatric history
- Gary's criminal history

Interview of Gary's biological father:

- information regarding Velma:
  biological father
  childhood history
  any childhood history of abuse/neglect
  extended family history
  drinking pattern
  drinking during pregnancies
  emotional problems
  reasons for divorce
- observations of Purkey household during childhood of Gary and Wes

Interview of Jeanette (wife):

- whether Wes described sexual abuse of mother to her and when this report occurred
- detail of regarding chronology and substances of Wes' alcohol/drug abuse
- description of any paranoia/delusions/hallucinations exhibited by Wes – particularly in response to stimulant abuse
- chronology of poisoning and Wes' psychological responses/reactions

Interview of Clair:

- history of relationship with Wes
- whether Wes described sexual abuse of mother to her and when this report occurred
- detail of regarding chronology and substances of Wes' alcohol/drug abuse
- description of any paranoia/delusions/hallucinations exhibited by Wes – particularly in response to stimulant abuse

4

Case 4:06-cv-08001-FJG    Document 47-10    Filed 10/16/07    Page 4 of 7

- any changes in Wes' psychological responses/reactions during the time period of the poisoning

Interview of Wes' stepchildren (Terry, John, Israel):

- history of relationship with Wes and his parenting interactions with them
- observation of changes in his mental status – strange beliefs/behavior
- participation in poisoning dogs
- knowledge of Wes' drugs being doctored

Interview of Angie (daughter):

- history of relationship with Wes and his parenting interactions
- observation of changes in his mental status – strange beliefs/behavior
- perspectives regarding Claire
- personal substance abuse patterns
- personal history of emotional problems and treatment

Interview of Tina Milton (1976 robbery co-defendant):

- narrative description of what occurred and Wes' participation
- knowledge of Wes' drug dependence

Interview of inmate J.T. Lovin (Wes confronted him about talking trash re Jeanette at Elsworth prison, Lovin complained to I&I)

- account of interaction and any provocation he presented Wes
- consider obtaining an affidavit

Interview of black inmate Wes punched at Wyndotte County jail

- account of interaction and any provocation he presented Wes
- consider obtaining an affidavit

Interview of Mr. Kruger (welding instructor in Manpower Development Training Program at Lansing – still at Lansing)

- description of Wes as a student – attitude, performance, respect

Interviews of other corrections officers and mental health providers:

- prison work participation
- Scared Straight participation
- expressions of remorse regarding offense
- desire for treatment

5

Records to be retrieved:

- photographs of Wes in infancy and early childhood for evaluation for FAS and facial morphology
- Velma's psychiatric records
- Gary's psychiatric records
- criminal records of Jack, Velma, Gary
- birth certificates of Jack and Velma
- death certificates of Jack and Velma
- divorce documents associated with Velma
- litigation records associated with U.S. District Judge Rogers shutting down A&T units at Lansing secondary to conditions there
- disciplinary stats at CCA Leavenworth:
    average census
    number of disciplinary reports annually during the past two years
    annual number of write-ups for:
        assault-on-inmates
        assault-on-staff
        weapons contraband

References to be retrieved:

Biblical references regarding attempts to avoid apprehension for murder:

- Cain denied knowledge of Abel's location after killing him – "Am I my brother's keeper?" (Genesis 8:16)
- Moses killing an Egyptian and hiding him in the sand (Exodus 2:11-14; Acts 7:23-29)
- David (a man after God's own heart – I Samuel 13:14) gave a secret order (carried by Uriah) to set up Uriah to be killed in battle, to hide both this act and David's adultery with Bathsheba (2 Samuel 11)

(Note: God spared the lives of Cain, Moses, and David)

Literature regarding effects of Ritalin abuse.
Literature regarding neuro effects of rat poison.
Literature regarding amphetamine/cocaine/stimulant induced psychosis, and subsequent vulnerability to recurrence of paranoia/psychosis in response to single use (I have some of these references and will provide them. Additionally I will initiate a new search.)

6

Expert consultations:

- FAS expert
- Neurology consultation: (Jonathan Pincus, M.D.)
    PET/SPECT
    EEG
- Neuropsychologist
- Toxicologist
- Addictionologist regarding stimulant dependence (Alex Stalcup, M.D.)
- Type II alcoholism


My own interviewing of Mr. Purkey is incomplete. I anticipate returning to Kansas City to continuing my evaluation of him in early January. Please call if I can clarify any of the above. Thank you for your assistance.

Best regards,


Mark D. Cunningham, Ph.D.

Case 4:06-cv-08001-FJG    Document 47-10    Filed 10/16/07    Page 7 of 7