IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES of AMERICA,

      Plaintiff,

v.

WESLEY PURKEY

      Defendant.

Case No. 01-00308-01-CR-W-FJG

### DEFENDANT WESLEY PURKEY'S MOTION TO SUPPLEMENT REQUEST EX PARTE AND UNDER SEAL #1
### FOR FUNDS TO OBTAIN PSYCHIATRIC EXPERT ASSISTANCE FOR DEVELOPMENT OF EVIDENCE REGARDING COMPETENCE ISSUES

Comes now Defendant Wesley Purkey, by attorney, Frederick A. Duchardt, Jr., and pursuant to 21 U.S.C. 848(q)(4)(B), 21 U.S.C. 848(q)(9) and 21 U.S.C. 848(q)(10)(B), hereby requests, *ex parte* and under seal, that this Court approve supplemental funding for a psychiatric expert, Dr. Stephen Peterson, M.D., for purposes of further development of evidence in support of issues of competence and mitigation. The grounds for this supplementary request will be set forth in the subsequent numbered subparagraphs.

1. On January 3, 2002, this Court granted leave of Court for the filing, under seal, of Mr. Purkey's request for appointment of Dr. Stephen Peterson, M.D. to conduct an evaluation of Mr. Purkey (Doc. 24).

1

Case 4:06-cv-08001-FJG    Document 47-13    Filed 10/16/07    Page 1 of 5

7. Dr. Peterson has now completed all of these varigated tasks, and has produced several reports regarding medication treatment recommendations for Mr. Purkey, and has produced a nearly 70 page report concerning competence issues. As a result of the foregoing, the $15,000.00 in funding authorized for Dr. Peterson has been exhausted.

8. In light of findings made by Dr. Peterson, it is anticipated that Dr. Peterson likely will be relied upon by the defense at time of trial, during both phases of trial.

9. Thanks to the work that Dr. Peterson has done, and the testimony he will now be able to put forth, combined with anticipated testimony from a sentencing specialist who has also been retained, supported by done by Mr. Purkey's investigator and Counsel, Counsel for Mr. Purkey has been able to dispense with the hiring of a mitigation specialist. Mitigation Specialists have classically been utilized to assist Counsel with preparing a penalty phase presentation, and undersigned Counsel has had experience using mitigation specialists in some cases. Counsel had originally budgeted some $45,000.00 for the hiring of a mitigation specialist, the amount based upon prior experience in dealing with the payment of costs for such a mitigation specialist. Actually, Counsel later learned that, since the last time he had utilized a mitigation specialist, the costs for such a mitigation specialist had so substantially increased that the price tag for such a specialist would likely have been upwards of

3

$80,000.00. Again, as it turned out, in light of the critical aspects of this case, the development and presentation of the issues of mitigation could be well addressed while dispensing with the additional cost of a mitigation specialist. Dispensing with the $80,000.00 cost of a mitigation specialist has resulted in a significant overall savings in the budget, but has in no way adversely impacted the defense, since the duties which would have been assumed by the mitigation specialist have merely been shifted to others, including Dr. Peterson, all to better and more efficient effect for the defense.

10. Counsel requests that this Court approve additional funding in the amount of $10,000.00, thereby budgeting a total of $25,000.00 for the services of Dr. Peterson. This estimate is based upon 43 hours of time, at $225.00 per hour, plus travel expenses. The time estimate is based upon Counsel's belief that Dr. Peterson will be called upon to testify at both phases of trial, and will likely spend up to 2 days testifying at each phase, and will need time allotted for one additional consultation with Mr. Purkey, preparation-for-trial-consultations with Counsel for Mr. Purkey, and travel time.

11. The United States Supreme Court has clearly indicated that, since the services of experts may well be critical to effective presentation of a capital litigant's defense, such expenses may properly be paid by the Federal Courts per the

4

dictates of 21 U.S.C. 848(q)(9). ***McFarland v. Scott***, 114 S.Ct. 2568, 2572 (1994).

12. Should this Court not grant the relief sought in this Motion, such would violate Defendant's rights, to enjoy due process of law and equal protection of the law, to present evidence, and to be free from cruel and unusual punishment, protected by the 5th, 6th and 8th Amendments to the Constitution of the United States.

13. Pursuant to 21 U.S.C. 848(q)(9), a defendant like Purkey may make his request for such funds *ex parte* and under seal to the extent that he can show need for such confidentiality. ***In re Pruett***, 133 F.3d 275, 279 (4th Cir. 1997). A defendant demonstrates a need for such confidentiality when he shows that, by merely making his request for assistance, he necessarily reveals strategy, work-product, and confidential attorney/client communications. ***In re Pruett***, 279. Permitting the defendant to have such requests considered by the Court *ex parte* merely does the proper thing of placing the indigent litigant upon the same footing as the one able to afford payment of his/her own expenses. ***In re Pruett***, 279; ***United States v. Hang***, 75 F.3d 1275, 1281 (8th Cir. 1996).

14. The foregoing explanation plainly reveals substantially Counsel's work product, attorney-client communications and trial strategy. Having to reveal all of this to the prosecution at this time would work a substantial unfairness to the defense.

5

WHEREFORE, Wesley Purkey prays this Honorable Court to make and enter its Order, under seal, authorizing an increase of $10,000.00 in the budget for Dr. Stephen Peterson, M.D., for a total of $25,000.00, for purposes of providing Defendant Purkey psychiatric expert assistance in the above captioned cause, and as detailed above.

Respectfully submitted

FREDERICK A. DUCHARDT, JR.
Mo. Bar Enrollment Number 28868
P.O. Box 349, 110 E. 6th St.
Kearney Mo. 64060
Phone: 816-628-9095
Fax: 816-628-9046
ATTORNEY FOR WESLEY PURKEY

6