### Declaration of Gary Hamilton

I am four years older than my brother, Wes. When we were kids, we stuck together. We were always together. My grandma used to say, if she took Wes shopping he always had to get something for Gary. She said I never got anything for him. I was the big brother, he looked up to me. He wanted to be just like me. When I started drinking, he started drinking. I remember the first time I took him out partying. I was about fifteen or sixteen. He had been begging me and my friends forever. We took him out he got really drunk. He got really sick, and we thought it would end there. But it didn't. It escalated. He never stopped. Soon, I started doing drugs, he started doing drugs. Heroin, acid. Wes would shoot acid. Nobody else was even doing that. Wes looked up to me, he looked up to things that I had done. I was an athlete he wanted to be an athlete. He imitated me, first drugs, then jail, then prison.

We fought together, too. That's how it was, if you got one of us -- you got both. That's how it was where we grew up. We grew up in a violent home, in a violent town, and then went to violent prisons. Wichita was tough in those days. We used to party a lot. I remember coming home one time when Wes was probably about 14, and finding him with his head and hair all bloody. He had gotten into a fight at a party. Some guy had hit him in his head with a shotgun. We had to take him to the hospital that time. He has a scar on his forehead from that.

He has a jagged scar down his neck from when he got hit by a semi truck. He was about 17, he got into a really bad car accident. A semi truck hit him. He was at Vine and Highway 54, and the light turned green, so he went. The semi came down over the hill and hit him, ripped his car apart. He was driving a little car. After that accident he would just flip out and was impulsive. It was like he was a totally different person.

Our house was always violent. Jack, Wes' father, my step-father, was brutal to our mother. I remember one time he punched at her so hard and when she ducked, he punched a hole through the wall with his fist. Wes and I were both just standing there watching. Another time, he slammed her arm in a door, and kept slamming it until it broke. He had a chair right in front of the t.v. that was just for him. I can still remember if he caught my mother sitting in that chair, he would sit on her, and move around, so that it crushed her. Wes and I would just stand there watching. He was so big. He was always drunk, he was a mean drunk. Jack was an ex-marine, and a huge man. He was at least 6'4", and weighed about 260-280 pounds. He stood up straight, never slouched, and he stuttered. Wes is like him there, he always stands up rigid, and he has always stuttered. He put up with a lot of making fun for that. Our parents ridiculed him for that. Jack hated Wes. When we were kids, he called me son, but he called Wes, Wes. He told me that I was his only son, he told me this later, when I was grown.

Jack and my mom got divorced when I was about 13. Later, I confronted him, when I was 18, went to kill him. He was such a pathetic old drunk, I just walked away. It wasn't the first time I tried to kill him. My mom's stepfather gave me a .22 rifle when I was in fifth or sixth grade. My mom hid the clips, but she didn't hide them good enough. It's a good thing for Jack that I didn't know how to shoot that gun, or he'd be dead. Wes and I both went from being kids to being men

1

when we were young. When mom divorced Jack, she couldn't control us. She worked nights at Boeing, plus she was a party-goer herself.

I was about 14 when mom started taking me to after-hours clubs with her. I was bigger, so I looked older. I was just getting into drinking, and wasn't into drugs yet. I can still see it like it was right in front of my eyes -- mom and me in the bathroom stalls of the bars. I can still close my eyes and see it right in front of me -- mom forcing me to watch her shower.

Grandma did some of the same things to me that mom did. Wes and I rotated spending the weekends with her. She and her husband slept in different rooms. He slept in what he called "the gun room." And I slept with Grandma. She walked around the house naked, made me stand in the bathroom with her while she showered. She would say, "Grandpa's out tonight, we can cuddle on the couch." She had this big mirror in the bed room, she used to stand in front of it naked, staring at me in her bed. I would lay in her bed pretending to be asleep. Grandma would buy anything for me, when she was alive, I never had to work. When she died she left me about $3600. I blew through it pretty fast though, spent it on drugs mostly.

Our grandmother's husband, Oliver Darling, was raping our mother. He was possessive of mom and did not want her to be with anyone else. When mom was young, Grandma sent her away to boarding school, because her husband could not keep his hands off mom. When mom got older, her stepfather would beat any man that she tried to date. He would beat her and any man around her. I remember one time at my Aunt Carrie's funeral, we all gathered at my mom's house. At the time she was living with her boyfriend Dick. Grandpa came over and he was furious, he tried to grab mom, because he was jealous that she was with Dick. I shoved him in a corner. Grandpa tried to control her, to dictate everything to her. After the divorce, mom lived with her stepfather off and on, and it was clear to the family that they were having sex. Our grandparents lived in a house with a back apartment. Mom would stay in the back apartment. While Grandma was alive, this apartment was not accessible through the house. When mom stayed there, I can remember my step-grandfather paying her nighttime visits in the back apartment. After Grandma died, though, my Grandpa re-did it so that the back apartment was easily accessible through the front of the house. After Grandma died, mom would stay with him often, because she had no where else to live. After Grandma died, he didn't have to be as sneaky, so he made it more easily accessible. This is something that I always knew, even as a child, because Grandpa was so possessive of mom. Before Grandma died, she told me that she knew as well. One time I actually took my mother down to the police station to press charges against her step-father. The police would do nothing. Darling was well respected in the community, and they even would not file charges.

On December 10, 1969, I went into Lansing. I was in from the time I was twenty, until I was twenty three. Even doing three years, it changes the way you think. I saw a lot of people die. Lansing was rough. Guys dropped all the time. Prison is not a place for nice guys, you can't be polite. When I first got there, I was so scared I couldn't even eat. You have to be in a gang. The black gangs rape white boys. A young white boy comes in and you see him just get surrounded by black guys. I tried to talk to the guards, and they told me, "this is a man's place, be a man." You have to join a gang for safety and protection. If you're white you join the AB. Back then, Blacks

2

join the Muslims, or the Panther: If you're not in a gang, you're fresh meat.

I think that Wes really did 't know how to live when he got out of prison. He basically spent 30 years in prison. People out hei are different. They walk different, use a different language. On the inside, street is walk; and poll :e are bulls. You think different in prison, constantly paranoid. If someone is looking at you, or si iling at you, or offering you a hand, you wonder why. You don't trust anyone; you wonder what the r motives are. When you get out, people look at you and you feel like they know you were in. Wes got out and had nothing, didn't know how to pay bills, deal with stress. He had been controlled all lose years. He had no rehabilitation. There is no drug or alcohol rehabilitation in prison. Drugs are easy to get, and you make your own alcohol. Or the guards bring it in. Wes needed supervision. 1 ie Kansas prison system made him who he is. How did he feel when he got out after all those yea s? Lost, like he didn't know what was going on. Wes really had to rear himself. He went into pris n young. He worked hard at educating himself on the inside -- business math, algebra, law. He v orked hard at studying. Wes went to tough prisons when he was really young, like Lansing and Fl rence. That was where and how he grew up.

Fred came out to my hous and talked to me for a while once. He brought his teenage son, who was in high school at the tir c. I don't know why he brought him along. I thought it was strange. Fred's son came in and o : of the room several times, and waited in the car for some of the time.

During his visit, Fred neve talked to me about testifying. He called me right before and told me to come down. I didn't know w iat I was supposed to be testifying about. Fred came to my hotel briefly on the night before I testifi d and told me where I needed to go, and how to get there. He never talked to me about what the rosecution would ask me. Everything I said got twisted. It was a joke. I did not get to say what I vanted to say.

I declare, under penalty of icrjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this _5_ day of Oc ober, 2007.

_Gary Hamilton_
Gary Hamilton

3