State of Oregon
Oregon State Hospital
Department of Human Resources
Mental Health Division

Correctional Treatment Program
Correctional Institution Treatment Services

## Application

Name: _Purkey, Wesley II_     Date: _____

Institution: _OSP_   Number: _50101_   Date of Birth ___/___   Age _29_

Where did you live before you began serving time _Wichita, KS_

Are your currently taking prescribed medication? _No_ What?

Sex: Male _✓_ Race: Unknown _____ White _✓_ Black _____ Native American _____

Female _____ Oriental _____ Chicano _____ Other (specify) _____

Treatment History: Have you previously been treated for mental health problems (including
alcohol/drug abuse)? If so, give name of facility, address, dates, and reason for seeking
treatment.

_No_

Education (last grade completed) _13_

Please list below crime or crimes you are doing time for:

Crime: _Agg. Robbery_   Sentence Length _15/life_

Crime: _Agg. Kidnapping_   Sentence Length _15/life_

Crime: _Agg. Battery_   Sentence Length _5/life_

How old were you the first time you were ever arrested? _14_

How much total time have you spent incarcerated as an adult? _14_ years _1_ months

1. Have you seen the parole board yet? Yes _____ No _✓_

   If you have, what is your parole release date? _1988 Parole Board Tentative_

   If you have no tentative parole release date, what is your next review date with the
   parole board?

   If you have seen the parole board, what was your suggested matrix on your P.S.I.
   (Pre-sentence investigation) report?

Case 4:06-cv-08001-FJG   Document 47-17   Filed 10/16/07   Page 1 of 35

2. What date did you begin serving time on this sentence (including any county jail time that would qualify)? _July 1976_

3. Did the judge impose a minimum on your sentence? Yes ___

   If yes, how many years was the minimum? ___ _15 years_

4. How much time do you think you have left before you are paroled?

   _5 YEARS_

5. If you have alcohol or drug problems, please answer the questions below. Otherwise, skip this section.

   How old were you when you first started to abuse alcohol or drugs? _____

   Which was the main problem for you _____ Alcohol or _____ Drugs.

   If drugs were your main problem, list the kinds of drugs you abused: _____

   _____

The information contained on this form is confidential and will not be released by C.I.T.S. without your consent.

I understand that the program will provide the following information to Corrections staff: Name, Mental Health program being assessed for or participating in; therapist's name; beginning and ending dates of treatment.

I have received and reviewed a Program Description of C.I.T.S. services and agree to participate in the program assessment and treatment services, if recommended.

_Wesley A. Purkey_
Applicant Signature

915

Correctional Treatment Programs
Correctional Institution Treatment Services
<u>LIFE HISTORY QUESTIONNAIRE</u>

Purpose of This Questionnaire:

The purpose of this questionnaire is to obtain a comprehensive ... your
background. In psychotherapy, records are necessary, since ... more
thorough dealing with one's problems. By completing ... ully
and as accurately as you can, you will facilitate your ...
It is understandable that you might be concerned about ... who
information about you because much or all of this inform... personal.
Case records are strictly confidential. NO OUTSIDE IS ... YOUR
CASE RECORD WITHOUT YOUR PERMISSION.

If you do not desire to answer any questions, merely write "Do Not Care to
Answer".

                                        Date: ___11/27/86___

1. General Information:

   Last Name: _Tackey_____ First: _Wesley____ M.I.: _I_
   Institution: __OSP_____ Number: _50101_
   Age: _39_

   Marital Status (Circle one):  Single   Engaged   Married   Separated
                              (Divorced)   Widowed

   Remarried (how many times?  ( 0 )    Living with someone
                                          _Not Right Now._

2. Description of Presenting Problems:

   State in your own words the nature of your main problems _Insecurity,_
   _in dealt about the future - general confused_
   _perspective toward the purpose in life - doing_
   _battle with conflicting values and convictions._

   On the scale below please estimate the severity of your problems(s):

   Mildly        Moderately ⟵ Very        Extremely     Totally
   Upsetting     Upsetting ⟶ Severe       Severe        Incapacitating

   When did your problems begin (give dates): _Well, I can't_
   _specifically place a date, suppositedly at any given_
   _time present_

   Please describe significant events occuring at that time, or since then, which
   may relate to the development or maintenance of your problems: _That's a_
   _good question. I have no answer._
   What solutions to your problems have been most helpful? _Surely not_
   _(responding square in prison? If I had experience)_
   _Absolutely. I wouldn't be asking for counseling._

Have you been in therapy before or received any prior professional assistance for your problems? If so, please give name(s), professional address, dates of treatments and results: ___No___

4. Personal and Social History:

(a) Date of Birth _1/6/52_ Place of Birth ___

(b) Siblings: Number of Brothers _Gary_

Number of Sisters ___

(c) Father: Living? ___ If alive, give

Deceased? _✓_ If deceased, give his age at time of death _59_ How old were you at this time? ___

Cause of Death _Suicide_

Occupation _Engineer_ Health _Good_

(d) Mother: Living? ___ If alive, give mother's present age

Deceased? _✓_ If deceased, give her age at time of her death _55_ How old were you at this time? ___

Cause of Death _Cancer_

Occupation _Secretary_ Health ___

(e) Religion as a Child: _Catholic_ As an Adult: _Same_

(f) What is the last grade completed (degrees)? _13._

(g) List your Strengths and Weaknesses: _I've never thought about it. Distinctive -_

(h) Circle any of the following that applied during your childhood:

Very Childhood    School Problems    Medical Problems
Happy Childhood    Family Problems    Alcohol Abuse
Unhappy Childhood
Childhood
Legal Trouble      Strong Religious Convictions    Others:
                   Drug Abuse

(i) What sort of work are you doing now? _College Student_

(j) What kind of jobs have you held in the past? _Welder, Plank-Knfeer, physical health instructor_

(k) What were your past ambitions? _Shallow_

(l) What are your present ambitions? _Social Field_

How tall are you? _6_ ft. _1_ inches. What is your weight? _165_ lbs.

(4)

913

(n) Have you ever been hospitalized for psychological problems? Yes ✓
No ___ If yes, when and where? _Teenage = St Joseph Wichita_

(o) Do you have a family physician? Yes ___ No ✓ If so, please give
his/her name(s) and telephone number(s) _____

(p) Have you ever attempted suicide? Yes ___ No ✓

(q) Does any member of your family suffer from alcohol,
depression or anything else that might be considered
order?" _Not Sure_

(r) Has any relative attempted or committed suicide

(s) Has any relative had serious problems with the law?
_Older Brother —_

## MODALITY ANALYSIS OF CURRENT PROBLEMS

The following section is designed to help you describe your current problems in
greater detail and to identify problems which might otherwise go unnoticed.
This will enable us to design a comprehensive treatment program and tailor it
to your specific needs. The following section is organized according to the
seven (7) modalities of Behavior, Feelings, Physical Sensations, Images,
Thoughts, Interpersonal Relationships, and Biological Factors.

A. Behavior:
Underline any of the following behaviors that apply to you:

| | | |
|---|---|---|
| Overeat | Suicidal attempts | Can't keep a job |
| Take drugs | Compulsions | Insomnia |
| Vomiting | Smoke | Take too many risks |
| Odd behavior | Withdrawal | Lazy |
| Drink too much | Nervous tics | Eating problems |
| Work too hard | Concentration difficulties | Aggressive behavior |
| Procrastination | Sleep disturbance | Crying |
| Impulsive reactions | Phobic avoidance | Outbursts of temper |
| Loss of control | | |

Are there any specific behaviors, actions or habits that you would like to
change? _There sure are — All of the Above_

What are some special talents or skills that you feel proud of? _Writing
Art etc, physical endurance, being Realistic_
What would you like to do more of? _Better my education_
What would you like to do less of? _Wasting Life Away in prison_
What would you like to start doing? _Being Braver & Communicative_
What would you like to stop doing? _Defensive & Self doubtful_

(3)

912

How is your free time spent? *Physical building Readings, Recreation, the Past, Educanced the ____*

Do you keep yourself compulsively busy doing an ____ meaningless activities? *Do not Really ____*

Do you practice relaxation or meditation regularly

Feelings:
Underline any of the following feelings that ____

| Angry | Guilty | Unhappy |
|---|---|---|
| Annoyed | Happy | Bored |
| Sad | Conflicted | Restless |
| Depressed | Regretful | Lonely |
| Anxious | Hopeless | Contented |
| Fearful | Hopeful | Excited |
| Panicky | Confident | Optimistic |
| Irritable | Relaxed | Peace |
| Envy | Jealous | Others: |

____

. *Failure*

. *Releasing the Power*

. *Not making the grade*

. *Being Passed*

. *What Feeling would it?*

____ would you like to experience more often? *Accomplish____*

____ would you like to experience less often? *Self doubt!*

What ____ feelings you have experienced recently? *Accepting A Challenge!*

____ likely to lose control of your feelings? *Uncertain or when felt threatened!*

____ any situations that make you feel calm or relaxed *Taking A Shower — No Specific Situation —*

____ Complete the following:
____ what I feel now *Serenity = easy = Mellow!*
____ I feel proud of is *Taking a Step forward*
____ I feel positive about is *My family — Irresponsibility*
____ ____ *Plan*
____ that I blame on the most is *My PErsonal Attitude ____ ____ on.*

(6)

If I weren't afraid to be myself, I might _be a lecturer_

I get so angry when _someone goes against me_ [illegible]

If I get angry with you _it must be well said_

What kinds of hobbies or leisure activities do you enjoy or find relaxing?

_History — weight lifting, sports, current events_ [illegible]

Do you have trouble relaxing and enjoying weekends and vacation? If "yes", please explain) _does not pertain_

6. Physical Sensations:
Underline any of the following that often apply to you:

| | | |
|---|---|---|
| Headaches | Stomach trouble | Skin problems |
| Dizziness | Tics | Dry mouth |
| Palpitations | Fatigue | Burning or itchy skin |
| Muscle Spasms | Twitches | Chest Pains |
| Tension | Back Pain | Rapid heart beat |
| Sexual disturbances | Tremors | Don't like being touched |
| Unable to relax | Fainting spells | Blackouts |
| Bowel disturbances | Hear things | Excessive sweating |
| Tingling | Watery eyes | Visual disturbances |
| Numbness | Flushes | Hearing problems |

Menstrual History:

Age of first period _____ Were you informed or did it come as a shock? _____

Are you regular? _____ Date of last period _____

Duration _____ Do you have pain? _____

_____ Do your periods affect your mood? _____

What sensations are especially:
Pleasant for you? _My Grandparents home!_

Unpleasant for you? _Remembering the first person I seen die and specific smells at that place._

Images:
Underline any of the following that apply to you:

| | |
|---|---|
| Pleasant sexual images | Unpleasant sexual images |
| Unpleasant childhood images | Lonely images |
| Helpless images | Seduction images |
| Aggressive images | Images of being loved |

(5)

910

Check which of the following applies to you:

I PICTURE MYSELF:

| | |
|---|---|
| being hurt | hurting others |
| not coping | being in charge |
| succeeding | failing |
| losing control | being trapped |
| being followed | being laughed at |
| being talked about | being promiscuous |

Others:

What picture comes into your mind most often? _Tor man._

Describe a very pleasant image, mental picture, or fantasy.

Describe a very unpleasant image, mental picture, or fantasy.

Describe your image of a completely "safe place".

How often do you have nightmares?


Thoughts
Underline each of the following thoughts that apply to you:

I am worthless, a nobody, useless and/or unlovable.
I am unattractive, incompetent, stupid and/or undesirable.
I am evil, crazy, degenerate and/or deviant.
Life is empty, I wish there is nothing to look forward to.
I make too many mistakes, can't do anything right.

Underline any of the following words that you might use to describe yourself:

intelligent, confident, worthwhile, ambitious, sensitive, loyal, trustworthy, full of regrets, worthless, a nobody, useless, evil, crazy, morally degenerate, considerate, deviant, unattractive, unlovable, inadequate, confused, ugly, helpless, honest, incompetent, horrible thoughts, conflicted, concentration difficulties, memory problems, attractive, can't make decisions, suicidal thoughts, persevering, good sense of humor, hard-working.

What would you say is your most irrational thought or idea? _I don't know_

Do you have thoughts that occur over and over again? _Yes_

For each of the following items, please circle the number that most accurately reflects your opinions.

| | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | (5) |
| | 1 | 2 | 3 | (4) | 5 |
| | (1) | 2 | 3 | 4 | 5 |

Case 4:06-cv-08001-FJG    Document 47-17    Filed 10/16/07    Page 9 of 35

|  | Strongly Disagree | Disagree | Neutral | Agree | Strongly Agree |
|---|---|---|---|---|---|
| I should not disclose personal information. | 1 | 2 | 3 | 4 | |
| I am a victim of circumstances. | (1) | 2 | 3 | | |
| My life is controlled by outside forces. | (1) | 2 | | | |
| Other people are happier than I am. | 1 | 2 | | | |
| It is very important to please other people. | 1 | (2) | | | |
| Play it safe: don't take any risks. | 1 | 2 | | | 5 |
| I don't deserve to by happy. | (1) | 3 | | | 5 |
| If I ignore my problems, they will disappear. | (1) | 2 | 3 | | 5 |
| It is my responsibility to make other people happy. | (1) | 2 | 3 | 4 | 5 |
| I should strive for perfection. | 1 | 2 | 3 | (4) | 5 |
| Basically, there are two ways of doing things -- the right way and the wrong way. | 1 | 2 | 3 | (4) | 5 |

_expectations_ regarding therapy: I don't know what else to do.

In a few words, what do you think therapy is all about? to separate to divide & conquer

How long do you think your therapy should last? your the doctor

How do you think a therapist should interact with his or her clients? What personal qualities do you think the ideal therapist should possess? yes - I don't know

(Please complete the following:)

I am a person who needs to come to terms with himself.
All my life _I no interaction was made._
Ever since I was a child my responsibility was overlooked.
It's hard for me to admit my failure.
One of the things I can't forgive is my failure to ashad.
A good thing about having problems is
The bad thing about growing up is facing their problems.
One of the ways I could help myself but don't is changing my negative prejudices.

9. Interpersonal Relationships:

A. Family of Origin

(1) If you were not brought up by your parents, who raised you and between what years? my aunt and uncle old/on 4 - 17

(2) Give a description of your father's (or father substitute's) personality and his attitude towards you (past and present).
none

(3) Give a description of your mother's (or mother substitute's) personality and her attitude toward you (past and present):
indifferent / no interest

(7)

908

(4) In what ways were you disciplined (punished) by your parents as a child?

(5) Give an impression of your home atmosphere (i.e., the home in which you grew up). Mention state of compatibility between parents and between children.

(6) Were you able to confide in your parents?

(7) Did your parents understand you?

(8) Basically, did you feel loved and respected by them?

(9) If you have a step-parent, give your age when ...

(10) Was anyone (parents, relatives, friends) ever interfere... in your marriage, occupation, etc.?

(11) Who are the most important people in your life?

2. Friendships

(1) Do you make friends easily?

(2) Do you keep them?

(3) Were you ever bullied or severely teased?

(4) Describe any relationship that gives you:
(a) joy

(b) grief

(5) Rate the degree to which you generally feel comfortable and relaxed in social situations: Very relaxed ___ Relatively comfortable ___ Relatively uncomfortable ___ Very anxious ___

(6) Generally, do you express your feelings, opinions, and wishes to others in an open, appropriate manner? Describe those individuals with whom (or those situations in which) you have trouble asserting yourself.

(7) Did you date much during High School? College?

(8) Do you have one or more friends with whom you feel comfortable sharing your most private thoughts and feelings?

3. Marriage

(1) How long did you know your spouse before your engagement?

(2) How long have you been married?

(3) What is your spouse's age?

(4) What is your spouse's occupation?

(8)

Case 4:06-cv-08001-FJG   Document 47-17   Filed 10/16/07   Page 10 of 35

(5) Describe your spouse's personality. *Good, loving & patient*

(6) In what areas are you compatible? *Sensitive, Reasonable, polite*
*and*
*Social*

(7) In what areas are you incompatible?

(8) How do you get along with your in-laws (brothers and sisters-in-law)? *Alright*

(9) How many children do you have? *2* ... their names, ages, and sexes: *Angie & Jake*

(10) Do any of your children present ... ? *No*

(11) Any relevant information ... miscarriages? *Yes*

D. Sexual Relationships:

(1) Describe your parents' attitude toward sex. Was sex discussed in your home? *No*

(2) When and how did you derive your first knowledge of sex? *MAgazines*

(3) When did you first become aware of your own sexual impulses?

(4) Have you ever experienced any anxiety or guilt feelings arising out of sex or masturbation? If yes, please explain.
*Years Ago —*

(5) Any relevant details regarding your first or subsequent sexual experiences? *Being abused as a child —*

(6) Is your present sex life satisfactory? If not, please explain.

(7) Provide information about any significant homosexual reactions or relationships.

(8) Please note any sexual concerns not discussed above.

E. Other Relationships:

(1) Are there any problems in your relationships with people at work? If so, please describe.

(2) Please complete the following:

(a) One of the ways people hurt me is *Not trusting me —*

(b) I could shock you by

(c) A mother should *be honest, protective, sensitive, mature and practical*

(d) A father should *Responsible, directive & others*

(e) A true friend should *be loyal*

(9)

896

(3) Give a brief description of yourself as you would be described by:
    (a) Your spouse (if married):
        *Trys to chose to please himself, not o-expense the —*

    (b) Your best friend:
        *Reasonable, hot headed, Sensitive & ... ....*

    (c) Someone who dislikes you:
        *He , as Asshole —*

(4) Are you currently troubled by any past relationships? If so, please explain.
        *Just my fam... ...    ...satisfied!*

6. Biological Factors:

Do you have any current concerns about your physical ...........?

Please list any medicines you are currently taking, or have taken during the past 6 months (including aspirin, birth control pills, or any medicines that were prescribed or taken over the counter). *Don*

Do you eat three well-balanced meals each day? If not, please explain.
        *Yes*

Do you get regular physical exercise? If so, what type and how often?
        *Yes, Weight lifting & exercises*

Check any of the following that apply to you:

|  | Never | Rarely | Frequently | Very Often |
|---|---|---|---|---|
| Marijuana | *don't ever don't* | | | |
| Tranquilizers | | | | |
| Sedatives | | | | |
| Aspirin | | | ✓ | |
| Cocaine | | | | |
| Painkillers | | | | |
| Alcohol | | | | ✓ |
| Coffee | | | | ✓ |
| Cigarettes | | | | |
| Narcotics | | | | |
| Stimulants | | | | |
| Hallucinogens (LSD, etc.) | | | | |
| Diarrhea | | | | |
| Constipation | | | | |
| Allergies | | | | |
| High blood pressure | | ✓ | | |
| Heart problems | | | ✓ | |
| Nausea | | | | |
| Vomiting | | | | |
| ... ... | | | | |

897

Case 4:06-cv-08001-FJG    Document 47-17    Filed 10/16/07    Page 12 of 35

|  | Never | Rarely | Frequently | Very Often |
|---|---|---|---|---|
| Headaches | | | | ✓ |
| Backache | | | | |
| Early morning awakening | | | | ✓ |
| Fitful sleep | | | | |
| Overeat | | | | |
| Poor appetite | | | | |
| Eat "junk foods" | | | | |

Underline any of the following that apply to you or ... ... ... ... live:

thyroid disease, kidney disease, asthma, neurological ... ... ... ... ... diseases, diabetes, cancer, gastrointestinal disease, ... ... ... ... glaucoma, epilepsy, other:

Have you ever had any head injuries or loss of consciousness. Please give details. _Several_

Please describe any surgery you have had (give dates) _None_

Please describe any accidents or injuries you have suffered (give dates) _Stalled, Several car accidents, ect ect_

Sequential History

Please outline your most significant memories and experiences within the following ages:

0-10    _Being Sexual Abused_

11-15   _Trying to escape from home_

16-20   _Entering Prison_

21-25   _Sent to prison for a crime I did not commit_

26-30   _Being paroled with a very vindictive attitude and Returning to prison with more years than I could deal with_

31-35   _A desire to understand myself –_

(11)

Case 4:06-cv-08001-FJG    Document 47-17    Filed 10/16/07    Page 13 of 35

36-40 .....................................................................

41-45 .....................................................................

46-50 .....................................................................

51-55 .....................................................................

56-60 .....................................................................

61-65 .....................................................................

Over
65 .....................................................................

(12)

899

~O.S.P. No. 1

## Oregon State Penitentiary

# INTERVIEW REQUEST

STATE YOUR REQUEST IN DETAIL.

To Dr. Rex Newton - IMF

Date ⸺

I request

Stop ignoring my Kites — I'll just send more
of the "Republican things," being the persistent I
I am. If you don't give me an interview you are a
failure at your professional challenge to ease the
mentally ~~different~~.

Thank You

Porky 5-0101     Orderly     E 446
NAME AND NUMBER     WORK ASSIGNMENT     CELL NO.

Action Taken

Date

895

OREGON STATE HOSPITAL

TO: Wesley Puckey, OSP 50101                    DATE        2-77

FROM: Tom Lester, CTT

SUBJECT:

I don't think we communicated _____ _____ on the IMF floor. If you are interested in seeing _____ _____ consultants individually - that can be arranged.

Let me know by writing a note on the bottom of this memo and return in the enclosed envelope.   Thanks

That sounds good to me.
met weekly 11/24/75. He will mail packet _____ _____ 50101
Bill Hunter

!BID OSH 10929

Case 4:06-cv-08001-FJG    Document 47-17    Filed 10/16/07    Page 16 of 35

State of Oregon
OREGON STATE HOSPITAL
Dept. of Human Resources
Mental Health Division

CORRECTIONAL TREATMENT PROGRAMS
CORRECTIONAL INSTITUTION TREATMENT SERVICES

IDENTIFICATION SHEET

NAME *Purkey        Wesley*
     Last Name       First Name

INSTITUTION NUMBER: *50101*

INTERVIEW FOR:

[ ] C.I.T.S.

[ ] CORRECTIONS DIVISION

[ ] COMMUNITY REFERRAL

[ ] OTHER (explain)

MHD-OSH 0986

901

Case 4:06-cv-08001-FJG    Document 47-17    Filed 10/16/07    Page 17 of 35

ORECON STATE HOSPITAL

TO: [illegible] DATE

FROM: [illegible]

SUBJECT:

[illegible]

[illegible]

MHD OSH 10928

State of Oregon
OREGON STATE HOSPITAL
Dept. of Human Resources
Mental Health Division
                        Correctional Treatment Programs
                    Correctional Institution Treatment Services

                              REFERRAL FORM

INSTRUCTIONS:                                    Date    12-4-86

To be completed by correctional institution staff and forward to the institution's
Psychological Services Section.  The institution Psychologist Services Section will
then forward the referral to Correctional Treatment Program, Correctional Institution
Treatment Services, Oregon State Hospital, 2600 Center St., Salem, OR  97310 (373-1470).

NAME OF CLIENT _Purkey, Wesley_____Institution _OSP_

STID # _____ D.O.B. _____

PAROLE OR DISCHARGE DATE, IF KNOWN _/ 88_____

SOURCE OF REFERRAL _____
                              (Name and Title)

REASON FOR REFERRAL (Specific reason, behavior which causes referral source concern for
                     this client)

_____ Parole Transfer who has done a lot of time.
Needs to be assessed his future therapeutic involvement
—Seems concerned about his adjustment failure and proclivity
to criminal responses. Due to many yrs of having been
under male authority figures would like to be interviewed by
                                                        a female therapist.
Would you like consultation on this case? YES _____ NO _____ Refusing his reasons
                                                           sound sensible
Check any you believe to be a problem:
                                                           Could he be interviewed
    Substance abuse: ALCOHOL _____; DRUGS _____
                                                           by Shirley Mayfer
    Mental or Emotional Disturbance _✓___

    Dangerousness/Violence _____

    Social Competency _____

    Conduct Problems _____

COMMENTS: _____

_____

_____

_____


11/85

903

Dept. of Human Resources
Mental Health Division

Correctional Treatment Programs

# CORRECTIONAL INSTITUTION TREATMENT SERVICES

Date _____

Dear _____          Institution Number _____

This letter is to inform you that we have received a referral for mental health and/or alcohol/drug services through the Correctional Institution Treatment Services program (C.I.T.S.) Within the near future, you will be placed on call-out to meet with someone from C.I.T.S. to discuss our services with you.

Thank you for your interest in our program.

Sincerely,

Thomas L. Lester, Unit Director
Correctional Institution Treatment Services
Correctional Treatment Programs

TLL:cd
cc. File

904

Discharge from
client list.

per Newton
12/19

905

Case 4:06-cv-08001-FJG    Document 47-17    Filed 10/16/07    Page 21 of 35

## Oregon State Penitentiary

# INTERVIEW REQUEST

STATE YOUR REQUEST IN DETAIL.

To _Dr. Newton - IMF_            Date _3/13/88_

I request

I'd appreciate an interview ...
convincient for you! My present ... tion
is DSU —

Thank you

_Puckey 50161_     _DSU_     _112_
NAME AND NUMBER     WORK ASSIGNMENT     CELL NO

OFFICER'S SIGNATURE

Action Taken

Date

STAFF MEMBER

CD-214 P (3/80)

906

12-7-87

Wesley Purkey osp# 50101

Met w/ Purkey today in S&I where he says he will be until March 88. Very angry, frustrated, confused and scared individual. Angry at me for not getting him into CITS counseling (MEO) last summer like I told him I would do. He has been locked up 13 years and scared of his eventual freedom in about 3 years from now.

I think Purkey did fall through the CITS cracks — He was going to start seeing Steve MOE, but Steve left.

I would like to see him in S & I monthly, (Jan. Feb. & Mar.) Then Refer him to permenant CITS MEO Therapist and eventually to Cornerstone.

Next appt: Monday, Jan. 4 1988

Rex Newton

917

State of Oregon
Oregon State Hospital
Dept. of Human Resources
Mental Health Division

Correctional Treatment Programs
Correctional Institution Treatment Services

Material Reviewed:
/ ⁻ Interview Notes
/ ⁻ Drug Use Inventory Form
/ ⁻ Self-History Form
/ ⁻ P. S Test, Invent.
/ ⁻ Psychological Testing
/ ⁻ Prior Treatment History

### Assessment Summary

Client Name _Wesley Purkey_     Age ___ 2/30/12

Institution _OSP_ Number _50101_ Birthdate _/ /___ Race _W_
      Month   Date   Year

1. Summarize findings in each category:
   A. Client's reasons for seeking assistance, client identified problems:

   _Wesley has been locked up 12 years without a break. He believes he will be released in the next 3-4 years and is asking for counseling help to adjust his thinking and attitude closer to free community._

   B. Client's appearance, attitude, behavior:

   _Open, Cooperative, somewhat tense_

2. A. Alcohol and Drug History – particularly as it relates to current use (Which, when, duration, combination, tolerance, withdrawl, attitudes towards resultant problems, including prescription drugs). Client behaviors regarding drug and alcohol use (over time, behaviors while using, rationalization, impact on life).

   _Began experimentation w/ drug @ age 14. Eventually escalated into serious drug problems, doing Heroin, downers etc. – found himself addicted to heroin at age 19. Alcohol was problem because "it allowed to blackout things"_

   Primary Drug _Heroin_       Secondary Drug _Valium_

   B. Current Drug/Alcohol Use (Current reported drug use, client perception of current problem). _none_

921

3. Prior Treatment History: (Alcohol, Drug, Medical, Mental Health Counseling)

None

4. Family Alcohol/Drug History (what members used, to what extent, times, effect on client) Both mother and father alcoholics

5. Family History and Current Situation (marital status, immediate and extended family relationships, supportive, in contact, positive memories, etc.)

Born to incompatible parents who divorced when Wesley was 10 or 11 yrs old. He was raised by an aunt. Had sporadic contact ~~with~~ with mother and almost no contact w/ father during adolescent years. Mother and father are now both dead. He continues to feel support from his aunt.

6. Legal (Present/Past/Pending Offenses; Sentence/Matrix; Alcohol/drug related)

Crime: Kidnap, Rob Battery Sentence: 15 - life Minimum: 15

Detainers: — Matrix: — Parole Board Review: 8/82 Release Date: 1991

Prior Criminal History: Wesley is transfer from Kansas state prison —

7. Education, Employment and Financial Situation (stable or unstable work history, alcohol related problems, adequate income, free time, job satisfaction, financial security, plans for future) General Education Background.

Completed 9th grade — Now going to college at OSP

___

8. Social (free time activit___, friends, interests, alcohol involved etc.)

_Write, Read history_

9. Medical/Physical (history of diabetes, heart disease, hypo____, liver disease, high blood pressure, sleep disturbance, drug ___ ___ energy level, etc.)

_Excellent Health_

10. Psychological observations: (behavior, affect, stream of thought, memory (short-term, long-term) orientation, judgement, defensiveness, stress management, how client copes emotionally)

_Oriented x 3, short and long term memory intact average intelligence, Adequate social skills, Has a stutter problem with his speech. locked up last 12 years, _____ a break in a Kansas prison. He was transferred out to Oregon to break up a racial clique he was involved with (Oregon Brotherhood). He has history of drug addiction and out of control behavior. states he would "get loaded so I wouldn't have to think about things" Has some awareness about the extent of his institutionalization and it scares him. He want to "change while I am in prison so I Can make it when I get out."_

11. Clinical Data Summary: mental status, test results, self-appraisal, symptom patterns, diagnostic impressions (If A/D: Alcohol abuse, poly drug abuse, alcohol dependence: early, middle, late stages. Document data which contributes to your impression), amenability, prognosis.

_44 yr old institutionalized character disorder totally spent his entire adult life behind bars. He has been trying to change his thinking by himself, but he _____ himself when he _____ _____ thought to _____. He seems to have a great deal of anxiety, ____ ____ ____ _____ which he has _____ _____ _____. He is picking for _____ _____ himself with his _____ _____._

913

12. Problem areas (prioritize):  1. _Institutional_
2. _Criminal Personality_ 3. _Character disorder_
4. _____  5. _____

13. Summary and recommended treatment plan (relate to problem areas):

Recommend:

    1. CITS MED Counseling

    2. CITS Criminal Thinking
    class at some future date.

_Rex K. Allustor PhD_   _12/3486_
    Consultant Signature    /Date

Decision: _____

Unit Director, C.I.T.S.

# OREGON MENTAL HEALTH CLINIC

## ADMISSION DATA

| 1. CASE NUMBER | 2. SEX | 3. ADMISSION DATE 4. | NAME | | |
|---|---|---|---|---|---|
| 53 | 5 3 1 9 | 1 ☑ Male  2 ☐ Female | mo. day year  0 3 0 7 88 | URK | Last First M.I. Maiden |

| DATE | 6. COUNTY CODE 7. | NUMBER OF PRIOR 8. ADMISSIONS | REFERRAL SOURCE 9. Coded | CENSUS TRACT | | TR. |
|---|---|---|---|---|---|---|
| day year  10 6 54 | | | | ZIP CODE  GEOGRAPHIC AREA | | (ONE ONLY) |

**11. AL STATUS**

Single  4 Separated  7 Deceased
Married  5 Widowed  8 Nonlegal
Divorced  6 Remarried

Client  3  Father ____  Mother ____

**11. SUICIDAL AND AGGRESSION**

| SUICIDAL | AGGRESSION |
|---|---|
| 1 ☐ None | 1 ☐ None |
| 2 ☐ Thoughts | 2 ☐ Thought |
| 3 ☐ Plan | 3 ☐ Plan |
| 4 ☐ Action | 4 ☐ Action |

**12. ETHNIC CATEGORY (ONE ONLY)**

1 ☑ White, not of Hispanic Origin
2 ☐ Black, not of Hispanic Origin
3 ☐ Hispanic
4 ☐ Am. Indian or Alaskan Native
5 ☐ Asian or Pacific Islander
6 ☐ Unknown

**13. SOURCE OF FAMILY INCOME (ONE ONLY) 14.**

1 ☐ Self (Family)
2 ☐ Welfare
3 ☐ Veterans
4 ☐ Soc. Sec.
5 ☐ Title XIX
6 ☐ Other

**15. FAMILY INCOME (ONE ONLY)**

Under $3,000  6 ☐ $7,000 - $7,999
$3,000 - $3,999  7 ☐ $8,000 - $8,999
$4,000 - $4,999  8 ☐ $9,000 - $9,999
$5,000 - $5,999  9 ☐ $10,000 - $14,999
$6,000 - $6,999  0 ☐ $15,000 and over

**16. NUMBER OF PERSONS DEPENDENT ON INCOME**

**17. EDUCATION–CURR. (ONE ONLY)**

1 ☐ Does not read or write  6 ☐ Comp. High School
2 ☐ Self Ed.  7 ☒ College
3 ☐ Elem. School  8 ☐ Bachelor Degree
4 ☐ Comb. Elem School  9 ☐ Advanced Degree
5 ☐ High School  0 ☐ Business Train.

**18. TYPE AND DEGREE OF PROBLEM (ONE ENTRY PER PROBLEM)**

___ Job ___ Antisocial ___ Affect
___ School ___ Friend or Peer ___ Marital
___ Homemaking ___ Thought Process ___ Drug
___ Family ___ Physical Symptoms ___ Alcohol
___ Alcohol This
___ Incident

**18. PRESENTING PROBLEM (ONE ONLY)**

1 ☐ Child Guidance
2 ☐ Adult Problem
3 ☐ Marriage/Family
4 ☐ Hosp. Followup
5 ☐ Alcohol
6 ☐ Drug
7 ☐ MR
8 ☐ Inpatient

**20. SERVICES PROVIDED (All that apply)**

1 ☐ Child Guidance
2 ☐ Adult Problem
3 ☐ Marriage/Family
4 ☐ Hosp. Followup
5 ☐ Alcohol
6 ☐ Drug
7 ☐ MR
8 ☐ Inpatient

## TERMINATION DATA

| NET 21. | FINAL INTERVIEW 22. | DISPOSITION 23. | DIAGNOSIS Primary | Secondary 24. |
|---|---|---|---|---|
| DATE | | Coded | WRITTEN | |
| month day year  2 8 8 | month day year  2 8 88 | | Coded | Coded |

**25. TYPE AND DEGREE OF PROBLEM**

___ Job ___ Antisocial ___ Affect
___ School ___ Friend or Peer ___ Marital
___ Homemaking ___ Thought Process ___ Drug
___ Family ___ Physical Symptoms ___ Alcohol
___ Alcohol This Incident

**26. HOSPITALIZATION (Not Only)**

1 ☐ None  5 ☐ Private Psychiatric Hospitalization
2 ☐ Psychiatric  6 ☐ State Hospitalization
3 ☐ Partial Hospitalization  7 ☐ 
4 ☐ Total Hospitalization  8 ☐ 

**27. SUICIDAL AND AGGRESSION**

| SUICIDAL | AGGRESSION |
|---|---|
| 1 ☐ None | 1 ☐ None |
| 2 ☐ Thoughts | 2 ☐ Thoughts |
| 3 ☐ Plan | 3 ☐ Plan |
| 4 ☐ Action | 4 ☐ Action |

State of Oregon
OREGON STATE HOSPITAL
Dept. of Human Resources
Mental Health Division

Correctional Treatment Programs
Correctional Institution Treatment Services

ADMISSION/TERMINATION FORM

ADMISSION

READMISSION

CHANGE

ADMISSION DATA

NAME Purkey, Wesley                      NUMBER 3701   FACILITY OSP

DATE OF ADMISSION  03/07/88              THERAPIST(s) Rex Newton
                   Month  Day  Year

Program:    MENTAL/EMOTIONAL DISTURBANCE    Type:    Group
            ALCOHOL/DRUG                             Individual
            Other (explain)                          Other (explain)

Comments:

_____

_____

_____

_____

_____

Unit Director,
Correctional Institution Treatment Service

TERMINATION DATA

DATE OF TERMINATION  12 / 88        FINAL INTERVIEW  12 / 19 / 88
                     Month  Year                     Month  Day  Year

Comments:

Unit Director,
Correctional Institution Treatment Service

State of Oregon
Oregon State Hospital
Dept. of Human Resources
Mental Health Division

## CORRECTIONAL TREATMENT PROGRAMS
## CORRECTIONAL INSTITUTION TREATMENT SERVICES

Treatment Plan

NAME _Wes Purkey_        Institution _____

Therapist _Newton_

Problem Area: _Criminal Personality_

Goal # _1_ : _Identify Personal Thinking_

Treatment Objective # _1_ : _Change Personal Thinking_

_Errors_

| Methods and Activities | Date for Completion | Date Completed |
|---|---|---|
| a. _Group_ | 2/22 | |
| b. _One to One_ | 2/22 | |
| c. | | |

Problem Area: _Institutionalization_

Goal # _2_ : _Identify areas of being institutionalized_

Treatment Objective # _2_ : _Confront institutionalized behavior_
_and Thinking_

| Methods and Activities | Date for Completion | Date Completed |
|---|---|---|
| a. _Group_ | 2/22 | |
| b. _One to One_ | 2/22 | |
| c. | | |

Problem Area: _Community Support System_

Goal # _3_ : _Develop Better Support System_

Treatment Objective # _3_ : _Identify Support People (5) in the_
_Community_

| Methods and Activities | Date for Completion | Date Completed |
|---|---|---|
| a. _Group_ | 2/22 | |
| b. _One to One_ | 2/22 | |
| c. | | |

Consent to Treatment. I understand the assessment and treatment plan presented to me and I consent to participate in the treatment services provided by the C.I.T.S. program.

_____ Date _____    _Keith Newton Php_ _3/27/22_
                        Therapist Signature    Date

12/88

Punkey was in attendance
at approximately ?...
groups before he
discontinue.
He went to Forest Camp and
Hopes to eventually go to
cornerstone.
He does not wish to participate
in anything CITS Has to offer
at this time.

He is discharged from CITS at this
date, 12/19/88.

Joe Newton

925

DATE *December ...*

Dear *Wesley Purky 50101*

I would like to increase the usefulness and effectiveness of the services our program provides. To help me achieve this goal, I would like to ask your help in evaluating your therapy contacts. One of our consultants *...* recently provided you with mental health services. Your frank and most opinion (whether favorable or unfavorable) will be greatly appreciated. ... in the enclosed envelope. Thank you.

Sincerely,

Thomas L. Lester, ...
Correctional Institution ... Services
Correctional Treatment Programs

1. Did your therapist help you to understand what to expect from treatment? (YES) NO

2. How would you describe your relationship with your therapist? EXCELLENT (GOOD) FAIR POOR
*It's inevitable that this type of relationship is served by a mixture of sentiments — on the majority.*

3. As a result of your contacts how do you now: (use one of the following for each)

   MUCH BETTER    BETTER    SAME    WORSE

   a. Understand yourself - recognize strengths and weaknesses *Much better*
   b. Handle situations in the institution *Better*
   c. Cope with being separated from family, friends and loved ones *Same*
   d. Get along in daily life in institution - increase in feelings of good will *Better*

4. As a result of your contacts are your tensions and anxieties:
   (GREATLY REDUCED)    REDUCED    SAME    WORSE    MUCH WORSE

5. Have you changed certain aspects of your behavior as a result of your contacts? If so, what aspects? *Insecurities, Responsibilities & Identifications*

6. Which statement best reflects your opinion of your sessions?
   (a.) I FEEL THAT THERAPY HELPED ME A GREAT DEAL. *To stop gear-playing*
   b. I FEEL THAT THERAPY HELPED ME TO A MODERATE EXTENT.
   c. I FEEL THAT THERAPY HELPED ME SLIGHTLY.
   d. I FEEL THAT THERAPY DID NOT HELP ME AT ALL.

7. In the future when you return to the community would seek out therapy for yourself if ... areas in your life? ✓ YES ... NO ... If the answer is no, would ... why:

926

Case 4:06-cv-08001-FJG    Document 47-17    Filed 10/16/07    Page 32 of 35

8. Would you be willing to receive a confidential follow-up questionnaire from our program when you are on the streets? The purpose of this questionnaire is to get your thoughts on how you see yourself adjusting to life outside prison.
___✓ YES ___ NO   If yes, please write down an address in the community to which we can send the questionnaire: _I have no permanent_
_Address - no definite Residence -_

9. Please use the following space for any comments you would like . . .

_Therapy Received through the CTTS program_
_significantly open my eyes in facing, maturing, and letting_
_go of behavior which has been the main factor in_
_my life. Yeses are I use to identify with the "convict"_
_Mentality, to Respect the "Con's guide & first" attitude_
_but this mentality has kept me deceived. In my Perspective_
_of the convict mentality is one of contempt. Being the_
_hypocrites, nature, principle, and standards of the convict_
_character - the insecurities, the boastful ego to hide their_
_fears, - the lunatic logic used to vindicate their irresponsi-_
_bilities, and to persuade others of their "hard_
_coreness." Perhaps maturity is a factor with this change_
_of life & perception - I do know that I am no longer driven_
_by hate & bitterness - my growth has been substantial_
_and I'm proud of that._

_Rex Winslow has diligently Referred me to the_
_Community Chaplain, whose is my determination, live_
_in the future of days. I need help, I want help_
_and I'm asking for help, What must I do to obtain_
_come to the program?_

927

Case 4:06-cv-08001-FJG    Document 47-17    Filed 10/16/07    Page 33 of 35

OREGON STATE HOSPITAL
Dept. of Human Resources
Mental Health Division

98 1508

NAME _Wesley Purkey_   50101        INSTITUTION _____

| DATE | CONTACT TYPE GROUP | INDIVID. | OTHER | COMMENTS | CONSULTANT |
|---|---|---|---|---|---|
| 3-2-88 | | ✓ | | | _Ken Newton Ph D_ |
| 3-14-88 | ✓ | | | | |
| 3-21-88 | ✓ | | | | |
| 3-28-88 | | ✓ | | _referred to Corrections_ | |
| 4-4-88 | | | | No show | |
| 4-11-88 | | | | No show | |
| 4-18-88 | | | | No show | |
| 5-2-88 | | | | Drop from call-out | |
| | | | | | |
| | | | | | |
| | | | | | |
| ALL: | | | | | |
| 12-7-87 | | ✓ | | in DSU | Ken Newton Ph.D |
| 1-11-88 | | ✓ | | | |
| 3-1-88 | — | — | — | went to SAF (BRO) will call when here | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

928



*Department of Human Resources*
# MENTAL HEALTH DIVISION
Oregon State Hospital    Correctional Treatment Programs

2600 CENTER STREET NE. SALEM, OREGON 97310   PHONE 378-2348

April 27, 1989

John Caywood
Oregon State Penitentiary
2605 State Street
Salem, OR   97310

Dear Mr. Caywood:

The purpose of this letter is to certify the participation of
Wesley Purkey, #80101, in services offered through the Correctional
Institution Treatment Services Program within OSP.

You referred Mr. Purkey to C.I.T.S on 10/23/86.  On 11/26/86, Mr.
Purkey met with Rex Newton, Ph.D., C.I.T.S. Consultant and on 12/30/86,
Dr. Newton completed an assessment on Mr. Purkey and recommended MSD
treatment within OSP and participation in the Criminal Thinking Class.
On 12/17/87, Dr. Newton saw Mr. Purkey within DSU.  He met with him
again in DSU on 1/11/88.

Mr. Purkey saw Dr. Newton again in general population on 3/7/88 and was
accepted into his MSD group at that time.  Mr. Purkey attended three
group meetings through 3/21/88, and met individually with Dr. Newton on
3/28/88, at which time Dr. Newton recommended referral to Cornerstone.
Mr. Purkey did not show for group callouts on 4/4/88, 4/11/88, and
4/18/88, and was dropped from the group callout list on 5/2/88.  I hope
this information will be of use to you.

Sincerely,

Thomas L. Lester, Unit Director
Correctional Institution Treatment Services
Oregon Mental Treatment Programs

TLL:kd

cc:  individual file

929