## Declaration of Dr. Rex Newton

I received my Ph.D. in Counseling Psychology from the University of Oregon in 1971. I was hired as a Prison Psychologist by the Oregon Department of Corrections in January of 1973. I helped create and became the director of the Cornerstone Alcohol and Drug Residential Treatment Program in 1976. Cornerstone was a residential treatment program where both male and female inmates with histories of addictions came to spend the last year of their incarceration preparing to re-enter free society. I remained as the director of Cornerstone for five years, during which time the program was designated a "National Model Program" by the National Institute of Drug Abuse (NIDA). In 1983 I became a Mental Health Consultant to the Oregon Department of Corrections, a position I held until my retirement in June of 2007, after more than thirty-three years in the Oregon Prison System.

I recall meeting Wesley Purkey in my capacity of Mental Health Consultant at the Oregon State Penitentiary in 1987. Mr. Purkey was remarkable to me because he had embraced a racist organization in prison, complete with tattoos indicating his allegiance to the group, and then found himself at odds with their purpose and philosophy. He had a belief that the direction in which his life was going was not a direction he truly believed in or wanted to continue. He knew he wanted a different life, but did not know how to make a life-change to something better. He was adamant about getting into therapy, continuing to make requests to the Counseling Unit until he could not be ignored.

Mr. Purkey presented as a young man in his early thirties who had been sexually abused for years as a child, then incarcerated for the first time as an adolescent, followed by many years of adult prison time. He had spent more time locked up than in free society, and he stated he felt "institutionalized" and "fearful" of returning to the community because he "didn't know how to act". His demeanor was a combination of free-floating anger occasionally turning into rage and, at times, was pleasant, thoughtful and sensitive. His stated goal for being in therapy was to "get his head on right and get rid of the prison mentality".

Mr. Purkey displayed behaviors and characteristics common among many men in prison who started life being sexually abused by family members during many years of their childhood. The sexual abuse made Mr. Purkey feel dirty and unworthy inside, feelings that were validated for him in the form of rejection from his own parents (the abusers) and main stream society. Those feelings turned to anger and rage in his adolescence when he became intellectually mature enough to understand how he was victimized. He soon discovered he could numb the rageful turmoil he was feeling with alcohol and drugs, which would eventually lead him into the criminal justice system. Some social scientists call this the "throw away kid" syndrome where children are born to parents who do not want them, who use them for their own pleasures and then discard them into the nation's system of social services.

Clearly, Mr. Purkey wanted something different for his life when I met him in 1987. However, without the benefit of any mentor or family role model, he had no idea how to

make the life-changes he wanted to make. He seemed deeply ashamed of his tattoos, always wearing long sleeved shirts to keep them covered. He did, on one occasion, reluctantly remove his shirt for me to see the basis of his dilemma. The ink on his body signaled a lifestyle that was the exact opposite of the core values I believe Mr. Purkey held most dear, a life style in which he and people around him were happy, where he could trust others and live a productive life. He had transferred from the Kansas Prison System to Oregon in hopes of getting a fresh start where people did not know him or have pre-conceived, negative judgments about him. However, those around him quickly made their opinions based primarily on the message written on his skin, a message he did not believe and was trying desperately to distance himself from. As I came to know Mr. Purkey through the therapy sessions we had, I began to see a frightened little boy underneath the anger and bravado he used to keep people away from him, complete with a serious speech impediment (stuttering) created during the times of peak stress and anxiety of living in a family of predators.

Wesley Purkey has done horrific things. One could argue that horrific things were done to Wesley Purkey throughout his childhood that sent him on a life-path so filled with rage that it practically guaranteed his ending up in prison. There are no justifications for what he has done, and he must be held accountable for his actions to the fullest extent of the law. However, it seems prudent that the law should consider the dire circumstances from which the defendant came that shaped his ability to function in free society. Mr. Purkey wanted help to deal with the demons inside him. He actively sought help from this writer and others during his life to find a better way to live. However, in the final analysis, he received very little assistance to overcome the huge emotional barriers that were created for him in early childhood by his own family, and he fell through the proverbial cracks of all our social services.

Mr. Purkey's trial attorney never contacted me. If he had, I would have told him everything that I said here. I would have come to court and testified on behalf of Wesley Purkey, had he asked me to. I am currently available to testify to the court under oath if that would be productive in the court's considerations of this case.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this __15th__ day of October, 2007.

*Rex M. Newton*

Rex M Newton Ph.D.