Aug 7, 03

Dear Fred

The Case I mentioned was Reported in Criminal Law Reporter, Vol 73, No 15, July 16, 2003 —

Capital Habeas Must be Stayed While Petitioner is Incompetent

Calderon v. U.S. Dist., 163 F. 3d 530 (9th Cir. 1998)

It is the Case I request Money from you — as someone Mutilated that section of the Reporter —

Also the Requirement to exhaust what Facilities Deem (Non Grievable Matters) must be exhausted contrary to our ignorant CCA friends —

Beaudry v. CCA, 331 F.3d 1164 (10th Cir. 2003)

I would love to ask Lt. Allen on the witness stand why she Refused to allow me exhaust of CCA's supposedly Non Grievable issues — Not only isn't new well established, but its well established based on case Ruling against CCA —

Sincerely

— Over —

you better ask Dollie for Directions — they live out in the Missouar boondocks — Mail box a half mile from where they live — I heard from her last night —

Also — if you have Difficulty finding Flody Rose — he was sheriff at Smith Center

for years — in fact he tried to take me and his son down on a jewel Store Rolleny there — He's a good man — a stelborn SOB — In fact Onsie has a picture of Dion in her Cothny Sait —

Case 4:06-cv-08001-FJG     Document 47-19     Filed 10/16/07     Page 2 of 2