# Declaration of Floyd Bose

I have been in law enforcement for 24 years. I was the sheriff in Smith Center, Kansas, for 16 years. I was the Chief in Osborne, Kansas. My daughter, Dion, was in law enforcement as well. She started off as a dispatcher in Smith Center.

When I first met Wes, I was impressed with his honesty. I met Wes through my son, Duane. They were in prison in Hutchinson, Kansas together. Wes contacted me after Duane got shot. Wes learned, through other inmates, information about who killed my son. Before Wes contacted me, my family had no idea what happened to Duane. For a year, we were in the dark. Based upon the initial information that Wes gave me, I investigated for over four years. I put together a case that I believe would have convicted the killer, but the FBI never brought charges.

I will admit that I was leery when Wes first contacted me. In the past, I had been lied to by other persons, purporting to have information about the murder. After meeting Wes, I trusted him. As a law enforcement official, I have interviewed a lot of people, and I can pretty well size them up and check out what they're saying. I had a feeling that Wes was very sincere. I checked out a lot of his statements from our first meeting, and learned that they were all true. Wes never lied to me. This makes him stand out from the majority of other prisoners I have come into contact with. It's rare for them not to lie to you. A lot of them will. Wes would not. Wes is truthful, even when it does him no good.

Wes stood out from other prisoners for another reason. He was very sorry for his crime, for the whole deal. Other inmates that I have run across were not as remorseful as Wes was.

Wes had gone into prison young. Young men in prison must frequently join gangs for their protection. Wes had, and he was trying to get out, but once you're in, you can't get out. He was trying to change his life. But they were very hard to get away from. I believe that Wes tried to do the right thing, but he got caught up in pressure in the prison. When he got out of prison, Wes got caught up with drugs again. He was under a lot of pressure, and he tried to get help, but could not get any.

Wes gave me information that finally answered some questions regarding my son's murder. His coming forward was very important to me and my family. It gave us closure. Wes and I became very close for a while. I still think about him and how he is doing. He writes me occasionally, and I keep in contact with him through my daughter. What he did for my family was very important to us.

I never heard from any of Wes' defense attorneys until now. I would have told his trial attorney everything that I have said here.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge

Signed this _12_ day of October, 2007.

_Floyd Bose_
Floyd Bose

1