### Declaration of Dion Leiker

I have known Wes Purkey for 25 years. Wes was possibly the only true friend that Duane, (my brother) had at the time of his death. When Duane was murdered, Wes called my father, Floyd Bose, and told him that he had heard another inmate bragging about the murder. At that time my father was Sheriff of Smith Center, KS. He held that position for many years. And I was a Deputy Sheriff. My dad went down to Hutchinson, where Wes was incarcerated, and talked with him about what Wes had heard. Wes explained that Duane had gotten involved with drug traffickers. They killed his wife, who was six months pregnant at the time, and were planning on taking the insurance money. Duane wanted out of the drug trade, but they would not allow it, he was in too deep. Duane went to California, and these men told him that they would kill his family in the same way they had killed his wife. They killed him and left his body in a swamp in Florida. Were it not for Wes coming forward with what he had heard, my family would have no closure. We would never have known what happened to my brother. Wes was punished mightily in prison for coming forward with the truth. My father helped him get transferred to Lansing, thinking that it would be safer than Hutchinson. But in Lansing he was later stabbed seven times. I believe that he was stabbed because he helped my family.

Wes and I have written one another on and off ever since then. He is a very compassionate person, who cares a great deal for others. He cares more than anything for his daughter. He put me in contact with her because he felt that she really needed more people like me in her life. Her mother is a very negative force in her life. She resurfaces in Angie's life and tortures her emotionally.

I have never known Wes on the streets, and I have never known him on drugs. I believe that he is a very different person when he is on drugs. I do not agree with the crime that he committed, but I also believe that drugs played a major part in it. I know that he was desperately seeking help from his parole officer to clean up and quit using drugs. Wes knew that he was losing control, and his parole officer ignored his pleas for help. As a long time member of law enforcement, that really upsets me. I worked in law enforcement for most of my life. My father was the sheriff while I was growing up. I started riding with him in his patrol car when I was 18. About that time, I started as a dispatcher. I was also a matron, and a deputy. I worked in law enforcement for 12 years.

I think Wes' mental problems, as well as his drug problems, are related to his childhood. Wes is very emotional and unstable. He reminds me of an aunt who would become very manic at the drop of a hat, anything could set her off. We found out that my aunt had a brain aneurysm. I always wondered if Wes had some sort of brain injury like that. He gets so worked up sometimes, and I know that it is frustrating for him, because he doesn't know why. When I found out that he was in a terrible car accident in 1968, it made sense to me. I could always tell that something was wrong, his thinking patterns seemed disjointed, and his mannerisms were off sometimes. Sometimes it was as if he was unable to reason. He also has constant severe headaches, like my aunt used to have. They're not like migraines, they're always present.

His parents were really awful to him and I think that has a lot to do with his psychological problems as well. His father beat the daylights out of both Wes and his brother, and their mom. Wes' brother, Gary, got the tar beat out of him as well, until he was old enough to get out of that house, and away from their parents. One of the worst stories that Wes ever told me about his father, was that when he was very young he saw his father dragging his mother by her hair down the hallway completely naked. When Wes tried to stop his father, his father turned his rage on him.

Wes' mother molested him for years. She would force him to have sex with her. She forced him to touch her and do things to make her feel good. Wes was less than ten years old at the time. He avoids talking

1

Case 4:06-cv-08001-FJG     Document 47-21     Filed 10/16/07     Page 1 of 2

about the intimate details, because it's really hard for him. When he tries to talk about it, he becomes very emotional and starts stuttering really badly. He opened up to me about this to help me understand what my grandson was going through, after he was molested by his father. My grandson now lives with me and I have had difficulty addressing and understanding some of his behavioral problems. For example, my grandson was having trouble with hygiene. Wes told me that this was directly related to the sexual molestation, and encouraged me to do some research on the subject. I went to the mental health center, and learned that many of the behaviors my grandson was displaying were a direct consequence of the sexual exploitation he had endured. Wes has helped me to understand what was going on, and now I can better help my grandson.

This is not the only time that Wes has helped me through a difficult time. Last year my daughter took her own life. Wes was my only source of emotional support. I have always been the strong one for my family, and when my daughter died, I had no one to lean on. Through his letters, Wes offered me comfort, support, reassurance, and understanding. I felt horribly guilty, and deeply sad. He was a good listener, and he never shied away from talking to me about her death. He is a very compassionate person, and he really helped me get through that time in my life. Wes is very strong in his faith, he believes that God saved his life. We write to one another about our faith, about our grandkids, and about what is going on in our lives.

Wes probably saved my life in 1983. I was in an extremely violent marriage and was being abused on a weekly basis. I was far too ashamed to tell my family or anyone else, except Wes, in my letters. He was my only outlet. Then I got the letter from Wes that changed everything. I remember it like it was yesterday. He said that if I didn't tell my dad what was happening to me and get out of there, he was going to and he had the letter to my dad already written to mail the day after he mailed the one I was reading. He forced my hand and I called my dad that day. Within a few days of that letter, my kids and I were safely in a house 300 miles from my husband and I was granted an emergency divorce within 30 days. I honestly believe that my husband wasn't far from coming home drunk and killing me by the time I got out of there. If not for Wes, I probably wouldn't be here today raising my grandson.

I would have testified on Wes' behalf, but his attorney never called me. Wes and I were not in touch at that time, but I would have been easy to find. Wes told me that he asked Fred Duchardt, his attorney, multiple times to contact me or my father. My father, who was still sheriff at the time, had lived in the same home since I was eleven years old. He's had the same address and phone number for 40 years. We both would have been easy to find, and willing to testify. I even called Fred multiple times after the trial, because I was very concerned about Wes, who was not receiving medication at Terre Haute. Fred never asked me if I would have been willing to testify. I am very grateful for what Wes did for my family and I appreciate how he has been there for me. I believe that Wes is a good person, who is compassionate, loyal and caring. I would have happily come to court and told that to the jury.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge

Signed this _15_ day of October, 2007.

Dion Leiker

2

Case 4:06-cv-08001-FJG     Document 47-21     Filed 10/16/07     Page 2 of 2