FD-340 (Rev. 8-7-97)

Universal Case File Number _7R-KC-80744_ _-1A93_

Field Office Acquiring Evidence _Kansas City_

Serial # of Originating Document _____

Date Received _1/63/01_

From _____
_(Name of Contributor)_

_____
(Address of Contributor)

_____
(City and State)

By _John R. Brunell_
(Name of Special Agent)

To Be Returned ☐ Yes ☑ No
Receipt Given ☐ Yes ☑ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes ☑ No

Title: _WESLEY I. PURKEY,_
_ET AL_

Reference: _____
(Communication Enclosing Material)

Description: ☐ Original notes re interview of
_Michael Spielman_

Case 4:06-cv-08001-FJG    Document 47-24    Filed 10/16/07    Page 1 of 7

10:30 a 11/03/01

Michael Speakman   USMS/WDMC
3/29/69

A104   in cell   on Monday / 1 week   in Tuesday / moved
admitted to killing girl & old lady   saw newspapers KC Star [illegible] 7:00 am
3/4   was requesting drug treatment
[illegible] would refused to give [illegible]
girl from MO - pre-dominantly [illegible]
[illegible] not care, like [illegible]
where girl was [illegible]
[illegible] happened in Leavenworth

- bones will burn, just [illegible]
did not throw in river [illegible]

[illegible] trying to [illegible] his wife & told
her an affair

everything negative about women
some sort of [illegible] complex

[illegible] in hole next to [illegible]

Purkey grabbed paper shredded it flushed
it so no one else could see it

girl was with him partying
did not snatch

not forcible with girl

so strung out on drugs at that time

gonna try to convince S [Skull?]
that he was in Kansas out

why not charged in ~~Kansas~~ K.S.
killed girl in Leavenworth
girl came from MO

MS didn't think bones would [burn?]
until action group — been just the ~~with~~
didn't answer no if skull burned

did not throw in river

WP did not provide details about what happen
but appeared to try to provide an excuse
as to why he committed murders.

WP ~~tried~~ approached MS about article

Ms Bell?
after murder — had awakening himself
myself in won't see that in
paper

also Names ex-wife about troubles
w/ daughter —

Pinkey intelligent book smart
but is two different people

MS explained to WP about bi-polar
not getting enhancement if found to
be bi-polar

talk of a sermon to life he
would match it
as sermon they will kill me

M. meth cocaine & Ritalin snorting Ritalin

WP still high on Aryan Brotherhood shit

" didn't dispose of ashes 'in river" fabrication
by L.E.

Paper, WP.
did nt
snatch girl
ashes,
begged for treatment
all there is to go on is what he
told inmate @ Watch
" snatched inmate who has dragged
LE crying about him deserving to tell police
or telling him
wanted Talk about how hard

every day and talks about how he
did not get treatment

said "that old lady never had us burns
you made look"

M.S. sentenced Nov. 16, 01
4-00 - 3 years with
Winslow juvenile still case — 9 tw

N? Bad daughter phone call
... any. hope to live in same Town
... or to change name —

appropriated To several others (family)

... will nate tend win called "Psychopath"

Frank Dem ... did ...
M/ Buckner Tune y
+ mile ...
chop shop for ...
... fat guy

11:30  11/02/01
Mike Speckman

Case 4:06-cv-08001-FJG    Document 47-24    Filed 10/16/07    Page 7 of 7