**Declaration of Sam Hoffmeier**

My name is Sam Hoffmeier and I am a friend of Wes Purkey. I met Wes at the CCA Facility in Lansing, Kansas. For almost five years, I visited Lansing one day per week in order to lead a bible study group. Because the inmates in segregation could not attend the group in general population, we would visit them after. I spoke with Wes each week that I was there.

When visiting with Wes, I never saw him cause problems with other inmates. He stayed very much to himself. I never saw or heard him talking or bragging about his crime. There were other inmates at CCA who were very loud, Wes was not one of them. I never heard Wes speak or behave in a racist manner.

Wes had a tremendous concern for his daughter, Angie's, well-being. He was very focused on providing her and her family with resources and support. He talked a lot about them, he loved her and his grandchildren. Through several agencies I was able to help with Christmas and a few other concerns throughout the year. Wes and I have maintained a relationship over the years through letters. Wes's family is still his number one concern. Almost every letter that he sends me is about Angie and her children, or about getting them support that they need. Wes really loved his daughter. I have never seen this kind of focus or devotion by an inmate for a child. Wes was always looking for ways that he could help her and still is.

During the 4 1/2 years at the CCA Facility, the majority of men, in the Christian program, had broken moral boundaries, due to primarily addiction and some background difficulties. The men joked that it was hard to find an honest bank robber because of the severe drug addiction problem. I feel that my friend Wes, not only had a severe addiction problem, but also suffered from stress in his background. For these reasons I am asking that you will have compassion on his life.

Fred Duchardt, Wes' trial attorney, called me and asked me to be at the courthouse for a hearing about the prison. He asked me to sit in the back of the courtroom, I guess for support. He did not ask about our relationship or about our interactions. He never asked me about testifying. Had he, I would have gladly told him everything that I said here.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this _16_ day of October, 2007.

Sam Hoffmeier