# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY, )
)
          Movant, )
)
   v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
          Respondent. )
)

## MOTION FOR OPPORTUNITY TO FILE MEMORANDUM OF LAW
## IN SUPPORT OF SECTION 2255 MOTION

Movant, Wesley Ira Purkey, hereby requests the opportunity to file a memorandum of law in support of his simultaneously filed Motion under 28 U.S.C. § 2255, to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Respondent's counsel, Assistant United States Attorney Matt Whitworth, does not oppose this request.

In support of this request, Movant also asserts the following:

1. Purkey is a federal prisoner who was sentenced to death in this Court in January 2004. His conviction and sentence were affirmed by the Court of Appeals. *United States v. Purkey*, 428 F.3d 738 (8th Cir. 2005). Rehearing and rehearing *en banc* were denied on January 13, 2006. A timely petition for writ of certiorari was denied by the United States Supreme Court on October 16, 2006. *Purkey v. United States*, 127 S. Ct. 433 (2006) (No. 05-11528).

2. On October 16, 2007, Purkey, through undersigned counsel, filed his 2255 Motion. In his request for relief, he requested that he be afforded 60 days or until December 15, 2007, to file a Memorandum of Law in Support of the 2255 Motion.

1

3. Rules 4 and 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts requires the Government to file a responsive pleading if ordered to do so by the Court. Undersigned counsel believe, based upon the complexity and number of disputed issues of material fact, that the Court will and should require the Government to file a response. Working on the assumption that the Government will be required to file a response, undersigned counsel believe that it would make more sense to permit Purkey to file a Memorandum of Law setting forth the points and authorities that support his entitlement to relief on each claim. In counsels' experience, it is more efficient to permit a movant to file a legal memorandum to support his claims prior to having the Government file its responsive pleading, as such a memorandum tends to highlight the legal issues presented, and overall streamlines the litigation.

4. In view of the complexity and number of issues raised in the 2255 Motion, counsel request a period of 60 days (until December 15, 2007) to file this Memorandum.

5. This time period will also allow government counsel, who is currently in the midst of a capital trial before this Court, to ensure complete compliance with this Court's prior discovery order in this case prior to the filing of the Memo. Specifically, in the order, Doc. 29, this Court ordered the government to produce "the rough drafts of reports or rough notes made by FBI agents pertaining to the investigation and prosecution of Purkey." In a subsequent order, Doc. 45, this Court ordered that "if the documents are not produced in time for counsel to make meaningful use of them, counsel may file a Motion to Amend the § 2255 petition to include any necessary facts or issues obtained after the discovery is produced." To date the government has produced approximately 80 pages of documents, but there are no notes for many interviews, no rough drafts of reports, and these pages do not include even Agent Tarpley's notes of the interviews of Purkey,

2

which were the only notes disclosed to trial counsel.  Thus, the undersigned counsel does not believe that all the required documents have been disclosed to date.

6.      The undersigned counsel further suggest that the Court set the date for the Government to respond to the 2255 Motion and Supporting Memorandum for a reasonable date  after December 15, 2007.  Once the Government has filed its responsive pleadings, Purkey should be afforded the opportunity to file a reply, as envisioned by Rule 5d of the 2255 Rules.  Purkey also requests that he be afforded 60 days following the filing of the Government's responsive pleading to file his Reply.

        Based on the foregoing, Purkey requests that this Court allow him to file a Memorandum of Law in Support of the 2255 Motion on or before December 15, 2007, order the Government to respond to the Motion and Memorandum, and allow Purkey a period of 60 days following the response to file a reply.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com

Gary E. Brotherton, Esq.
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com

By:     /s/ Teresa L. Norris
        Court-Appointed Counsel for Purkey

Dated: Columbia, SC
       October 16, 2007

3

## Certificate of Service

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Teresa L. Norris
Teresa L. Norris

<u>Dated</u>: Columbia, SC
October 16, 2007

4