# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY, )
)
           Movant, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
           Respondent. )

## ORDER

Currently pending before the Court is movant's Motion for Opportunity to File Memorandum of Law in Support of Section 2255 Motion (Doc. # 48).

On October 16, 2007, movant filed his 2255 Motion. In his Motion, movant requested that he be afforded 60 days or until December 15, 2007 in which to file a Memorandum of Law in support of his 2255 motion. Movant states that sixty days is necessary due to the complexity of the issues presented.

After reviewing movant's Motion, the Court hereby **GRANTS** movant forty-five (45) days in which to file his Memorandum of Law in support of his 2255 motion. Movant shall file his Memorandum of Law on or before **Friday November 30, 2007**. The Government shall file Suggestions in Opposition on or before **Friday, January 4, 2008** and Movant shall file Reply Suggestions on or before **Monday February 4, 2008.**

Date:  11/2/07                    **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri             Fernando J. Gaitan, Jr.
                                   Chief United States District Judge