# Declaration of Cornelius Peoples

I was housed in CCA with Wesley Purkey. Wes and I were in segregation together for over a year. We even celled together. I never saw Wes behave violently. The guards put us together, because they thought that we would not get along, because I am African American, and Wes is white. They put us in a cell together, because I'm black and Wes is white. They thought that they could provoke us into fighting or worse. We never fought, we got along well. I was aware of Wes' tattoos, but I never saw Wes speak or behave in a racist manner. In fact, Wes helped me with a law suit I had against CCA, based on the fact that I had been left in segregation for 2 years.

The entire time that Wes and I were in segregation together, Wes did not discuss his case with anyone. The whole time that we were cellmates, he never talked about his case. He simply did not discuss his case. Most inmates, especially ones who are as familiar with the law as Wes is, do not talk about their cases in the prisons. That is because there are so many snitches, they come out of the woodwork. Through discovery in my civil case, I received a pamphlet to distribute about the rewards people could receive if they "happened to overhear" something of interest to the government. In my criminal case, people I had never even met were suddenly testifying that I had personally had conversations with them about my case. Usually, snitches will read something in the newspaper or hear something from around, and then will ring the guards and tell the government that you personally said something to them, and that's why they know so much about your case. The whole time that we were in segregation together, I never heard him talk about his case.

Michael Speakman was one of these snitches. He was a well known rat in CCA. He used to run around getting information on other people's cases, to try and get downward departures. I knew about him before I even met him. He has a very well known reputation throughout the prison system. He is a piece of crap. He is an errand boy who gives the administration and guards at CCA information in return for favors. He gets away with more stuff than anyone in that prison. For example, Wes and I were in segregation the whole time that we were there, they would not let us out into general population. They were always letting Speakman go in and out of segregation. Speakman was always getting in fights, and he even held someone hostage in a cell. But they kept letting him right back out into population, because he would always come up with some new information about other inmates. The prisons are snitch factories, it takes place all the time. It's rampant and terrible.

Wes' trial attorneys never came and talked to me. Had they, I would have told them everything that I have said in this declaration.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this *19th* day of November, 2007.

*Cornelius Peoples*
Cornelius Peoples