# Declaration of Melvin Lister

I have worked in corrections for 24 years. I was a military corrections officer with the Army for 16 years and then was a guard at Correctional Corporation of America, CCA, in Leavenworth, for 8 years. When I was at CCA, I worked in the segregation unit everyday. I saw a lot of inmates come through when I was there. I remember Wes Purkey and Cornelius Peoples because they were permanently in the segregation unit at CCA. Michael Speakman also did a lot of time in the segregation unit, but he was somebody who was in and out of segregation.

It was well known throughout the prison that Speakman was an informant. It was known throughout the prison that Speakman was going into segregation to get information on other inmates to give to the marshals or to the Feds. Speakman committed disciplinary infractions all the time in order to get into segregation. Even when he had already gotten into segregation, he would commit infractions in segregation in order to stay in segregation. At one point, when he was in general population, Speakman took his cellmate hostage. Another time, when he was in segregation, Speakman attacked another inmate, Keith Nelson. The word was out and every inmate knew that Speakman was a snitch.

The only interaction that I ever saw between Purkey and Speakman was them arguing. They would just have shouting matches from cell to cell. It went on like that for a while. There is not much that guards can do about that. Speakman called Purkey a freak one time because of the hammer rap, that he beat some lady to death with a hammer. Later, I heard rumors that Speakman had spoken to the FBI on Purkey's case. But I never saw them actually talking.

I ran segregation while Purkey was there, and I never heard Purkey talk about his crimes. When I was at CCA, a lot of the guys would sit up half the night and talk about why they were in prison and what they had done to get into segregation. I have heard a lot of inmates talk about their crimes. As a guard you hear them say, yeah, I did it, who gives a damn. I never heard Purkey say anything in reference to his crime.

I didn't have any real problems with Purkey. He was moody and complained a lot, but he never caused me any problems. He did everything I told him to. I recall that Purkey had racist tattoos, but I never actually saw Purkey behave in a racist manner or say anything racist. He never used racially derogatory terms even though many other inmates did.

I do not recall Purkey's trial attorney ever contacting me. Had he, I would have told him everything I said here.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge.

Signed this 27 day of November, 2007.

_Melvin Lister_
Melvin Lister