Declaration

My name is Margaret Ann Noe. My maiden name was Martenay. My friends and family call me Peggy. I am an adult resident of Davidson County, Tennessee.

I have known Wes Purkey since I was in the second grade. We attended St. Joseph Catholic School in Wichita, Kansas. I became close friends with Wes when I was 20 or 21 years old. Wes is approximately two years older then I am. I remember that Wes attended special classes after school for his stuttering.

Soon after we became close friends, Wes confided in me that he had been sexually abused by his mother for a long time. He told me that she had done things to him and had made him to do things to her. He couldn't go into a lot of details or he would start stuttering really bad, to the point that he couldn't even talk. Wes was ashamed of the abuse and hated that his home life was so horrible.

Wes reluctantly took me to meet his mom at an apartment where she lived. He told me that his mother was an alcoholic. He only wanted to stay for a minute because he didn't know what to expect. When we went in, his mother was in the bed in her nightgown, either drunk or hungover, although it was early afternoon. We left quickly, because Wes was ashamed of her condition.

For awhile Wes lived with his Aunt Carrie, who everyone called GaGa. GaGa was very protective of Wes and didn't want her Wes' mom around Wes.

When Wes' mother's mother died, Wes' mom went to live with her mother's husband. It was obvious that Wes' mom was living with her step-father as man and wife. Wes took me to their house one time and it was obvious to me. Wes was very ashamed about the situation. He knew it was wrong and felt horrible about it. His step-grandfather seemed to rub it in his face. Wes was very embarrassed.

Wes saved my life one time. I took drugs for a short time in my 20's. I had a bad reaction to some drugs that I took while in a house with several people. I passed out and was sick. Wes came to the house and tried to wake me up, but couldn't. No one in the house would help me, but Wes took me to my brother's house. My brother took care of me until I was better. I did not find out that Wes had helped me until much later.

Once when Wes was in his mid-twenties, we went with a group of friends to visit the grave of another friend. We stayed in a motel overnight. When Wes woke up in the morning he realized he had wet the bed. He was embarrassed and ashamed and quietly told me about what happened. I went out to the vehicle and got him a change of clothes and we turned the mattress over and no one else knew. Wes told me he had a problem with bed wetting ever since he could remember.

Although Wes and I were never romantically involved and he treated me almost like the younger sister he never had, he took a special interest in my daughter, Evette, who was born in 1973, and always encouraged her to do her best.

I would have been more then willing to have told anyone from Wes' trial defense team all of what I have said here. I could have been easily located because my daughter and I have stayed in contact with Wes off and on through the years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Margaret A. Noe

November 6, 2007.

Case 4:06-cv-08001-FJG    Document 52-3    Filed 11/30/07    Page 2 of 2