Declaration

My name is Evette Chantell Noe. I am an adult resident of Davidson County, Tennessee.

Wes Purkey has always been a positive influence in my life. I knew Wes because he and my mother went to Catholic School together and have remained friends through the years. Wes has been almost like a father to me since I was a child.

I started writing to Wes when I was around 11 years old. He always encouraged me in the positive things I was doing and discouraged me from making bad choices. He has always encouraged me to go back to school. I visited him in Jail when I was about 12 years old. I remember going to his Aunt Carrie's funeral.

Wes was especially important to me when I was having problems with a bad marriage. With Wes' encouragement, I ended the marriage and pulled myself out of depression and harmful behavior. Wes has always been a positive influence for me.

I would have been willing to tell Wes' attorneys what I have said here. I would have been easy to locate prior to trial. I had lost touch with Wes while he was out on parole, but I was corresponding with Wes after he was arrested on his current case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Evette C. Noe

Evette C. Noe

November _6_, 2007