# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

WESLEY IRA PURKEY, )
)
        Movant, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
        Respondent. )

## ORDER

Currently pending before the Court is movant's Motion to Compel the Bureau of Prisons to Provide Purkey With Necessary and Essential Psychiatric Treatment (Doc. # 44). Before ruling on the motion, the Court would like the Government to file a response to the Motion indicating whether a psychiatric evaluation has been conducted of movant and indicating what treatment movant is receiving at USP-Terre Haute if any. The Government shall file a response to the Motion on or before **Monday December 10, 2007**.

Date:  12/4/07               **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri         Fernando J. Gaitan, Jr.
                        Chief United States District Judge