IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

WESLEY IRA PURKEY,                )
                                  )
                Movant,           )
                                  )
        v.                        )        No.    06-08001-CV-W-FJG
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                Respondent.       )

**GOVERNMENT'S RESPONSE TO PURKEY'S MOTION TO
COMPEL THE BUREAU OF PRISONS TO PROVIDE PURKEY
WITH NECESSARY AND ESSENTIAL PSYCHIATRIC TREATMENT**

The United States of America, respondent, by John F. Wood, United States Attorney, and

Matt J. Whitworth, First Assistant United States Attorney, respectfully requests the Court to deny

Purkey's Motion to Compel the Bureau of Prisons to Provide Purkey with Necessary and Essential

Psychiatric Treatment. In support, counsel for the United States states as follows:

1.      Movant Wesley Purkey is an inmate currently sentenced to death and incarcerated on

federal death row, that is, the Special Confinement Unit, at the United States Penitentiary in Terre

Haute, Indiana. Mr. Purkey alleges that he is receiving inadequate medical attention and because

of a lack of adequate medication, he is unable to rationally communicate with post-conviction relief

counsel. Mr. Purkey alleges that he experiences significant anxiety with panic, depression, and

personality disorder-related mood swings. Mr. Purkey further alleges that he has frequent headaches,

recurrent panic attacks, and feelings of agitation.

2.      Dr. Stephen Peterson, a psychiatrist retained by Mr. Purkey, recommends that

Mr. Purkey restart medications to treat depression, anxiety, and mood swings. Dr. Peterson

recommends that an anti-depressant, an anti-anxiety agent, and a mood-stabilizer be administered

to Mr. Purkey in order to "manage his irritability, short fuse, anger/rage outbursts, clinical dysphoria, and mood swings."

3.  Counsel for the United States has consulted with general counsel for United States Penitentiary at Terre Haute, that is, Mary Ellen Doucette-Lunstrum, and Dr. Stephen Eckert, Ph.D., the Chief Psychologist at the Federal Correctional Complex at Terre Haute, Indiana. Dr. Eckert has been Chief Psychologist at Terre Haute since November of 2004. Prior to serving as the Chief Psychologist, Dr. Eckert was also employed as the Drug Abuse Treatment Coordinator at the United States Penitentiary in Terre Haute. He has been employed with the Bureau of Prisons since October 1995. The United States has attached the Declaration of Dr. Eckert and incorporates it herein by reference. Dr. Eckert has reviewed correspondence from Dr. Peterson and is very familiar with Mr. Purkey. Dr. Eckert's Declaration sets forth in detail his numerous contacts with Mr. Purkey and his substantial knowledge of Mr. Purkey's mental health history. Dr. Eckert has also consulted with other Bureau of Prisons psychiatrists and psychologists concerning Mr. Purkey's alleged psychiatric and psychological needs. Dr. Eckert has concluded that Mr. Purkey is receiving adequate medical and mental health treatment at the Terre Haute facility. He has further concluded that Mr. Purkey does not have a major mental disorder requiring medication.

4.  Dr. Eckert concludes as follows:

> In conclusion, Mr. Purkey can present as markedly irritable and hostile which periodically culminates in angry outbursts. In many records reviewed as well as his current mental status appear to clearly point to the fact that Mr. Purkey's irritability/hostility has its genesis in a maladaptive personality style (Antisocial Personality Disorder) rather than a mental illness. Consequently, there does NOT appear to be any mental health condition to treat pharmacologically. Mr. Purkey will continue to be monitored routinely by the FCC Psychology Department and will be afforded treatment commensurate with his presenting needs.

2

Consequently, the United States respectfully requests that the Court enter an order denying

Purkey's Motion to Compel the Bureau of Prisons to Provide Purkey with Necessary and Essential

Psychiatric Treatment.

Respectfully submitted,

John F. Wood
United States Attorney

By      */s/ Matt J. Whitworth*

Matt J. Whitworth
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

3

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on December 7, 2007, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing was mailed to:

Teresa L. Norris, Esq.
P. O. Box 11744
Columbia, South Carolina 29211

and

Gary E. Brotherton, Esq.
2101 Chapel Plaza Court, Suite 13
Columbia, Missouri 65203

Counsel for Mr. Purkey

/s/ Matt J. Whitworth
Matt J. Whitworth
First Assistant United States Attorney

MJW:tdv                                4