IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WESLEY IRA PURKEY, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Case No: 06-08001-CV-W-FJG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO PURKEY'S MOTION UNDER 28 U.S.C. § 2255, TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

The United States of America, by John F. Wood, United States Attorney, and Matt J. Whitworth, First Assistant United States Attorney, respectfully request the Court to grant the United States a 60-day extension of time within which to respond to Purkey's Motion under 28 U.S.C. § 2255, To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. In support, counsel for the United States states as follows:

1.  On November 30, 2007, Movant Wesley Purkey filed his Suggestions and Memorandum of Law in Support of His Motion Under 28 U.S.C. § 2255, To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

2.  This Court has ordered the government to file its response to Purkey's motion on or before Friday, January 4, 2008.

3.  Purkey initially filed his motion on October 16, 2007. Purkey's motion is 56 pages long and raises 22 substantive issues of law. On November 30, 2007, Purkey filed suggestions and a memorandum of law in support of his motion under 28 U.S.C. § 2255. Purkey's suggestions in support consist of an 84-page memorandum of law.

4.    Counsel for the United States has attempted to obtain an affidavit from trial counsel, Mr. Fred Duchardt, in order to respond to the allegations of ineffective assistance of counsel raised in Purkey's motion.  Mr. Duchardt has indicated he will not provide such an affidavit in the absence of a court order requiring him to respond to Purkey's allegations.  Mr. Duchardt has expressed concern that providing such an affidavit may constitute a breach of the attorney-client privilege.  The United States intends to file a motion with the Court in the near future requesting an order which would require Mr. Duchardt to respond to the allegations set forth in Purkey's motion.

5.    In order to respond to the multitude of issues raised in Purkey's motion the United States needs an additional 60 days within which to conduct research and prepare a response to the issues raised in Purkey's motion.  Should the Court grant the 60-day extension of time requested by the United States, the government's response to Purkey's motion would be due on Tuesday, March 4, 2008.

6.    The United States has contacted counsel for Purkey, that is, Mr. Gary E. Brotherton and Ms. Teresa Norris.  Counsel have indicated they have no objection to the government's request for a 60-day extension of time.

2

Wherefore, the United States respectfully requests the Court to grant it an additional 60 days, up to and including Tuesday, March 4, 2008, within which to respond to Purkey's Motion Under 28 U.S.C. § 2255, To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

JOHN F. WOOD
United States Attorney

By   */s/ Matt J. Whitworth*

MATT J. WHITWORTH
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing was delivered on December 19, 2007, to the CM-ECF system of the United States District Court for the Western District of Missouri and the undersigned hereby certifies that a copy of the foregoing was mailed to:

> Gary E. Brotherton, Esq.
> 601 W. Nifong Boulevard
> Building 1, Suite C
> Columbia, Missouri 65203
>
> Teresa L. Norris, Esq.
> P.O. Box 11744
> Columbia, South Carolina 29211

> */s/ Matt J. Whitworth*
> MATT J. WHITWORTH
> First Assistant United States Attorney

MJW/lmp

4