## IN THE
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY, )
)
      Movant, )
)
v. )     No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
      Respondent. )

## Motion to Withdraw
## Purkey's Recent *Pro Se* Motion to Remove Counsel

The undersigned Wesley Ira Purkey, an indigent death-sentenced inmate, hereby moves to withdraw his *pro se* motion to relieve court-appointed counsel and to allow Movant to proceed *pro se*. Said motion was submitted to the Court on or about December 17, 2007. Movant requests that no action be taken on that filing.

Respectfully submitted,

Wesley I. Purkey, No. 14679-045
USP-Terre Haute
P.O. Box 33
Terre Haute, IN 47808

By: _____

Wesley I. Purkey
Movant