# *FREDERICK A. DUCHARDT, JR./ATTORNEY AT LAW*
## *P.O. BOX 349/KEARNEY MISSOURI 64060*
## *TELEPHONE 816-213-0782 FAX 816-635-5155*

October 30, 2007

Matt Whitworth
Deputy United States Attorney
400 E. 9th St., 5th Floor
Kansas City MO 64106

Dear Matt

I write to reply to your request that I provide to you a response to the 2255 petition filed by Wes Purkey.

Because I am not a party to the 2255 proceedings, and because of the confines of the attorney-client relationship which I have with Wes Purkey, I cannot respond to your request without direction from Wes and/or from the Court. I have thus communicated with Wes and his attorneys regarding your request. If I receive permission from Wes, or if the Court orders me to do so, after hearing arguments by Wes' counsel, I shall provide whatever testimony or evidence which is deemed appropriate.

Meantime, I shall sit tight, and look forward to hearing from those of you involved in the case with further, more definitive, directions.

Yours truly

Frederick A. (Fred) Duchardt, Jr.

enclosures

1