IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No: 06-08001-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND
TO PURKEY'S MOTION UNDER 28 U.S.C. § 2255, TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

The United States of America, by John F. Wood, United States Attorney, and Matt J.

Whitworth, First Assistant United States Attorney, respectfully request the Court to grant the

United States a 45-day extension of time within which to respond to Purkey's Motion under 28

U.S.C. § 2255, To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. In

support, counsel for the United States states as follows:

1. On November 30, 2007, Movant Wesley Purkey filed his Suggestions and

    Memorandum of Law in Support of His Motion Under 28 U.S.C. § 2255, To Vacate,

    Set Aside, or Correct Sentence by a Person in Federal Custody. The United States

    subsequently filed a request for a sixty day extension of time which was granted by

    the Court.

2. The Court has ordered the government to file its response to Purkey's motion on or

    before Tuesday, March 4, 2008.

3. Purkey initially filed his motion on October 16, 2007. Purkey's motion is 56 pages

    long and raises 22 substantive issues of law. On November 30, 2007, Purkey filed

suggestions and a memorandum of law in support of his motion under 28 U.S.C. § 2255. Purkey's suggestions in support consist of an 84-page memorandum of law.

4.    Counsel for the United States attempted to obtain an affidavit from trial counsel, Mr. Fred Duchardt, in order to respond to the allegations of ineffective assistance of counsel raised in Purkey's motion. Mr. Duchardt indicated he would not provide such an affidavit in the absence of a court order requiring him to respond to Purkey's allegations. Consequently, the United States filed a motion requesting the Court to order Mr. Duchardt to file a responsive affidavit. The Court granted the motion of the United States on February 1, 2008. Counsel for the United States has contacted Mr. Duchardt who has indicated he will not be able to prepare a responsive affidavit until approximately mid-March, 2008. Mr. Duchardt has been extremely busy preparing an Eighth Circuit appellate brief in *United States v. Phillip Street*, a capital murder case. In addition, Mr. Duchardt has also been occupied preparing a reply pleading to the 40 page response of the United States to Lisa Montgomery's Motion for New Trial or Judgment of Acquital, another capital murder case.

5.    In order to respond to the multitude of issues raised in Purkey's motion the United States needs an additional 45 days within which to conduct research and prepare a response to the issues raised in Purkey's motion. Should the Court grant the 45-day extension of time requested by the United States, the government's response to Purkey's motion would be due on Friday, April 18, 2008.

6.      The United States has contacted counsel for Purkey, that is, Ms. Teresa Norris. Ms. Norris has indicated she has no objection to the government's request for a 45-day extension of time.

Wherefore, the United States respectfully requests the Court to grant it an additional 45 days, up to and including Friday, April 18, 2008, within which to respond to Purkey's Motion Under 28 U.S.C. § 2255, To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

JOHN F. WOOD
United States Attorney

By      */s/ Matt J. Whitworth*

MATT J. WHITWORTH
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri  64106
Telephone:  (816) 426-3122

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on February 29, 2008, to the CM-ECF system of the United States District Court for the Western District of Missouri and the undersigned hereby certifies that a copy of the foregoing was mailed to:

Gary E. Brotherton, Esq.
601 W. Nifong Boulevard
Building 1, Suite C
Columbia, Missouri 65203

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, South Carolina 29211

*/s/ Matt J. Whitworth*
MATT J. WHITWORTH
First Assistant United States Attorney

MJW/lmp

4