IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

WESLEY IRA PURKEY, )
)
Movant, )
)
v. ) Case No: 06-08001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
Respondent. )

GOVERNMENT'S THIRD MOTION FOR EXTENSION OF TIME TO RESPOND
TO PURKEY'S MOTION UNDER 28 U.S.C. § 2255, TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

The United States of America, by John F. Wood, United States Attorney, and Matt J.

Whitworth, First Assistant United States Attorney, respectfully request the Court to grant the

United States a 30-day extension of time within which to respond to Purkey's Motion under 28

U.S.C. § 2255, To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. In

support, counsel for the United States states as follows:

1. On November 30, 2007, Movant Wesley Purkey filed his Suggestions and

Memorandum of Law in Support of His Motion Under 28 U.S.C. § 2255, To Vacate,

Set Aside, or Correct Sentence by a Person in Federal Custody. The United States

subsequently filed two requests for extension of time which were granted by the

Court.

2. The Court has ordered the government to file its response to Purkey's motion on or

before Friday, April 18, 2008.

3. Purkey initially filed his motion on October 16, 2007. Purkey's motion is 56 pages

long and raises 22 substantive issues of law. On November 30, 2007, Purkey filed

suggestions and a memorandum of law in support of his motion under 28 U.S.C. § 2255. Purkey's suggestions in support consist of an 84-page memorandum of law.

4.  Counsel for the United States attempted to obtain an affidavit from trial counsel, Mr. Fred Duchardt, in order to respond to the allegations of ineffective assistance of counsel raised in Purkey's motion. Mr. Duchardt indicated he would not provide such an affidavit in the absence of a court order requiring him to respond to Purkey's allegations. Consequently, the United States filed a motion requesting the Court to order Mr. Duchardt to file a responsive affidavit. The Court granted the motion of the United States on February 1, 2008. Counsel for the United States has contacted Mr. Duchardt who has indicated he needs additional time to prepare and complete his response. Mr. Duchardt has been extremely busy preparing a Motion for New Trial Based Upon Newly Discovered Evidnce in *United States v. Phillip Street*, a capital murder case. In addition, Mr. Duchardt has also been occupied preparing appellate paperwork in *United States v. Lisa Montgomery*, another capital murder case.

5.  In order to respond to the multitude of issues raised in Purkey's motion the United States needs an additional 30 days to prepare a response to the issues raised in Purkey's motion. Should the Court grant the 30-day extension of time requested by the United States, the government's response to Purkey's motion would be due on Monday, May 19, 2008.

6.  The United States has contacted counsel for Purkey, that is, Mr. Gary Brotherton. Mr. Brotherton has indicated he has no objection to the government's request for a 30-day extension of time.

2

Wherefore, the United States respectfully requests the Court to grant it an additional 30 days, up to and including Monday, May 19, 2008, within which to respond to Purkey's Motion Under 28 U.S.C. § 2255, To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

JOHN F. WOOD
United States Attorney

By    */s/ Matt J. Whitworth*

MATT J. WHITWORTH
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri  64106
Telephone:  (816) 426-3122

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 11, 2008, to the CM-ECF system of the United States District Court for the Western District of Missouri and the undersigned hereby certifies that a copy of the foregoing was mailed to:

Gary E. Brotherton, Esq.
601 W. Nifong Boulevard
Building 1, Suite C
Columbia, Missouri 65203

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, South Carolina 29211

*/s/ Matt J. Whitworth*
MATT J. WHITWORTH
First Assistant United States Attorney

MJW/lmp

4