# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

WESLEY IRA PURKEY, )
)
          Movant, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
          Respondent. )

## ORDER

Currently pending before the Court is movant's Motion to Compel the Government to Fully Comply with the Court's September 6, 2007 Discovery Order (Doc. # 66).

Movant states that on November 12, 2007, his counsel received an envelope containing eighty-four pages of rough notes pertaining to this case. Movant states that this disclosure is not complete as there are no notes for many interviews and no rough drafts of reports. Movant argues that the eight-four pages of notes do not even include Agent Tarpley's notes of interviews with Mr. Purkey, which were the only notes disclosed to trial counsel. Movant therefore requests that the Court issue an Order compelling the United States to fully comply with this Court's September 6, 2007 discovery order and to disclose all rough notes and 302's pertaining to the investigation and prosecution of Purkey.

In response, counsel for the Government states that on March 21, 2008, he confirmed with Special Agent Dirk Tarpley of the Federal Bureau of Investigation that the FBI has produced copies of all notes of interviews in the possession of the FBI and

that there are no rough drafts of reports in existence.  Counsel for the government

states that assuming that rough drafts of reports were ever prepared, the drafts are not

required to be maintained in the FBI's files, and only the final report is maintained.

Additionally, with regard to allegation that Agent Tarpley's notes of interviews with Mr.

Purkey were not included in the documents produced, the Government states that it is

not required to produce the same documents twice.

Movant did not reply to the Government's Suggestions in Opposition.  Movant

has given the Court no reason to question the Government's representation that it has

produced all interview notes and that no rough drafts of reports exist. Therefore, based

on the Government's representation and with no evidence shown to the contrary, the

Court hereby **DENIES** Movant's Motion to Compel (Doc. # 66).


Date:  5/12/08        **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri     Fernando J. Gaitan, Jr.
             Chief United States District Judge

2