# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**WESLEY IRA PURKEY**,            )
                                   )
                    Movant,        )
                                   )
          v.                       )     Case No. 06-08001-CV-W-FJG
                                   )
**UNITED STATES OF AMERICA**,      )
                                   )
                    Respondent.    )

## ORDER

The Court hereby grants the Motion to File the Government's Response in the

above captioned matter under seal (Doc. # 71).  The response is sealed by order of this

Court and shall not be opened except on further order of the Court.


Date:   5/19/08            **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri             Fernando J. Gaitan, Jr.
                                  Chief United States District Judge