# IN THE
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 06-8001-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## Unopposed Motion for Extension of Time to Reply to the Government's Suggestions in Opposition to Mr. Purkey's § 2255 Motion to Vacate

COMES NOW Wesley I. Purkey, movant, through Teresa L. Norris, Esquire, and Gary E. Brotherton, Esquire, appointed counsel, and requests an extension of time until August 15, 2008 to reply to the Government's suggestions in opposition to Mr. Purkey's § 2255 motion to vacate. The grounds for this motion are set forth in the following numbered paragraphs:

1. On November 2, 2007, this Court set a briefing schedule that contemplated Mr. Purkey having thirty (30) days to reply to the Government's response to Mr. Purkey's § 2255 motion to vacate (Doc. 49).

2. The Government's response was initially due on January 4, 2008. After numerous extensions (Docs. 62, 65, 69), mainly to accommodate Mr. Purkey's trial

1

counsel, the Government filed its response on May 20, 2008 (Doc. 73), making Mr. Purkey's reply June 19, 2008 according to Doc. 49. On May 20, 2008, however, this court ordered Mr. Purkey's reply to be filed by June 4, 2008.

3. Mr. Purkey and counsel have a tremendous amount of work to do to reply to the Government's suggestions in opposition, which rely heavily on the 117-page "STATEMENT OF FREDERICK A. DUCHARDT, JR." Mr. Duchardt's statement is extraordinarily unique in its length and depth, and it is impossible to reply to it by June 4, 2008.

4. Both undersigned counsel have other obligations through June and July that will make it impossible to consult with Mr. Purkey, investigate Mr. Duchardt's allegations, research the Government's response and prepare Mr. Purkey's reply before August 15, 2008.

a. Ms. Norris has the following obligations:

i. June 1, 2008, final capital post-conviction petition in South Carolina state court;

ii. June 14, 2008, pre-trial brief in state capital post-conviction case;

iii. June 7-14, 2008, pre-planned vacation;

2

iv.     June 26, 2008, oral argument in the South Carolina Supreme Court in a capital case;

v.      August 4-8, 2008, state capital post-conviction hearing in South Carolina.

b.      Mr. Brotherton has the following obligations:

i.      May 29, 2008, state post-conviction hearing in Lincoln County, Missouri;

ii.     June 6, 2008, appellate brief in the 8th Circuit;

iii.    June 16, 2008, objections to record on appeal due in the Missouri Court of Appeals, Southern District;

iv.     June 16, 2008, post-conviction appeal brief due in the Missouri Court of Appeals, Western District;

v.      June 18-22, 2008, preplanned family vacation;

vi.     July 20, 2008, brief in the Missouri Supreme Court in a state *habeas* proceeding;

vii.    July 21, 2008, amended motion due in state capital post-conviction case in Cass County, Missouri;

viii.   July 29, 2008, reply brief due in the Missouri Court of Appeals, Western District;

3

ix. July 30, 2008, state post-conviction motion due in Montgomery County, Missouri;

x. August 11, 2008, state post-conviction motion due in Greene County, Missouri.

5. Counsel have conferred with AUSA Matt Whitworth, and he has no objections to this extension.

For all the reasons set forth above, counsel respectfully requests that this Court extend the time for replying to the Government's suggestions in opposition to Mr. Purkey's § 2255 motion to vacate until August 15, 2008.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:    /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

4

<u>CERTIFICATE OF SERVICE</u>

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

<u>Dated</u>:        Columbia, MO
           May 23, 2008

Case 4:06-cv-08001-FJG    Document 74    Filed 05/23/08    Page 5 of 5