# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

WESLEY IRA PURKEY,      )
         Movant,       )
            )
v.                 )       No. 06-8001-CV-W-FJG
            )
UNITED STATES OF AMERICA,    )
         Respondent.      )
            )

## Motion to File Under Seal

Movant, Wesley Ira Purkey, by court-appointed counsel, hereby requests leave to file notice of his objection to the Court's consideration of Exhibit A to the Government's suggestions in opposition (Doc. 73). The grounds for this motion are set forth in the following numbered paragraphs:

1. On May 19, 2008, this Court granted the Government's request to file under seal its suggestions in opposition to Mr. Purkey's § 2255 motion to vacate and the accompanying Exhibit A, statement by Mr. Purkey's trial counsel.

2. On May 20, 2008, the Government filed said documents under seal.

3. On this date, Mr. Purkey proposes to file his notice of objections to Exhibit A under seal.

1

Wherefore, Mr. Purkey requests leave of this Court to file his objections to

Exhibit A to the Government's suggestions in opposition (Doc. 73) under Seal.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:     /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the
United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:        Columbia, MO
              May 27, 2008

2