# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**WESLEY IRA PURKEY**,     )
                      )
         Movant,     )
                      )
         v.        )    Case No. 06-08001-CV-W-FJG
                      )
**UNITED STATES OF AMERICA**,     )
                      )
         Respondent.     )

## ORDER

Currently pending before the Court is petitioner's unopposed motion for extension of time to reply to the Government's Suggestions in Opposition to petitioner's § 2255 Motion to Vacate (Doc. # 74) and petitioner's unopposed motion to file his notice of objections to Exhibit A to the Government's Suggestions in Opposition Under Seal (Doc. # 75).

For good cause shown and with no opposition indicated, the Court hereby **GRANTS** petitioner's Motion for Extension of Time to Reply to the Government's Suggestions in Opposition. Petitioner shall file his Reply Suggestions on or before **August 15, 2008**. The Court also **GRANTS** petitioner's Motion to file his objections to Exhibit A to the Government's Suggestions in Opposition to his § 2255 motion under seal.

Date:  <u>5/29/08</u>
Kansas City, Missouri

**S/ FERNANDO J. GAITAN**, **JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge