# IN THE
# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 06-8001-CV-W-FJG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## <u>Unopposed Motion for Extension of Time to Reply to the Government's Suggestions in Opposition to Mr. Purkey's § 2255 Motion to Vacate</u>

COMES NOW Wesley I. Purkey, movant, through Teresa L. Norris, Esquire, and Gary E. Brotherton, Esquire, appointed counsel, and requests an extension of time until September 15, 2008 to reply to the Government's suggestions in opposition to Mr. Purkey's § 2255 motion to vacate. The grounds for this motion are set forth in the following numbered paragraphs:

1. On October 16, 2007, Mr. Purkey filed his § 2255 motion to vacate (Doc. 49).

1

2. The Government's response was initially due on January 4, 2008. After numerous extensions (Docs. 62, 65, 69), mainly to accommodate Mr. Purkey's trial counsel, the Government filed its response on May 20, 2008 (Doc. 73).

3. On May 29, 2008, this court granted Mr. Purkey until August 15, 2008, to file his reply.

4. Mr. Purkey's trial and appellate attorney, Frederick A. Duchardt, Jr., filed a 117-page statement in support of the Government's suggestions in opposition (Doc. 73, Ex. A). To put that in context, Mr. Purkey's petition consisted of only 56-pages. In order to reply to Mr. Duchardt's statement, counsel have had to conduct new witness interviews, consult outside experts and conduct copious research.

5. Undersigned counsel have accomplished much, but with their other responsibilities throughout June and July, it was simply not possible to complete Mr. Purkey's reply by August 15, 2008.

6. Undersigned counsel reasonably expect to complete and file Mr. Purkey's reply by September 15, 2008.

7. Counsel have conferred with AUSA Matt Whitworth, and he has no objections to this extension.

2

For all the reasons set forth above, counsel respectfully requests that this Court extend the time for replying to the Government's suggestions in opposition to Mr. Purkey's § 2255 motion to vacate until September 15, 2008.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:    /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:       Columbia, MO
             August 6, 2008

3