# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

WESLEY IRA PURKEY,   )
     Movant,   )
          )
v.        )  No. 06-8001-CV-W-FJG
          )
UNITED STATES OF AMERICA, )
     Respondent. )
          )

## Motion to File Under Seal

Movant, Wesley Ira Purkey, by court-appointed counsel, hereby requests leave to file two documents under seal: (1) Movant's Reply Suggestions in Support of his 2255 Motion and (2) Movant's Motion to Strike "Statement of Frederick A. Duchardt, Jr." The grounds for this motion are set forth in the following numbered paragraphs:

1. On May 19, 2008, this Court granted the Government's request to file under seal its suggestions in opposition to Mr. Purkey's § 2255 motion to vacate and the accompanying Exhibit A, "Statement of Frederick A. Duchardt, Jr.," Mr. Purkey's trial and appeal counsel.

2. On May 20, 2008, the Government filed said documents under seal.

1

3.      Mr. Purkey's reply suggestions in support of his 2255 motion are due on September 15, 2008.   That reply will necessarily address the content of documents already filed under seal.

4.      Along with his reply suggestions, Mr. Purkey will file his motion to strike "Statement of Frederick A. Duchardt, Jr."  That motion will likewise have to address the content of documents already filed under seal.

Wherefore, Mr. Purkey requests leave of this Court to file his reply suggestions and his motion to strike under Seal.

Respectfully submitted,

Teresa L. Norris, Esq.  
P.O. Box 11744  
Columbia, SC 29211  
(803) 765-1044  (Phone)  
(803) 765-1143  (Fax)  
teresa@blumelaw.com  
Co-counsel to Movant

Gary E. Brotherton, Esq.  
601 W. Nifong Blvd., Ste. 1C  
Columbia, Missouri  65203  
(573) 875-1571  Phone  
(573) 875-1572  Fax  
GEBrotherton@LegalWritesLLC.com  
Co-counsel to Movant

By:    /s/  Gary E. Brotherton  
GARY E. BROTHERTON  
Co-counsel to Movant

2

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:     Columbia, MO
           September 10, 2008

3