**From:** "Whitworth, Matt (USAMOW)" <Matt.Whitworth@usdoj.gov>
**To:** "Gary Brotherton" <gebrotherton@legalwritesllc.com>
**Sent:** 9/15/2008   4:54PM
**Subject:** RE: Purkey v. USA - motion to strike

I have them. Thanks. I am in DC and will not be able to review these until later this week. Matt

Sent from my GoodLink synchronized handheld (www.good.com)

-----Original Message-----
From:   Gary Brotherton [mailto:gebrotherton@legalwritesllc.com]
Sent:   Monday, September 15, 2008 05:31 PM Eastern Standard Time
To:     Whitworth, Matt (USAMOW)
Cc:     Teresa Norris
Subject:        Purkey v. USA - motion to strike

Matt,

Attached is our separate "Motion to Strike 'Statement of Frederick A. Duchardt, Jr.'" plus Exhibits 1-10 to that motion.

Again, we have no objection to you providing a copy of these to Fred.

Please confirm that you received both the Reply + exhibits 1-15 and this Motion to Strike + 10 exhibits.

Thanks,
Gary

Gary E. Brotherton
Attorney & Counselor at Law

Legal Writes, LLC -- http://www.legalwritesllc.com

Stonebridge Office Park
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, Missouri 65203
(573)875-1571 Phone
(888)875-1571 Toll free
(573)875-1572 Fax
Email GEBrotherton@legalwritesllc.com


Warning: Email is very convenient, but it is not secure. Do not include any confidential information in an email to Legal Writes, LLC. Communicating by email, also will not establish an attorney/client relationship. We must discuss confidential matters on the telephone or through regular U. S. Mail.