IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WESLEY IRA PURKEY, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Case No: 06-08001-CV-W-FJG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

REQUEST OF THE UNITED STATES FOR LEAVE TO FILE A LATE
RESPONSE TO PURKEY'S MOTION TO STRIKE STATEMENT
OF FREDERICK A. DUCHARDT JR.

The United States of America by John F. Wood, United States Attorney, and Matt J.

Whitworth, First Assistant United States Attorney, respectfully request leave of the Court to file

a late response to Purkey's Motion to Strike the Statement of Frederick A. Duchardt Jr.  In

support, counsel for the United States states as follows:

1.     On September 15, 2008 counsel for Purkey filed a Motion to Strike the Statement

of Frederick A. Duchardt, Jr. In his motion, Purkey requests the Court to strike the affidavit of

Frederick A. Duchardt, Jr. which was prepared and filed pursuant to court order by Mr. Duchardt.

The motion also requests the Court to prohibit Mr. Duchardt from further participation in this

litigation.  Finally, the motion requested that the Court enter an order appointing a special

prosecutor to replace the United States Attorney's office.

2.     Upon initial review, counsel for the United States believed the motion was

completely without merit and a written response was unnecessary.  While the United States

continues to believe the motion is devoid of merit, upon further reflection, the United States

believes a written response would assist the Court in arriving at a decision on Purkey's motion to strike.

3.    Because of administrative and other case related responsibilities, counsel for the United States simply has not had sufficient time to research and file a written response to Purkey's motion to strike.  However, counsel for the United States now has conducted research and believes a response would assist the Court in arriving at a decision.

4.    Counsel for the United States sent an email communication to Theresa L. Norris and Gary E. Brotherton to determine if counsel would have an objection to the filing of a late response by counsel for the United States.  Ms. Norris replied that she does object on behalf of Purkey to the filing of a late response by the United States.  Nevertheless, counsel for the United States believes a response by the United States would be helpful to the Court and respectfully requests leave of Court to file a late response to Purkey's motion to strike.

Respectfully submitted,

JOHN F. WOOD
United States Attorney

By    */s/ Matt J. Whitworth*

MATT J. WHITWORTH
First Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri  64106
Telephone:  (816) 426-3122

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on December 1, 2008, to the CM-ECF system of the United States District Court for the Western District of Missouri and the undersigned hereby certifies that a copy of the foregoing was mailed to:

> Gary E. Brotherton, Esq.
> 601 W. Nifong Boulevard
> Building 1, Suite C
> Columbia, Missouri 65203
>
> Teresa L. Norris, Esq.
> P.O. Box 11744
> Columbia, South Carolina 29211

>       */s/ Matt J. Whitworth*
> MATT J. WHITWORTH
> First Assistant United States Attorney

3