**IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

WESLEY IRA PURKEY,      )
           Movant,    )
                    )
v.                  )      No. 06-8001-CV-W-FJG
                    )
UNITED STATES OF AMERICA,  )
           Respondent.  )
                    )

**MOVANT'S SUGGESTIONS IN OPPOSITION TO RESPONDENT'S
REQUEST FOR LEAVE TO FILE A LATE RESPONSE TO
PURKEY'S MOTION TO STRIKE STATEMENT OF
FREDERICK A. DUCHARDT JR.**

Movant, Wesley Ira Purkey, by court-appointed counsel, hereby provides the following suggestions in opposition to Respondent's request for leave to file a late response to Mr. Purkey's motion to strike the "Statement of Frederick A. Duchardt, Jr.":

1.      On September 15, 2008, Mr. Purkey moved, under seal, to strike the "Statement of Frederick A. Duchardt, Jr." (Doc. 83), which was also filed under seal (Doc. 73, Exhibit 1).

2.      Respondent had until September 30, 2008, to file any objection to that motion.  Respondent filed nothing.

1

3.     Now, two months after its objections were due, Respondent asks for leave to file a late objection.  (Doc. 87).  Counsel for Respondent claims that "administrative and other case related responsibilities" prevented him from researching this matter at the appropriate time.  If that were the case, the appropriate course was to seek an extension of time from the court at the time.  Instead, Respondent seeks belated leave to file claiming hardship when Respondent has not claimed in other recent activity in the case any need for additional time or hardship.

4.     Specifically, on October 7, 2008, Mr. Purkey filed his motion and suggestions requesting that this case be set for an evidentiary hearing (Doc. 84).  Respondent had until October 22, 2008, to file any objections to Mr. Purkey's request for a hearing, but filed his objections six days *early* (Doc. 85).

5.     In opposing an evidentiary hearing, counsel for Respondent relied heavily upon the challenged Statement of Frederick A. Duchardt, Jr. (Doc. 85, p. 4).  Clearly, counsel had sufficient time to have also lodged any objection to the pending motion to strike the statement on which he relied.

6.     On October 27, 2008, Mr. Purkey filed his reply suggestions in support of an evidentiary hearing, relying in part on Respondent's tacit concession that the challenged statement exceeds the bounds of propriety. (Doc. 86, p. 3, n. 1).

2

7.      Counsel for Respondent has not provided any reason for this Court to expand the rules and permit a late response to be filed.  The litigation of this case has proceeded with reliance on the absence of any objection from Respondent to Mr. Purkey's motion to strike Mr. Duchardt's statement.

8.      Counsel for Respondent states that he made a tactical decision when Mr. Purkey filed his motion to strike:  "counsel for the United States believed the motion was completely without merit and a written response was unnecessary." (Doc. 87, p. 1, ¶ 2).  A change of heart is no basis for this Court to excuse Respondent of its burden to comply with the time limits set by this Court, or, alternatively, to seek an extension at the appropriate time.

WHEREFORE, for the foregoing reasons, Mr. Purkey respectfully requests that this Court deny Respondent's request for leave to file a late response to Mr. Purkey's motion to strike the "Statement of Frederick A. Duchardt, Jr."  Mr. Purkey further requests that his substantive motion be granted and that this Court: (1) strike the "Statement of Frederick A. Duchardt, Jr.," (2) prohibit Mr. Duchardt from further participation in this matter, and (3) appoint an untainted special prosecutor to replace the U.S. Attorney's Office.

Respectfully submitted,

Teresa L. Norris, Esq.  
P.O. Box 11744  
Columbia, SC 29211  
(803) 765-1044  (Phone)  
(803) 765-1143  (Fax)  
teresa@blumelaw.com  
Co-counsel to Movant

Gary E. Brotherton, Esq.  
601 W. Nifong Blvd., Ste. 1C  
Columbia, Missouri  65203  
(573) 875-1571  Phone  
(573) 875-1572  Fax  
GEBrotherton@LegalWritesLLC.com  
Co-counsel to Movant

By:    /s/  Gary E. Brotherton  
GARY E. BROTHERTON  
Co-counsel to Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing same via CM/ECF.

/s/ Gary E. Brotherton  
Gary E. Brotherton

Dated:       Columbia, MO  
             December 1, 2008

4