# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY,               )
                                 )
            Movant,              )
                                 )
v.                               ) No. 06-8001-CV-W-FJG
                                 )
UNITED STATES OF AMERICA,        )
                                 )
            Respondent.          )

## JUDGMENT IN A CIVIL CASE

____ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X  Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.


    **IT IS ORDERED AND ADJUDGED** that

        movant's Motion to Vacate, Set Aside or Correct His Sentence Pursuant to 28 U.S.C. § 2255 is DENIED; the Motion to Strike the Statement of Frederick A. Duchardt, Jr. is DENIED; the Motion to Set Matter for an Evidentiary Hearing is DENIED; and the Motion for Leave to File Late Response to Motion to Strike Statement of Frederick A. Duchardt Jr. is DENIED.



___09/29/09_____                 ___Ann Thompson_____
Date                                Clerk of Court



                                     **_/s/ Rhonda Enss____**
                                    (by) Deputy Clerk