IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

WESLEY IRA PURKEY, )
)
Movant, )
)
v. ) Case No: 06-08001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND
## TO PURKEY'S MOTION TO ALTER OR AMEND JUDGMENT

The United States of America, by Matt J. Whitworth, United States Attorney, respectfully

request the Court to grant the United States a two week extension of time within which to respond

to Purkey's Motion to Alter or Amend Judgment. In support, counsel for the United States provides

the following:

1. On October 13, 2009, Movant Wesley Purkey filed his Motion to Alter or Amend

Judgment.

2. The Court has ordered the government to file its response to Purkey's motion on or

before Wednesday, October 28, 2009.

3. The undersigned counsel has experienced numerous conflicts and needs additional

time to prepare and compete the Government's response.

4. The undersigned counsel is hereby requesting an extension of two weeks, up to and

including, Thursday, November 12, 2009, to prepare the Government's Response to

Purkey's Motion to Alter or Amend Judgment.

5. The United States has contacted counsel for Purkey, that is, Mr. Gary Brotherton. Mr. Brotherton indicated he has no objection to the government's request for a two week extension of time.

Wherefore, the United States respectfully requests the Court to grant it an additional two weeks up to and including Thursday, November 12, 2009, within which to respond to Purkey's Motion to Alter or Amend Judgment.

Respectfully submitted,

MATT J. WHITWORTH
United States Attorney

By */s/ Matt J. Whitworth*

MATT J. WHITWORTH
United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 28, 2009, to the CM-ECF system of the United States District Court for the Western District of Missouri and the undersigned hereby certifies that a copy of the foregoing was mailed to:

> Gary E. Brotherton, Esq.
> 601 W. Nifong Boulevard
> Building 1, Suite C
> Columbia, Missouri 65203
>
> Teresa L. Norris, Esq.
> P.O. Box 11744
> Columbia, South Carolina 29211

> _/s/ Matt J. Whitworth_
> MATT J. WHITWORTH
> United States Attorney

MJW/ac

3