IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

WESLEY IRA PURKEY,               )
                                 )
                  Movant,        )
                                 )
          v.                     )          Case No. 06-08001-CV-W-FJG
                                 )          Crim. No. 01-00308-01-CR-W-FJG
UNITED STATES OF AMERICA,        )
                                 )
                  Respondent.    )

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney,

David M. Ketchmark, Assistant United States Attorney, and enters his appearance as

attorney for the United States of America in the above-referenced cases.

                        Respectfully submitted,

                        Matt J. Whitworth
                        United States Attorney

        By      */s/ David M. Ketchmark*

                        David M. Ketchmark, #46929
                        Assistant United States Attorney

                        Charles Evans Whittaker Courthouse
                        400 East 9th Street, Room 5510
                        Kansas City, Missouri  64106
                        Telephone:  (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 13, 2009, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ David M. Ketchmark*

David M. Ketchmark
Assistant United States Attorney

2