# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

WESLEY IRA PURKEY,       )
          Movant,      )
                       )
     v.                  )      No. 06-8001-CV-W-FJG
                       )
UNITED STATES OF AMERICA,  )
          Respondent.   )

## <u>Unopposed Motion for Extension of Time to Reply to the "Response of United States to Purkey's Motion to Alter or Amend Judgment"</u>

COMES NOW Wesley I. Purkey, movant, through Teresa L. Norris, Esquire, and Gary E. Brotherton, Esquire, appointed counsel, and requests an extension of time until December 12, 2009, to reply to the Government's response in opposition to Mr. Purkey's motion to alter or amend judgment pursuant to FRCP 59. The grounds for this motion are set forth in the following numbered paragraphs:

1. On October 13, 2009, Mr. Purkey filed his motion to alter or amend this Court's September 29, 2009, judgment overruling Mr. Purkey's § 2255 motion to vacate (Docs. 89, 91).

2. The Government's response was initially due on October 28, 2009; however, this Court granted an extension until November 12, 2009 (Doc. 93). On November 12, 2009, the Government filed its response (Doc. 94), making Mr. Purkey's reply due by November 27, 2009.

1

3.  Counsel Brotherton is primarily responsible for this reply, but he has three other briefs or petitions already due on November 27, 2009, impossible.  With the intervening Thanksgiving Holiday, it is impossible for counsel to complete all of these pleadings by November 27, 2009.

4.  Furthermore, Mr. Purkey is an active participant in his case, but his immediate assistance is being severely hampered by ongoing problems with deplorable conditions at USP-Terre Haute.

5.  Counsel has conferred with the Government, and AUSA Matt Whitworth expressed that the Government has "no objection" to this request.

For all the reasons set forth above, counsel respectfully requests that this Court extend the time for replying to the Government's suggestions in opposition to Mr. Purkey's motion to alter or amend this Court's judgment until December 12, 2009.

Respectfully submitted,

Teresa L. Norris, Esq.                    Gary E. Brotherton, Esq.
P.O. Box 11744                            601 W. Nifong Blvd., Ste. 1C
Columbia, SC 29211                        Columbia, Missouri  65203
(803) 765-1044  (Phone)                   (573) 875-1571  Phone
(803) 765-1143  (Fax)                     (573) 875-1572  Fax
teresa@blumelaw.com                       GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant                      Co-counsel to Movant

                                          By:    /s/  Gary E. Brotherton
                                          GARY E. BROTHERTON
                                          Co-counsel to Movant

2

<u>CERTIFICATE OF SERVICE</u>

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

<u>Dated</u>:      Columbia, MO
November 19, 2009

3