**IN THE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

WESLEY IRA PURKEY,      )
         Movant,      )
                   )
    v.               )      No. 06-8001-CV-W-FJG
                   )
UNITED STATES OF AMERICA,   )
        Respondent.    )

## Unopposed Motion for Extension of Time to File Mr. Purkey's Notice of Appeal & Certificate of Appealability

COMES NOW Wesley I. Purkey, movant, through Teresa L. Norris, Esquire, and Gary E. Brotherton, Esquire, appointed counsel, and, pursuant to FRAP 4, requests an extension of time until March 24, 2010 to file Mr. Purkey's notice of appeal and certificate of appealability. The grounds for this motion are set forth in the following numbered paragraphs:

1.     1.     On December 22, 2009, this Court overruled Mr. Purkey's "Motion to Alter or Amend the Judgment (Doc. # 91)." (Doc. 102).

2.     Since the United States is a party, Mr. Purkey has sixty (60) days – i.e., until February 22, 2010 – to file his notice of appeal. FRAP 4(a)(1)(B).

1

3. FRAP 4(a)(5) allows this Court to grant an extension of up to thirty (30) days.

4. Counsel Norris and Counsel Brotherton have had deadlines and court appearances over the past two months that have made it impossible for them to complete Mr. Purkey's notice of appeal and certificate of appealability.

a. Ms. Norris has had the following obligations:

i. a non-capital PCR application in South Carolina;

ii. a petition for a writ of *certiorari* in the United States Supreme Court;

iii. a reply brief in the South Carolina Supreme Court;

iv. a pending capital trial, which was just resolved by a plea agreement and hearing on February 9, 2010; and

v. several cases with pending investigations.

b. Mr. Brotherton has had the following obligations:

i. two hearings in Marion County, Missouri;

ii. one brief in the 8th Circuit Court of Appeals;

iii. one brief in the Missouri Court of Appeals, Western District;

iv. a petition for a writ of *certiorari* in the United States Supreme Court (due 2/19); and

2

v. several cases with pending investigations.

5. Counsel have conferred with the United States, and AUSA Kathleen D. Mahoney has related that the United States has no objection to this extension.

For all the reasons set forth above, counsel respectfully requests that this Court extend the time to file Mr. Purkey's notice of appeal and certificate of appealability until March 24, 2010.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044  (Phone)
(803) 765-1143  (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri  65203
(573) 875-1571  Phone
(573) 875-1572  Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By:    /s/  Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

/s/ Gary E. Brotherton
Gary E. Brotherton

Dated:    Columbia, MO
          February 11, 2010

3