# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

WESLEY IRA PURKEY, )
                                )
         Petitioner, )
                                )
         v. )    Case No. 06-08001-CV-W-FJG
                                )
UNITED STATES OF AMERICA, )
                                )
         Respondent. )

## ORDER

Currently pending before the Court is petitioner's unopposed motion for extension of time to file petitioner's Notice of Appeal and Certificate of Appealability (Doc. # 105).

Pursuant to F.R.A.P 4(a)(1)(B), petitioner has until February 22, 2010 to file his Notice of Appeal. F.R.A.P. 4(a)(5), allows the Court to grant an extension of up to thirty days. Counsel for petitioner state that they have had deadlines and court appearances in other cases which have make it impossible for them to work on petitioner's notice of appeal. For good cause shown and with no opposition indicated, the Court hereby **GRANTS** petitioner's Motion for An Extension of Time to File Petitioner's Notice of Appeal and Certificate of Appealability. Petitioner shall file his Notice of Appeal and Certificate of Appealability on or before **March 24, 2010**.

Date: February 19, 2010                 **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                Fernando J. Gaitan, Jr.
                                     Chief United States District Judge