# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY,                )
          Movant,              )
                           )
    v.                                     )          No. 06-8001-CV-W-FJG
                           )
UNITED STATES OF AMERICA,    )
          Respondent.        )

## NOTICE OF APPEAL
## TO THE US COURT OF APPEALS FOR THE EIGHTH CIRCUIT

NOTICE is hereby given that I, Wesley I. Purkey, the movant herein, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered on September 29, 2009, denying Movant's motion to set aside his conviction and sentence of death, and of the order entered on December 22, 2009, denying Movant's motion seeking to alter or amend that judgment. A motion for a certificate of appealability has been filed contemporaneously with the district court.

Respectfully submitted,

Teresa L. Norris, Esq.                 Gary E. Brotherton, Esq.
P.O. Box 11744                     601 W. Nifong Blvd., Ste. 1C
Columbia, SC 29211              Columbia, Missouri  65203
(803) 765-1044  (Phone)         (573) 875-1571  Phone
(803) 765-1143  (Fax)           (573) 875-1572  Fax
teresa@blumelaw.com            GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant            Co-counsel to Movant

By:    /s/  Teresa L. Norris
TERESA L. NORRIS
Co-counsel to Movant

## CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by filing same via CM/ECF..

/s/ Teresa L. Norris
Teresa L. Norris


Dated: Columbia, SC
March 24, 2010