# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| **WESLEY IRA PURKEY**, | ) |
| | ) |
| Movant, | ) |
| | ) Civil No. 06-08001-CV-W-FJG |
| v. | ) Crim. No. 01-00308-01-CR-W-FJG |
| | ) |
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Respondent. | ) |

## REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOVANT'S APPLICATION FOR CERTIFICATE OF APPEALABILITY

On September 29, 2009, this Court denied the motion, filed the movant Wesley Ira Purkey, seeking to vacate his conviction and sentence of a death, pursuant to 28 U.S.C. § 2255. On December 22, 2009, this Court denied Purkey's motion for reconsideration of that denial. On March 24, 2010, Purkey filed a motion seeking a certificate of appealability on certain claims alleged in his motion, and a notice of appeal seeking a certificate of appealability with the Eighth Circuit.

The Government is currently required to respond on or about April 12, 2010. Because of the length of Purkey's motion and the complex nature of the claims raised, the Government respectfully requests an additional thirty days to prepare and file its response to the application for certificate of appealability. Counsel for the government has spoken with movant's post-conviction counsel, Gary E. Brotherton, who stated he has no objection.

Wherefore, for the foregoing reasons, the Government respectfully requests a thirty-day extension of time, to and including May 12, 2010.

Respectfully submitted,

Beth Phillips
United States Attorney

By      */s/ Kathleen D. Mahoney*

Kathleen D. Mahoney # 38828
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed and provided to all counsel of record this 30th day of March 2010.

Gary E. Brotherton
Legal Writes, LLC
601 W. Nifong Blvd.
Building 1, Suite C
Columbia, MO 65203
Email: gebrotherton@legalwritesllc.com

Teresa L. Norris
Blume, Weyble & Norris, LLC
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044
Fax: (803) 765-1143
Email: teresa@blumelaw.com


*/s/ Kathleen D. Mahoney*
Kathleen D. Mahoney
Assistant United States Attorney

3