# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

WESLEY IRA PURKEY,     )
         Movant,        )
                         )
    v.                      )          No. 06-8001-CV-W-FJG
                         )
UNITED STATES OF AMERICA,     )
         Respondent.      )

### Unopposed Motion for Extension of Time to Reply to the "Government's Response to Movant's Application for Certificate of Appealability"

COMES NOW Wesley I. Purkey, movant, through Teresa L. Norris, Esquire, and Gary E. Brotherton, Esquire, appointed counsel, and requests an extension of time until June 18, 2010, to reply to the Government's response in opposition to Mr. Purkey's application for a certificate of appealability. The grounds for this motion are set forth in the following numbered paragraphs:

1.     On March 24, 2010, Mr. Purkey filed his application for certificate of appealability (Doc. 107) from this Court's September 29, 2009, judgment overruling Mr. Purkey's § 2255 motion to vacate (Docs. 89, 91).

2.     The Government's response was initially due on April 12, 2010; however, this Court granted an extension until May 12, 2010 (Doc. 110). On May 11, 2010, the Government filed its response (Doc. 111), making Mr. Purkey's reply due by May 28, 2010.

1

3. Counsel Norris and Counsel Brotherton have divided their work on this reply, but both have been unusually occupied with deadlines and hearings in other cases since the filing of the Government's response.

a. Counsel Norris has been in Mississippi preparing for and litigating a capital post-conviction evidentiary hearing throughout much of the past month; and

b. Counsel Brotherton has been preparing pleadings in several state and federal appellate and post-conviction matters.

4. Counsel has conferred with the Government, and AUSA Kathleen Mahoney expressed that the Government has "no objection" to this request.

For all the reasons set forth above, counsel respectfully requests that this Court extend the time for replying to the Government's response in opposition to Mr. Purkey's application for a certificate of appealability until June 18, 2010.

Respectfully submitted,

Teresa L. Norris, Esq.
P.O. Box 11744
Columbia, SC 29211
(803) 765-1044 (Phone)
(803) 765-1143 (Fax)
teresa@blumelaw.com
Co-counsel to Movant

Gary E. Brotherton, Esq.
601 W. Nifong Blvd., Ste. 1C
Columbia, Missouri 65203
(573) 875-1571 Phone
(573) 875-1572 Fax
GEBrotherton@LegalWritesLLC.com
Co-counsel to Movant

By: /s/ Gary E. Brotherton
GARY E. BROTHERTON
Co-counsel to Movant

2

<u>CERTIFICATE OF SERVICE</u>

This will certify that, on today's date, this motion was served upon the United States by filing via CM/ECF.

<u>/s/ Gary E. Brotherton</u>
Gary E. Brotherton

<u>Dated</u>:      Columbia, MO
May 25, 2010

3