# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY,                          )
                                            )
                    Movant,                 )
                                            )
v.                                          ) No. 06-8001-CV-W-FJG
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
                    Respondent.             )


### JUDGMENT IN A CIVIL CASE

_____**Jury Verdict**.  This action came before the Court for a trial
by jury.  The issues have been tried and the jury has
rendered its
verdict.

 **X**  **Decision by Court.**  This action came before the Court.  The
issues have been determined and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED** that

Purkey's Motion for a Certificate of Appealability (Doc. # 107) is DENIED.


October 28, 2010                    Ann Thompson
Date                                Clerk of Court


                                    /s/ Rhonda Enss
                                    (by) Deputy Clerk