# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

Case Caption: Purkey v. United States of America     Case No.   06-cv-08001-FJG

---

Appellant: **Wesley Ira Purkey**                     Appellee:    USA

Appellant's Attorney(s):                             Appellee's Attorney(s):

**Gary E. Brotherton**                               Kathleen D Mahoney
**Legal Writes, LLC**                                United States Attorney's Office
**601 W. Nifong Blvd.**                              400 East 9th Street
**Building 1, Suite C**                              5th Floor
**Columbia, MO 65203**                               Kansas City, MO 64106
**(573) 875-1571**                                   (816) 426-3122
**Fax: (573) 875-1572**                              Fax: (816) 426-4328
**Email: gebrotherton@legalwritesllc.com**           Email: kate.mahoney@usdoj.gov

Court Reporter(s):                                   Please return files and documents to:
                                                     **United States District Court**
None                                                 **400 East 9th Street, Room 1510**
                                                     **Kansas City, MO   64106**

                                                     Contact Person for Appeal:
                                                     **Willie Crespo**  816-512-5068

---

| Length of Trial:  0 | Fee:   Waived | IFP: Yes | Pending IFP Motion:   No |
|---|---|---|---|
| Counsel: CJA | Pending Motions? No | Local Interest? **No** | Simultaneous Release? **No** |

---

**Special Comments:**