# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY, )
)
Petitioner, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## ORDER

Currently pending before the Court is Frederick A. Duchardt, Jr.'s Motion Requesting Clarification (Doc. # 122).

On October 16, 2007, petitioner Wesley Purkey filed a Motion pursuant to 28 U.S.C. §2255 to vacate, set aside or correct his sentence. In his motion, petitioner alleged that his former counsel, Frederick A. Duchardt, Jr. had provided him with ineffective assistance of counsel. The Government requested that Mr. Duchardt prepare an affidavit to respond to these allegations. Mr. Duchardt prepared a 117 page affidavit which the Government attached as an exhibit to its response to the §2255 motion. Before filing its response, the Government filed a motion, seeking leave to file its response and the attached affidavit under seal. On May 19, 2008, the Court granted the motion. The Order stated: "[t]he response is sealed by order of this Court and shall not be opened except on further order of the Court." (Doc. # 72). All subsequent substantive filings were also filed under seal. Petitioner's §2255 motion was denied and he was also denied a certificate of appealability. Since that time, no party has moved to unseal any documents in the case and the Court has not taken any action to unseal any documents.

Mr. Duchardt states that he was retained in 2014 as an expert witness for the

defendant in the case <u>Amrine v. Ossman</u>, currently pending in Cole County Circuit Court.  Mr. Duchardt's deposition was recently taken in that case and during the deposition, counsel for plaintiff showed Mr. Duchardt a copy of the Affidavit and questioned him regarding it.  Mr. Duchardt states because he prepared the Affidavit so long ago he did not immediately remember that the Affidavit had been filed under seal.  However, after checking the docket sheet, Mr. Duchardt realized that the response and his affidavit had been filed under seal and that the seal had not been lifted. Mr. Duchardt states that as an officer of the Court he believes that the Court's order to seal his affidavit may have been violated and that is why he filed the motion seeking clarification.

Accordingly, the Court hereby **GRANTS** the Motion for Clarification (Doc. # 122).  The May 19, 2008 Order remains in full force and effect and the affidavit of Frederick A. Duchardt, Jr. attached as an exhibit to Doc. #73 is a sealed document, which is to be seen and used only by authorized persons in that case.  Mr. Duchardt's affidavit was filed for use in petitioner Wesley Purkey's §2255 action and is not to be used in any manner in any other pending litigation.  Any other unauthorized use would constitute a violation of this Court's order.

The Clerk of the Court is hereby directed to mail a copy of Doc. # 72 and a copy of this Order to Arthur Benson, Arthur Benson & Associates, 4006 Central, Kansas City, Missouri, 64111.

Date:  <u>January 22, 2015</u>  **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri                          Fernando J. Gaitan, Jr.
                                                              United States District Judge

2