**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

WESLEY IRA PURKEY,

                  Movant,

    v.

UNITED STATES OF AMERICA,

                  Respondent.

Civil No. 06-08001-CV-W-FJG
Crim. No. 01-00308-01-CR-W-FJG

## RESPONSE TO REQUEST FOR LIFTING OF ORDER TO SEAL

On February 28, 2015, interested party Frederick A. Duchardt, Jr., filed a request For Lifting Of Order To Seal the affidavit he prepared in response to Purkey's allegations of ineffective assistance of counsel as ordered by this Court. (D.E. 124.) For the reasons stated in Mr. Duchardt's suggestions in support, the Government does not object to an order unsealing the affidavit.

                Respectfully submitted,

                Tammy Dickinson
                United States Attorney

By    */s/ Kathleen D. Mahoney*

                Kathleen D. Mahoney
                Assistant United States Attorney
                Charles Evans Whittaker Courthouse
                400 East Ninth Street, Fifth Floor
                Kansas City, Missouri 64106
                Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 3, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

> Frederick A. Duchardt, Jr.
> P.O. Box 216
> Trimble, MO 64492
>
> Rebecca E. Woodman
> 6155 Oak Street, Suite C
> Kansas City, MO 64113
>
> Michelle M. Law
> Assistant Federal Public Defender
> 901 St. Louis Street, Suite 801
> Springfield, MO 65806

> */s/ Kathleen D. Mahoney*
> Kathleen D. Mahoney
> Assistant United States Attorney

2