# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WESLEY IRA PURKEY, )
)
Petitioner, )
)
v. ) No. 06-8001-CV-W-FJG
)
UNITED STATES OF AMERICA, )
)
Respondent. )

## ORDER

Currently pending before the Court is interested party, Frederick A. Duchardt, Jr.'s Motion Requesting that the Court Lift the Order to Seal (Doc. # 124).

On October 16, 2007, petitioner Wesley Purkey filed a Motion pursuant to 28 U.S.C. §2255 to vacate, set aside or correct his sentence. In his motion, petitioner alleged that his former counsel, Frederick A. Duchardt, Jr. had provided him with ineffective assistance of counsel. The Government requested that Mr. Duchardt prepare an affidavit to respond to these allegations. Mr. Duchardt prepared a 117 page affidavit which the Government attached as an exhibit to its response to the §2255 motion. Before filing its response, the Government filed a motion, seeking leave to file its response and the attached affidavit under seal. On May 19, 2008, the Court granted the motion. The Order stated: "[t]he response is sealed by order of this Court and shall not be opened except on further order of the Court." (Doc. # 72). All subsequent substantive filings were also filed under seal. Petitioner's §2255 motion was denied and he was also denied a certificate of appealability. Since that time, no party has moved to unseal any documents in the case and the Court has not taken any action to unseal any documents.

On January 21, 2015, Mr. Duchardt filed a Motion to Clarify the Order to Seal, explaining that he had been retained as an expert in a legal malpractice case and during his deposition, the plaintiff's attorney attempted to question him about his affidavit in the Purkey case. The Court granted the motion to clarify and stated that the Order sealing the affidavit remained in full force and effect.

However, since that time, Mr. Duchardt states that plaintiff's counsel in the legal malpractice case has expressed his belief that he is lawfully in possession of the affidavit and believes that he can continue using the affidavit as a means to impeach Mr. Duchardt. Mr. Duchardt states that neither of the parties to the Purkey case have a legitimate interest in his affidavit remaining under seal. Mr. Duchardt states that Purkey never acted to have the contents of the affidavit protected from public view and he waived any privileges he might have had by asserting claims of ineffective assistance of counsel. The Government has indicated that it has no opposition to Mr. Duchardt's Request to Lift the Order to Seal.

Accordingly, for good cause shown and with no opposition indicated, the Court hereby **GRANTS** the Motion to Lift the Order to Seal Mr. Duchardt's Affidavit (Doc. # 124). The Clerk of the Court is hereby directed to unseal Doc. # 73.


Date: <u>March 5, 2015</u>                          **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                               Fernando J. Gaitan, Jr.
                                                    United States District Judge

2