U.S. District Court Clerk
Charles Evans Whittaker Courthouse
400 East 9th Street, Rm 5510
Kansas City, MO 64106

Purkey v. United States,
    #06-cv-8001-W-F.JG

October 18th, 2015

Dear Clerk Of The Court,

Please find enclosed my pro se pleading for filing with the court. I am not able to furnish the court with the requisite number of copies for filing this material because SCU Administrative Staff John Edwards refusing to make such copies for me. Whereas I am unable as well to serve a copy on the government in turn. Perhaps your office will be able to process this Petition despite these shortcomings, and if not please advise me of what steps I might take to remedy those shortcomings under given circumstances.

Thank you for your attention to these matters.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Petitioner/pro se