
FOREVER USA (×2)

RECEIVED

2015 OCT 22 AM 11:36

CLERK, U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

06-8001
FN 2

⟨14679-045⟩
U S Dist Court Clerk
Charles Evans Whittaker C
400 East 9th Street
Room 5510
Kansas CITY, MO 64106
United States

sley I. Purkey #14679-045
ited States Penitentiary
D. Box 33
rre Haute, IN 47808

AL MAIL     LEGAL     MAIL